1  **KAUFMAN DOLOWICH & VOLUCK LLP**
   LOUIS H. CASTORIA (California Bar No. 95768)
2  SHEILA PHAM (California Bar No. 293673)
   425 California Street, Suite 2100
3  San Francisco, CA 94104
   Telephone: (415) 926-7600
4
   Attorneys for Plaintiff,
5  Thomas More Law Center

6
                   UNITED STATES DISTRICT COURT
7                 CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
8

9  THOMAS MORE LAW                    Case No.
   CENTER,
10
                Plaintiff,
11
                                      **NOTICE OF PENDENCY OF**
12      vs.                           **OTHER RELATED ACTIONS OR**
                                      **PROCEEDINGS**
13 KAMALA HARRIS, in her
   Official Capacity as Attorney
14 General of California,

15              Defendant.

---

1
NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

TO THE COURT, ALL PARTIES AND THEIR COUNSEL: Please take notice that, pursuant to Civil Local Rule 83-1.4, Plaintiff Thomas More Law Center ("Law Center") is aware of and hereby identifies the following proceedings as presenting facts and raising questions of law with material overlap to the instant Complaint:

## CALIFORNIA CASES

*Center for Competitive Politics v. Harris*, Case No. 2:14-cv-00636 (E.D. Cal.)
*Center for Competitive Politics v. Harris*, Case No. 14-15978 (9th Cir.)

| **Attorneys for Plaintiff** | **Attorneys for Government** |
|---|---|
| Alan Gura<br>    Gura & Possessky, PLLC<br>105 Oronoco Street, Suite 305<br>Alexandria, VA 22314<br>Telephone: 703.835.9085<br>Fax: 703.997.7665<br>alan@gurapossessky.com<br><br>Allen Dickerson<br>    Center for Competitive Politics<br>124 S. West St., Suite 201<br>Alexandria, VA 22314<br>Telephone: 703.894.6800<br>Fax: 703.894.6811<br>adickerson@campaignfreedom.org | Kamala D. Harris<br>    Attorney General of California<br>Tamar Pachter<br>    Supervising Deputy Attorney General<br>Alexandra Robert Gordon<br>    Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5509<br>Fax: (415) 703-5480<br>Alexandra.RobertGordon@doj.ca.gov |

//
//
//
//
//
//

*Americans for Prosperity Foundation v. Kamala Harris*, Case No.:2:14-cv-09448-R-FFM (C.D. Cal. 2014)

| **Attorneys for Plaintiff** | **Attorneys for Government** |
|---|---|
| Harold Barza | Kamala D. Harris |
| Carolyn Thomas |    Attorney General of California |
| William Burck | Tamar Pachter |
| Derek Shaffer |    Supervising Deputy Attorney |
| Jonathan Cooper |    General |
|    Quinn Emanuel Urquhart & | Alexandra Robert Gordon |
|    Sullivan, LLP |    Deputy Attorney General |
| Los Angeles, CA 90017 | 455 Golden Gate Avenue, Suite 11000 |
| Telephone: (213) 443-3100 | San Francisco, CA 94102-7004 |
| halbarza@quinnemanuel.com | Telephone: (415) 703-5509 |
| | Fax: (415) 703-5480 |
| | Alexandra.RobertGordon@doj.ca.gov |

**Subject Matter**

     The Law Center considers these cases to involve substantially similar subject matter because they involve other 501(c)(3) charitable organizations' same contention that the California Attorney General's demanded disclosure of Schedule B to IRS Form 990 is unconstitutional under the First Amendment and preempted by federal tax law. These cases also seek the same relief sought in this instant action, for injunctive and declaratory relief.

//
//
//
//
//
//
//

## NEW YORK CASE

*Citizens United and Citizens United Foundation v. Schneiderman, New York Attorney General, Case No. 14-cv-03703 (S.D.N.Y.)*

| **Attorneys for Plaintiff** | **Attorneys for Government** |
|---|---|
| Donald F. McGahn | Eric T. Schneiderman |
| Todd R. Geremia |    Attorney General of New York |
| Ian Samuel | Katherine B. Dirks |
|    JONES DAY | Linda Fang |
| 51 Louisiana Avenue, N.W. |    Assistant Attorneys General |
| Washington, D.C. 20001 | 120 Broadway, 24th Floor |
| Phone: (202) 879-3939 | New York, New York 10271 |
| Facsimile: (202) 626-1700 | Phone: (212) 416-861 |

Michael Boos
   Citizens United & Citizens
   United Foundation
1006 Pennsylvania Ave., S.E.
Washington, D.C. 20003
Phone: (202) 547-5240
Facsimile: (202) 547-5421

### Subject Matter

The Law Center considers this case to involve substantially similar subject matter because it involves a 501(c)(3) charitable organization's contention that the New York Attorney General's demanded disclosure of Schedule B to IRS Form 990 is unconstitutional under the First Amendment and preempted by federal tax law.

Dated: April 23, 2015

KAUFMAN DOLOWICH & VOLUCK LLP

_____
LOUIS H. CASTORIA
SHEILA PHAM
Attorneys for Plaintiff THOMAS MORE LAW CENTER

4817-8924-6499, v. 1

---

4
NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS