AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| THOMAS MORE LAW CENTER,<br><br>*Plaintiff(s)*<br><br>v.<br><br>KAMALA HARRIS, in her Official Capacity as Attorney General of California,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KAMALA HARRIS, in her Official Capacity as Attorney General of California
1300 I Street
P.O. Box 903447
Sacramento, CA 94203-4470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Louis Castoria, Esq.
Sheila Pham, Esq.
Kaufman Dolowich and Voluck LLP
425 California Street, Suite 2100
San Francisco, CA 94015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   04/23/2015

*Signature of Clerk or Deputy Clerk*