1  KAMALA D. HARRIS
   Attorney General of California
2  TAMAR PACHTER
   Supervising Deputy Attorney General
3  ALEXANDRA ROBERT GORDON
   Deputy Attorney General
4  State Bar No. 207650
   KIM L. NGUYEN
5  Deputy Attorney General
   State Bar No. 209524
6   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013
7   Telephone:  (213) 897-5677
    Fax:  (213) 897-5775
8   E-mail:  Kim.Nguyen@doj.ca.gov
   *Attorneys for Defendant Attorney General*
9  *Kamala D. Harris*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **THOMAS MORE LAW CENTER,** | 2:15-CV-03048-R-FFM |
| Plaintiff, | **REPRESENTATION STATEMENT** |
| v. | Courtroom:  8 |
| **KAMALA HARRIS, in her Official Capacity as Attorney General of the State of California,** | Judge:           Hon. Manuel L. Real<br>Action Filed: April 23, 2015 |
| Defendant. | |

1

Pursuant to Ninth Circuit Rule 3-2 and Federal Rule of Appellate Procedure 12(b), Defendant and Appellant Kamala D. Harris, Attorney General of California, submits the following Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

Plaintiff and Appellee Thomas More Law Center is represented in this matter by the following counsel:

Louis H. Castoria, Esq.
Sheila Pham, Esq.
Kaufman Dolowich & Voluck LLP
425 California Street, Suite 2100
San Francisco, CA 94101
415-926-7600
Fax: 415-926-7601
Email: spham@kdvlaw.com
lcastoria@kdvlaw.com

Defendant and Appellant Kamala D. Harris, Attorney General of California is represented in this matter by the following counsel:

| | |
|---|---|
| Kamala D. Harris<br>Attorney General of California<br>Douglas J. Woods<br>Senior Assistant Attorney General<br>Tamar Pachter<br>Supervising Deputy Attorney General<br>Alexandra Robert Gordon<br>Deputy Attorney General | Kim L. Nguyen<br>Deputy Attorney General<br>300 S. Spring St., Suite 1702<br>Los Angeles, CA 90013<br>Telephone: (213) 897-5677<br>Fax: (213) 897-5775<br>Email:<br>kim.nguyen@doj.ca.gov |

| | | |
|---|---|---|
| 1 | Dated: June 11, 2015 | Respectfully Submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | TAMAR PACHTER<br>Supervising Deputy Attorney General |
| 4 | | ALEXANDRA ROBERT GORDON<br>Deputy Attorney General |
| 5 | | |
| 6 | | */s/ Kim L. Nguyen* |
| 7 | | |
| 8 | | KIM L. NGUYEN<br>Deputy Attorney General<br>*Attorneys for Defendant Attorney General Kamala D. Harris* |

SA2015103427
51797078.doc