*Denied, no good cause is shown*
2-10-2016
[signature]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MORE LAW CENTER,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA HARRIS, in her Official Capacity as Attorney General of the State of California,<br><br>Defendant. | 2:15-CV-03048-R-FFM<br><br>[~~PROPOSED~~] ORDER ~~ON THE~~ DENYING PARTIES' STIPULATION TO STAY PROCEEDINGS UNTIL ISSUANCE OF MANDATE BY NINTH CIRCUIT<br><br>Hearing Date: N/A<br>Time: N/A<br>Judge: Hon. Manuel L. Real<br>Action Filed: April 23, 2015 |

    Per the parties' stipulation, the Court grants the request to stay all proceedings before this Court pending issuance of the Ninth Circuit's mandate in the related appeal entitled *Thomas More Law Center v. Harris*, Case No. 15-55911. When the Ninth Circuit issues its mandate, the parties are ordered to inform this Court accordingly.

///

1  **IT IS SO ORDERED.**

Dated: 2-10-2016

**DENIED**

The Honorable Manuel L. Real
United States District Judge

SA2015103427