1    **KAUFMAN DOLOWICH & VOLUCK LLP**
     LOUIS H. CASTORIA (California Bar No. 95768)
2    lcastoria@kdvlaw.com
     MARION V. CRUZ (California Bar No. 244223)
3    mcruz@kdvlaw.com
     425 California Street, Suite 2100
4    San Francisco, CA 94104
     Telephone: (415) 926-7600
5    Facsimile: (415) 926-7601

6    Attorneys for Plaintiff,
     The Thomas More Law Center
7

8                  **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10                        **WESTERN DIVISION**

11

12   THOMAS MORE LAW              Case No. 2:15-cv-03048 R(FFMx)
     CENTER,
                                  Action Filed:
13
              Plaintiff,          **EXPERT REPORT OF DR. JAMES**
14                                **T. McCLAVE**
         vs.
15                                Trial Date:   June 28, 2016
     KAMALA HARRIS, in her        Time:         9:30 a.m.
16   Official Capacity as Attorney Judge:        Hon. Manuel L. Real
     General of California,        Courtroom:    8
17
              Defendant.
18

19

20

21

22

23

24

25

26

27                                      1
28   EXPERT REPORT OF DR. JAMES T. McCLAVE

                                        CASE NO.: 2:15-cv-03048 R(FFMx)

## I.      INTRODUCTION

1.      My name is James T. McClave, Ph.D.  I am the founder and Chief Executive Officer of Info Tech, Inc. ("Info Tech").  I have provided consulting services in a variety of areas since I founded Info Tech in 1977.

2.      My detailed employment background, professional experience, qualifications, authored publications, and list of prior engagements are contained in my curriculum vitae, which is attached to this report as Exhibit A and is incorporated herein.

3.      Since its inception, Info Tech has provided consulting and software development services associated with the analysis of large, complex, databases. My expertise and that of my Info Tech associates focuses on the development of computerized tools to assist in the acquisition and analysis of data in a wide variety of industries and applications.  Info Tech first launched this endeavor as a result of a research grant received in 1977 under the sponsorship of the U.S. Department of Justice and administered by the Florida Attorney General's Antitrust Section.

4.      I have been retained by Kaufman Dolowich & Voluck LLP on behalf of its client, The Thomas More Law Center (the "Law Center"), to provide expert analysis and opinions in this case.

5.      For purposes of formulating my opinions, I have been asked to draw on my academic background, peer-reviewed academic research, related electronic and print documentation, and case materials.

6.      I have also been asked to review my Expert Report and Supplemental Expert Report in the case of *Americans for Prosperity Foundation v. Kamala Harris*, Case No. 2:14-cv-09448-R-FFM, in which I appeared at trial as an expert witness on behalf of the plaintiff on February 24, 2016, regarding the same matters.  I am advised that counsel for the Law Center has enclosed true and

1   correct copies of my Expert Report and Supplemental Expert Report and
2   appendices referenced in and attached to the same in the aforementioned case in
3   electronic form on a flash drive being served concurrently herewith due to the
4   voluminous nature of said Reports and appendices.  I incorporate these Reports and
5   appendices in this Report by reference.

6          7.    I have also been asked to review materials that are specific to this
7   case, including the Amended Complaint of The Thomas More Law Center, the
8   Declaration of Richard Thompson dated April 23, 2015, and the Supplemental
9   Declaration of Richard Thompson dated May 6, 2015, including the exhibits to
10  those documents.  A list of these materials is included in Exhibit B, which is
11  attached hereto and referenced herein.

12         8.    I have outlined my opinions from my review of case materials in this
13  report and am prepared to testify about them if asked by the court, the Law
14  Center's attorneys, or the California Attorney General's attorneys.

15         9.    I may provide additional testimony regarding this report, or the
16  opinions of any of the Attorney General's experts.  I reserve the right to modify or
17  supplement my opinions and their bases to account for any additional information
18  that may emerge in this matter, including additional deposition or trial testimony or
19  newly produced documents.  As I understand it, factual discovery remains ongoing
20  such that numerous documents have yet to be produced and important depositions
21  have yet to be taken; in light of this, my reservation of rights to supplement is
22  especially appropriate and warranted.  If the Attorney General submits an expert
23  report corresponding to this report, I reserve the right to rebut any positions taken
24  in that report and to provide a supplemental report in light of them.

25
26
27
28

## II.   RETENTION AND COMPENSATION

10.   I am being compensated for my time on this case on an hourly basis at my current standard rate of $750 per hour. I am also being reimbursed for direct expenses that I incur, including travel expenses and travel time.  Info Tech is further compensated for the time of other consultants and staff at rates between $75 and $500 per hour.  Info Tech's Consulting Services Rate Schedule for this engagement is attached to this report as Exhibit C.  My compensation and that of Info Tech is not contingent upon the results of my analysis, my opinions, or the substance of my testimony at deposition or at trial.

## III.   BASES FOR OPINIONS AND MATERIALS CONSIDERED

11.   In addition to the materials listed described above in this Declaration, and the testimony and evidence that I heard and saw during my attendance at the trial of the *Americans for Prosperity Foundation* case, I have reviewed and considered the materials listed in Exhibit B in forming my opinions in this case.  I have also relied on my extensive education, experience, and expertise in addition to the listed materials to formulate my expert opinions.

## IV.   ASSIGNMENT

12.   I understand this case concerns whether the California Attorney General can lawfully require The Law Center and other public charities to file the Schedule B to IRS Form 990 ("Schedule B"), which includes the names and addresses of the charities' large donors, with the California Registry of Charitable Trusts (the "Registry").  I further understand that the Registry is currently requiring charities operating in California to file registration and annual report documents, including certain confidential documents that are not meant for public access.

13.   I understand the Law Center alleges that the Attorney General's requirement to file Schedule B is new, that the Attorney General does not

1  adequately protect Schedule Bs' confidentiality, and that pursuant to the First

2  Amendment of the United States Constitution, the Law Center should not have to

3  provide the Attorney General with copies of its Schedule Bs.

4    14.  I was retained by the Law Center to work with counsel and my

5  colleagues to obtain and analyze data from the Registry's public files, which are

6  accessible to the public through the Registry's websites. I was further asked to

7  work with counsel and my colleagues to develop computerized methods to

8  download, examine, and classify and publicly-available documents.  After

9  downloading those documents, I was asked to (1) review letters the Attorney

10 General sent to charitable organizations notifying them of filing deficiencies,

11 including a charity's failure to submit Schedule B, and (2) identify instances where

12 confidential Schedule Bs were accessible from the public Registry website.  These

13 steps were taken in an effort to inform, e.g. conduct analysis of (1) when the

14 Attorney General began demanding Schedule B, and (2) whether, and how many

15 times, the Attorney General has breached her Schedule B confidentiality policy.

16   15.  My analysis and opinions are outlined in this expert report and the

17 expert reports I prepared in the *Americans for Prosperity Foundation v. Kamala*

18 *Harris*, Case No. 2:14-cv-09448-R-FFM, which I incorporate herein as stated

19 above.  I may also provide testimony on any additional matters discussed in this

20 report.  I reserve the right to modify or supplement my opinions, as well as the

21 bases for my opinions, in light of any documents, testimony, or other evidence that

22 may emerge during the course of this matter, including additional deposition

23 testimony or newly produced documents, as I understand discovery is ongoing in

24 this matter.

25   16.  In addition, I expect that I may be asked to consider and testify about

26 issues that may be raised by the Attorney General's fact witnesses, experts, or at

27

28

trial. I further reserve the right to rely on any documents or testimony that the Attorney General or her experts may offer.

17.     In connection with my anticipated testimony in this action, I may use as exhibits various documents produced in this case that refer or relate to the matters discussed in this report.  I have not yet selected the particular exhibits that might be used.  I may also create or assist with the creation of certain demonstrative evidence to assist me in testifying, and I reserve the right to do so in further support of the positions set forth in this report.

## V.     SUMMARY OF OPINIONS

18.     My research confirms that numerous confidential documents were publicly available on the Registry in 2015 and likely well before that. Additionally, my research showed that the Registry first sent deficiency letters to public charities requesting Schedule Bs in the fourth quarter of 2010.

Respectfully Submitted,

Dr. James T. McClave
March 30, 2016

4818-8730-3727, v. 1

..............................Exhibit A

**JAMES T. McCLAVE, Ph.D.**
**Chief Executive Officer**
**Info Tech, Inc.**
5700 Southwest 34th Street, Suite 1235
Gainesville, FL 32608-5371
Telephone: 352-381-4400
Fax: 888-971-3916
E-mail: jim.mcclave@infotechfl.com

## Areas of Specialization

Statistics, Econometrics, Statistical and Econometric Modeling, Time Series and Regression Analysis, Forecasting, Biostatistics, Antitrust Liability Analysis and Damage Estimation, Employment Discrimination Analysis (Liability and Damages), Calculation of Business Damages, Collusion Detection Software Development and Training.

## Professional Background

Chief Executive Officer, Info Tech: Statistical Consulting, Information Systems Software Development, Data Management, Computer Analysis, Litigation Support, Expert Testimony, 1977-present.

Adjunct Professor, Business and Economic Statistics, Graduate School of Business, University of Florida, 1989-present.

Adjunct Professor, Department of Statistics, College of Liberal Arts and Sciences, University of Florida, 2015-Present.

Associate Professor, Department of Decision and Information Sciences, University of Florida, 1986-1989.

Associate Professor, College of Business Administration, University of Florida, 1981-1986.

Associate Professor, Department of Statistics, University of Florida, 1977-1981.

Assistant Professor, Department of Statistics, University of Florida, 1973-1977.

Visiting Assistant Professor, Department of Statistics, State University of New York at Buffalo, 1972-1973.

Assistant Professor, Department of Statistics, University of Florida, 1971-1972.

Graduate Teaching Assistant, Department of Statistics, University of Florida, 1966-1971.

## Education

| | | | |
|---|---|---|---|
| 1971 | Ph.D. | Statistics | University of Florida |
| 1966 | B.S. | Physics | Bucknell University |



1

James T. McClave, Ph.D.

## Partial List of Courses Taught

Statistics and Econometric Modeling (TV Course for approximately 1,000 students per term)
Statistics and Econometrics for MBAs
Introduction to Probability and Statistics
Engineering Statistics
Statistics for Computer Sciences
Mathematical Statistics
Statistical Methods for Social Sciences
Statistical Methods for Business
Statistical Methods for Biological Sciences
Applied Time Series Modeling and Forecasting
Stochastic Processes
Advanced Time Series Analysis

## Publications

### Books

Statistics for Business and Economics, 12th Edition, Pearson, 2014 (with G. Benson and T. Sincich).

A First Course in Business Statistics, 8th Edition, Prentice Hall, 2001 (with G. Benson and T. Sincich).

Statistics, 13th Edition, Pearson, 2017 (with T. Sincich).

A First Course in Statistics, 12th Edition, Pearson, 2017 (with T. Sincich).

Probability and Statistics for Engineers, 4th Edition, Duxbury Press, Wadsworth Publishing Company, 1995 (with R. Scheaffer).

A Second Course in Business Statistics: Regression Analysis, Dellen Publishing Company, 1981 (with W. Mendenhall).

### Publications in Refereed Statistics and Economic Journals

Lanzillotti, R. F. and McClave, J.T., "Comment: Meeting the 'Ambiguity' Test Under *Daubert*." Antitrust, 17(2), 44-48, Spring 2003.

Blair, R.D., Kaserman, D.L., and McClave, J.T., "Competition on Trial: Florida Deregulates Trucking." Challenge, 30(4), 60-64, 1987.

Blair, R.D., Kaserman, D.L., and McClave, J.T., "Motor Carrier Deregulation: The Florida Experiment." The Review of Economics and Statistics, 68, 159-164, 1986.

McClave, J.T. and Tipton, J., "Time Series Modeling: A Comparison of the Maximum Chi-square and Box-Jenkins Approaches." Time Series Analysis: Theory and Practice, 4, 155-161, 1983.

Spreen, T.H., Mayer, R.E., Simpson, J.R., and McClave, J.T., "Forecasting Monthly Slaughter Cow Prices with a Subset Autoregressive Model." Southern Journal of Agricultural Economics, 11, 127-131, 1979.

Littell, R.C., McClave, J.T., and Offen, W.W., "Goodness of Fit Tests for the Two Parameter Weibull Distribution." Communications in Statistics, B8(3), 257-269, 1979.

 InfoTech

James T. McClave, Ph.D.

McClave, J.T., "Choosing the Order of a Moving Average Process: The Max Chi-square." Communications in Statistics, A7, 259-276, 1978.

Wackerly, D.D., McClave, J.T., and Rao, P.V., "Measuring Nominal Scale Agreement Between a Rate and a Known Standard." Psychometrika., 43, 213-223, 1978.

McClave, J.T., "Choosing the Order of an Autoregressive Process: The Max Chi-square Technique." Journal of the American Statistical Association, 73, 122-128, 1978.

McClave, J.T. and Marks, R.G., "Predicting Hospital Census Using Time Series Regression Methods." Communications in Statistics, A6 (No. 12), 1187-1206, 1977.

McClave, J.T., "Subset Autoregression." Technometrics, 17, 213-220, 1975.

McClave, J.T., "A Comparison of Moving Average Estimation Procedures." Communications in Statistics, 3(9), 865-883, 1974.

McClave, J.T., "On the Bias of Autoregressive Approximations to Moving Averages." Biometrika, 60, 559-605, 1973.


**Other Publications**

Hewitt, C., McClave, J.T., and Sibley, D.S., "Incumbency and Bidding Behavior in the Dallas-Ft. Worth School Milk Market." (Mimeo, University of Texas at Austin) 1993.

Hodgson, T.J., King, R.E., McClave, J.T., Sullivan, J.H., and Zegel, W.C., "Analysis and Modeling of a Proposed Mining and Benefication Process." Industrial and Engineering Chemical Research, 26, 2223-2228, 1987.

Newman, J.R., Novakova, I.E., and McClave, J.T., "The Influence of Industrial Air Emissions on the Nesting Ecology of the House Martin (Delichon Urbica) in Czechoslovakia." Biological Conservation, 31, 229-248, 1985.

Doering, P.L., Brackbill, Y., McManus, K., Woodward, L., and McClave, J.T., "Prenatal Drugs: Patient Information and its Source." Contemporary Pharmacy Practice, 5(2), 112-119, 1982.

McClave, J.T., Sullivan, J.H., and Pearson, J.G., "Statistical Analysis of Fish Chronic Toxicity Test Data." Aquatic Toxicology and Hazard Assessment, Proceedings of the Fourth Annual Symposium on Aquatic Toxicology, ASTM, 1981.

Winchester, B.J., Delotelle, R.S., Newman, J.R., and McClave, J.T., "Ecology and Management of the Colonial Pocket Gopher: A Progress Report." Proceedings of the Rare and Endangered Wildlife Symposium, 1979.

Rothrock, T.P., McClave, J.T., and Ailstock, J.P., "A Computerized Economic and Statistical Investigation of the Florida School Bread Market." Southeast Antitrust Review, 1, 13-54, 1978.

McLean, J.E., Ware, W.B., and McClave, J.T., "How Analysis of Covariance Can Yield Misleading Results in Educational Experiments-a Monte Carlo Study." Proceedings of the American Statistical Association, 548-553, 1975.



## Expert Testimony

Americans for Prosperity Foundation, v. Kamala Harris, in her Official Capacity as Attorney General of California. U.S. District Court, Central District of California, Western Division. Case No. 2:14-CV-09448. Testimony at trial regarding analysis of public database for improper disclosure of confidential documents. February 24, 2016. Retained by Plaintiff.

G.B., Z.L. Through His Guardian K.L, J.H, and M.R. v. Agency for Persons with Disabilities. State of Florida, Division of Administrative Hearings; Case No. 15-005903RP. Testimony in deposition regarding evaluation of regression model proposed for use to allocate annual Florida budget for developmentally disabled persons. February 8, 2016. Retained by Plaintiffs.

Duane C. Kohoutek, Inc., et al. v. State of Montana. Montana Eighth Judicial Disctrict Court, Cascade County, Cause No: ADV-14-181. Testimony at a hearing regarding analysis of Montana liquor sales data to evaluate damages from alleged improper discount payments. February 4, 2016. Retained by Defendant.

Americans for Prosperity Foundation, v. Kamala Harris, in her Official Capacity as Attorney General of California. U.S. District Court, Central District of California, Western Division. Case No. 2:14-CV-09448. Testimony in deposition regarding analysis of public database for improper disclosure of confidential documents. January 14, 2016. Retained by Plaintiff.

Action Nissan, Inc. d/b/a Universal Hyundai v. Hyundai Motor America, et al.; West Colonial Hyundai, Inc. d/b/a Orlando Hyundai v. Hyundai Motor America, et al. State of Florida, Division of Administrative Hearings; DOAH Case No. 15-2334 and 15-2335 respecitvely. Testimony at hearing regarding review and analysis of two expert reports filed to determine the reliabiltiy of population estimates in Lake County, Florida. December 8, 2015. Retained by Plaintiffs.

Air Cargo Shipping Services Antitrust Litigation. U.S. District Court for the District of New York, MDL No. 1775; Master File 06-MD-1775(JG)(VVP); Relating to All Actions. Testimony in deposition regarding classwide damages methodology. November 13, 2015. Retained by Plaintiffs.

Maria Cummings, et al. v. Board of Regents of the University of New Mexico, et al. Second Judicial District Court, County of Bernalillo, State of New Mexico; Cause No. CV 2001-01409. Testimony in deposition re: development of class-wide damages methodology for alleged failure to provide proper pediatric cancer treatment protocols. October 29, 2015. Retained by Plaintiffs.

B&S Transport, Inc., et al. v Bridgestone Americas Tire Operations, LLC, et al. U.S. District Court, Northern District of Ohio, Eastern Division, Case No. 5:13 CV-2793. Testimony in depositon reegarding econometric analysis of damages in an alleged illegal termination case. October 15, 2015. Retained by Plaintiffs.

Action Nissan, Inc. d/b/a Universal Hyundai v. Hyundai Motor America, et al.; West Colonial Hyundai, Inc. d/b/a Orlando Hyundai v. Hyundai Motor America, et al. State of Florida, Division of Administrative Hearings; DOAH Case No. 15-2334 and 15-2335 respecitvely. Testimony in deposition regarding review and analysis of two expert reports filed to determine the reliabiltiy of population estimates in Lake County, Florida. October 9, 2015. Retained by Plaintiffs.

The Valspar Corporation and Valspar Sourcing, Inc. v. Millennium Inorganic Chemicals, Inc.; The Valspar Corporation and Valspar Sourcing, Inc. v. Huntsman International LLC and Kronos Worldwide, Inc.; The Valspar Corporation and Valspar Sourcing, Inc. v. E.I. Dupont De Nemours and Company. U.S. District Court for the District of Delaware; Case Nos. 13-3214-RHK-LIB; 4:14-cv-01130; 14-527-RGA (respectively). Testimony in deposition regarding methodology for calculating damages for a case involving titanium dioxide. August 18, 2015. Retained by Plaintiff.



The Valspar Corporation and Valspar Sourcing, Inc. v. Millennium Inorganic Chemicals, Inc.; The Valspar Corporation and Valspar Sourcing, Inc. v. Huntsman International LLC and Kronos Worldwide, Inc.; The Valspar Corporation and Valspar Sourcing, Inc. v. E.I. Dupont De Nemours and Company. U.S. District Court for the District of Delaware; Case Nos. 13-3214-RHK-LIB; 4:14-cv-01130; 14-527-RGA (respectively). Testimony in deposition regarding methodology for calculating damages. June 2, 2015. Retained by Plaintiff.

United States of America, Jacksonville Brotherhood of Firefighters, Jacksonville Branch of NAACP, et al. v. Consolidated City of Jacksonville, Jacksonville Association of Firefighters, Local 122, IAFF. U.S. District Court, Middle District of Florida, Jacksonville Division; Case No. 3:12-cv-00451-J-32MCR. Testimony at hearing regarding statistical analyses of promotion rates. May 13, 2015. Retained by Defendants.

Universal Coin and Bullion, Ltd. v. Federal Express Corporation, et al. U.S. District Court, Western District of Tennessee; Case No. 2:12-cv-02778-(SMH-dkv). Testimony in deposition regarding statistical analysis of coin sales data responding to allegations of lost sales due to business interference. March 5, 2015. Retained by Defendants.

State of Ohio, ex rel. Michael DeWine, Attorney General of Ohio v. Cargill, Incorporated, Cargill Deicing Technology, Morton Salt, Inc. and Morton International, LLC. Court of Common Pleas, Tuscarawas County, Ohio, General Trial Division; Case No. 2012 CV 03 0268. Testimony in deposition regarding liability and damage analysis for bid-rigging case. January 15, 2015. Retained by Plaintiffs.

Jaime Gonzalez, et al. v. Owens Corning Sales, LLC, et al. U.S. District Court, Western District of Pennsylvania; Case No. 13-cv-1378(JFC). Testimony in deposition regarding statistical analysis of plaintiffs' expert's class report and analysis of warranty claims. August 20, 2014. Retained by Defendant.

In re: The Marriage of Ivona Shedroff and Adam Shedroff. Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida; Family Division Case No. 12-27102 FC 01. Testimony regarding the analysis of cost of living differences between Miami, Florida and Prague in the Czech Republic. August 18,2014. Retained by Petitioner/Wife.

In re: Cathode Ray Tube (CRT) Antitrust Litigation. U.S. District Court, Northern District of California, San Francisco Division; Case No. 07-5944-SC, MDL No. 1917. Testimony in two depositions regarding methodology for assessing direct purchasers' damages. June 25, 2014 and December 3, 2014. Retained by Plaintiffs.

United States of America; Jacksonville Brotherhood of Firefighters, et al. v. Consolidated City of Jacksonville, et al. U.S. District Court, Middle District of Florida, Jacksonville Division; Case No. 3:12-cv-00451-J-32MCR. Testimony in deposition regarding methodology for determining potential disparate impact of testing for promotions. March 12, 2014. Retained by Defendants.

Standard Iron Works v. Arcelormittal, et al. U.S. District Court, Northern District of Illinois, Eastern Division; Case No. 08-cv-5214. Testimony in class certification hearing regarding methodology for assessing classwide impact and damages. March 5-6, 2014 and April 11, 2014. Retained by Plaintiffs.

Rail Freight Fuel Surcharge Antitrust Ligitation. U.S. District Court for the District of Columbia; Case No. 1:07-mc-00489-PLF. Testimony in two depositions regarding econometric methodology for assessing classwide impact and damages. February 26, 2014 and July 24, 2014. Retained by Plaintiffs.

Global Technology Center Inc. v. Melbourne Airport Authority. Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida; Case No. 05-2004-CA-029094-XXXX-XX. Testimony in deposition regarding damages in a breach of contract allegation. December 11, 2013. Retained by Plaintiffs.



James T. McClave, Ph.D.

Allegro Law, LLC, Debtor, Case No. 10-30631-WRS, Chapter 7; Daniel G. Hamm, et al. v Americorp Inc., et al. Adv. No. 11-03007. U.S. Bankruptcy Court for the Middle District of Alabama. Testimony at trial regarding statistical sampling and estimation of damages attributable to alleged fraudulent conduct. November 4, 2013. Retained by Plaintiffs.

Air Cargo Shipping Services Antitrust Litigation. U.S. District Court for the District of New York, MDL No. 1775; Master File 06-MD-1775(JG)(VVP); Relating to All Actions. Testimony at hearing regarding classwide damages methodology. October 29-30, 2013. Retained by Plaintiffs.

Joseph Williams Sr., et al. v. Haugabrooks Funeral Home, Inc., et al. State Court of Fulton County, State of Georgia; Civil Action File No. 11EV011942E. Testimony in deposition regarding damages in wrongful acts litigation. August 27, 2013. Retained by Plaintiffs.

G.B., Z.L. Through His Guardian K.L, J.H, and M.R. v. Agency for Persons with Disabilities. State of Florida, Division of Administrative Hearings; Case No. 13-1849RP. Testimony at administrative hearing regarding statistical model for determining individual compensation. July 9 and 11, 2013. Retained by Plaintiff

G.B., Z.L. Through His Guardian K.L, J.H, and M.R. v. Agency for Persons with Disabilities. State of Florida, Division of Administrative Hearings; Case No. 13-1849RP. Testimony in deposition regarding statistical model for determining individual compensation. July 5, 2013. Retained by Plaintiff

Global Technology Center Inc. v. Melbourne Airport Authority. Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida; Case No. 05-2004-CA-029094-XXXX-XX. Testimony in deposition regarding damages in a breach of contract case. May 17, 2013. Retained by Plaintiffs.

Air Cargo Shipping Services Antitrust Litigation. U.S. District Court for the District of New York, MDL No. 1775; Master File 06-MD-1775(JG)(VVP); Relating to All Actions. Testimony in deposition regarding methodology for determining classwide impact. March 20, 2013. Retained by Plaintiffs.

Urethane Antitrust Litigation, Seegott Holdings, Inc., et al. v. Bayer AG, et al. Relates to the Polyether Polyol Cases. U.S. Disctrict Court, District of Kansas, Case No. 04-MD-1616-JWL. Testimony in trial regarding classwide damage estimation. February 5-6, 2013. Retained by Plaintiffs.

Standard Iron Works v. Acelormittal, et al. U.S. District Court, Northern District of Illinois, Eastern Division; Case No. 08-cv-5214. Testimony in deposition regarding methodology for determining impact and estimating damages on classwide basis. December 12-13, 2012. Retained by Plaintiffs.

In the Matter of the Commission Rate Adjustment for Montana Agency Liquor Store, Great Falls No. 140; Cause No. 10-165-LQ and Great Falls No. 141; Cause No. 10-166-LQ. Before the Department of Revenue, State of Montana. Testimony at hearing regarding statistical methodology used to establish commission rates. December 7, 2012. Retained by Department of Revenue.

Lake City Medical Group, d/b/a Southern Medical Group v. Blue Cross Blue Shield of Florida, Inc. Circuit Court of the 3rd Judicial Circuit in and for Columbia County, FL; Case No.: 03-29CA. Testimony in class certification hearing regarding proposed methodology for computing medical claim underpayments on a classwide basis. November 15, 2012. Retained by Defendant.

Lake City Medical Group, d/b/a Southern Medical Group v. Blue Cross Blue Shield of Florida, Inc. Circuit Court of the 3rd Judicial Circuit in and for Columbia County, FL; Case No.: 03-29CA. Testimony in deposition regarding proposed methodology for computing medical claim underpayments on a classwide basis. October 30, 2012. Retained by Defendant.

CMMF, LLC v. J.P. Morgan Investment, Inc. and Ted C. Ufferfilge. Supreme Court of the State of New York, County of New York; Index No. 09-601924. Testimony in deposition regarding statistical comparison of financial metrics for managed accounts. August 31, 2012. Retained by Plaintiff.



James T. McClave, Ph.D.

Urethane Antitrust Litigation, Seegott Holdings, Inc., et al. v. Bayer AG, et al. Relates to the Polyether
    Polyol Cases. U.S. Disctrict Court, District of Kansas, Case No. 04-MD-1616-JWL. Testimony in
    deposition regarding classwide damage estimation. July 12, 2012. Retained by Plaintiffs.

TFT-LCD (Flat Panel) Antitrust Litigation. U.S. District Court, Northern District o California, MDL 1827;
    No. M-07-1827 SI; Relating to All Actions Testimony in deposition regarding pass-through rates and
    damages for indirect purchasers. June 13, 2012. Retained by Plaintiffs.

IMA Ponte Vedra, Ltd., et al. v. Food Lion, Inc., et al. Circuit Court, 7th Judicial Circuit, St. Johns County,
    Florida, Case No.CA09-2495. Testimony in deposition regarding damage methodology in breach of
    contract case. May 15, 2012. Retained by Defendants.

Air Cargo Shipping Services Antitrust Litigation. U.S. District Court for the District of New York, MDL No.
    1775; Master File 06-MD-1775(JG)(VVP); Relating to All Actions. Testimony in deposition regarding
    methodology for determining classwide impact. April 12, 2012. Retained by Plaintiffs.

Air Cargo Shipping Services Antitrust Litigation. U.S. District Court for the District of New York, MDL No.
    1775; Master File 06-MD-1775(JG)(VVP); Relating to All Actions. Testimony in deposition regarding
    methodology for determining classwide impact. February 16, 2012. Retained by Plaintiffs.

## Professional Activities and Awards

**Entrepreneur of the Year, University of Florida, Center for Entrepreneurship and Innovation, 2005.**

**Outstanding Alumni, University of Florida, Department of Statistics, 2002.**

**University of Florida Committees**

University of Florida Center for Entrepreneurship and Innovation, 2002.
University of Florida President's Council, 2001-present.
Business Leaders Forum, 1994-present.
College of Business Undergraduate Curriculum Committee, 1988-1989.
College of Business Teaching Committee, 1987-1988.
College of Business Associate Dean Search Committee, 1987
College of Business and Liberal Arts and Sciences Task Force, 1986-1989.
College of Business Computing Committee, 1986-1989.
University Senate, 1979-1980.
College of Liberal Arts and Sciences Tenure and Promotion Committee, 1978-1979, 1979-1980.
College of Arts and Sciences Curriculum Committee, member 1976-1980.
College of Arts and Sciences Computer Sciences Committee Member, 1973-1976;
    Chairman 1974-1975.
Instruction and Research Users Committee, NERDC, member 1974-1975.

**Council for Economic Outreach**

**The Executive Committee (TEC)**

**Board Member, Gainesville Chamber of Commerce Tech Council**

**Board Member, Superior Clay Corporation**



James T. McClave, Ph.D.

**State of Florida Department of Education Committee**

Statewide Common Course Designation and Number Project, Statistics Task Force Member, 1974-1981.

**Professional Associations**

American Statistical Association
American Bar Association – Associate Member – Section of Antitrust Law
International Association of Assessing Officers
NHCAA, National Health Care Anti-Fraud Association

**Invited Teaching/Training Sessions**

Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL, February 26, 2015.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL, February 13, 2014.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL, February 26-28, 2013.
"Collusion Detection Methods Training," Florida Department of Transportation, September 11-13, 2012.
DSS On-Site Training, Ohio Department of Transportation, August 7-9, 2012.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL, February 27-March 1, 2012.
BAMS/DSS Asphalt/Concrete Analysis Presentation, Minnesota Department of Transportation, October 31, 2011.
BAMS/DSS Asphalt/Concrete Analysis Presentation, Minnesota Department of Transportation, June 26-27, 2011.
BAMS/DSS Market Analysis Presentation, Alabama Department of Transportation, May 16-17, 2011.
"Collusion Detection Methods Training," Montana Department of Transportation, November 8-10, 2010.
"BAMS/DSS Econometric Training," FBI/Office of Inspector General, U.S. Department of Transportation, August 17-18, 2010.
"Collusion Detection Training," Minnesota Department of Transportation, June 9-10, 2010.
"Collusion Detection Training," Kentucky Department of Transportation, March 16-18, 2010.
Ohio BAMS/DSS Econometric Training, Webinar Presentations, May 1, May 15 and June 18, 2008.
"Bid Analysis and Collusion Detection Training," New Mexico Department of Transportation, April 2-3, 2008.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL, February 26-28, 2008.
Competition Analysis, Nebraska Department of Roads, February 12, 2008.
"Dusting for Fingerprints of Collusion," SASHTO presentation, Huntsville, AL, August 5-6, 2007.
"Bid Analysis and Collusion Detection Training," North Carolina Department of Transportation, March 12-15, 2007.
"Bid Analysis and Collusion Detection Training," South Carolina Department of Transportation, March 6-8, 2007.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL, February 27-March 1, 2007.
Asphalt Analysis, Richmond, VA, December 8, 2006.
BAMS/DSS Presentation, Helena, MT, August 16, 2006 and September 17, 2006.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Albany, NY, July 21-25, 2006.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL, February 27-March 3, 2006.



James T. McClave, Ph.D.

Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL,
February 22-25, 2005.
Guest Lecturer at Penn Law School on "Use of Statistics and Econometrics in Antitrust Ligitation,"
2004-2005.
"Bid Analysis and Collusion Detection Training," Ohio Department of Transportation,
November 16-18, 2004.
"Bid Analysis and Collusion Detection Training," Ohio Department of Transportation,
July 11-14, 2004.
"Bid Analysis and Collusion Detection Training," Kentucky Department of Transportation,
July 14-16, 2004.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL,
February 24-26, 2004.
"Competition Audit," Tennessee Department of Transportation, November 13, 2003.
"Competition Audit," Nebraska Department of Transportation, October 27, 2003.
"Collusion Detection Training," U.S. Department of Agriculture, Kansas City, MO, October 15-16, 2003
"Competition Audit," Ohio Department of Transportation, August 26, 2003.
"Competition Audit," Oregon Department of Transportation, June 4, 2003.
"Collusion Detection Training," Ohio Department of Transportation, April 22-24, 2003.
"Collusion Detection Training," South Carolina Department of Transportation, March 12, 2003.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL,
February 25-27, 2003.
"Statistical Methods for Medicare and Medicaid Investigations," University of Florida, Shands Hospital,
one-day training in Jacksonville, FL, August 1, 2002.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL,
February 20-22, 2001.
"Collusion Detection Training," Ohio Department of Transportation, April 18-20, 2000.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL,
February 22-24, 2000.
Missouri BAMS/DSS Data Analysis Presentation, December 13, 1999.
Nebraska BAMS/DSS Data Analysis Presentation, November 1, 1999.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL,
February 23-25, 1999.
"Collusion Detection Training," Colorado Department of Transportation, December 7-8, 1998.
"Collusion Detection Training," Texas Department of Transportation, September 1-2, 1998.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL,
February 24-26, 1998.
"Collusion Detection Training," Colorado Department of Transportation, December 18-19, 1997.
"Collusion Detection Training," Vermont Department of Transportation, November 4-5, 1997.
"Collusion Detection Training," New Mexico Department of Transportation, June 26-27, 1997.
"Collusion Detection Training," Missouri Department of Transportation, May 1-2, 1997.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL,
February 4-6, 1997.
"Collusion Detection Training," Indiana Department of Transportation, September 16-17, 1996.
Collusion Detection Training, "Short Course in Computerized Collusion Detection," Gainesville, FL,
April 23-25, 1996.
"Collusion Detection Training," Austin, TX, January 31-February 1, 1996.
"Collusion Detection Training," Nebraska Department of Transportation, November 28-30, 1995.
"Statistical Methods for Medicaid Investigations," Medicaid Program Integrity Unit, Florida Health Care
Administration. One-half day training in Tallahassee, FL, June 1995.
"Collusion Detection Training," New Mexico State Highway and Transportation Department,
September 1994.
"Collusion Detection Using BAMS," BAMS Users' Group Meeting. One-day training course in
Columbus, OH, October 1994.
"Collusion Detection Seminar," Connecticut Department of Transportation. One-day training course,
December 1993.



James T. McClave, Ph.D.

"Collusion Detection Seminar," Colorado Department of Transportation. One-day training course, November 1993.

Florida Attorney General. Provided a one-day training seminar to state procurement officials on the use of analytical tools to detect bid-rigging and price-fixing, October 1993.

"Collusion Detection Seminar," Virginia Department of Transportation, One-day training course, February 1993.

United States General Services Administration, Inspector General's Office. Provide training in bid/price analysis and collusion detection, 1992.

California Department of Transportation. Provide training in bid analysis and collusion detection using BAMS, 1992.

New York City Department of Investigations. Three-day training program conducted on the use of computerized techniques to detect collusive behavior, 1990.

Florida Attorney General. Provided a one-day training seminar to state procurement officials on the use of analytical tools to detect bid-rigging and price-fixing, 1989.

Texas Department of Transportation. Three-day training provided to the bid analysis and collusion detection unit on the use of BAMS/DSS for collusion detection in bidding on highway contracts, 1989.

Virginia Department of Transportation. Three-day training provided to the bid analysis and collusion detection unit on the use of BAMS/DSS for collusion detection in bidding on highway contracts, 1989.

"Training Session: Use of Computerized Techniques in Bid Monitoring and Collusion Detection," FHWA Antitrust and Transportation Legal Affairs Meeting, Lake George, NY, November 1989.

"Market Analysis and Adaptive Estimation Impact on Construction Cost," BAMS User's Group, San Antonio, TX, February 1989.

"BAMS/DSS Collusion Detection Training: An Overview," BAMS Users' Group, San Antonio, TX, February 1989.

Florida Department of Transportation. Three-day training course provided to the bid analysis and collusion detection unit on the use of BAMS/DSS for collusion detection in bidding on highway contracts, 1988.


## Invited Presentations

University of Pennsylvania Law School (Penn Law), Guest Lecture: Econometrics of Antitrust, December 2009.

University of Pennsylvania Law School (Penn Law), Guest Lecture: Econometrics of Antitrust, April 2009.

University of Pennsylvania Law School (Penn Law), Guest Lecture: Econometrics of Antitrust, December 2006.

University of Pennsylvania Law School (Penn Law), Guest Lecture: Econometrics of Antitrust, November 2004.

American Statistical Association. Florida Section Keynote Speaker, February 2004.

ABA National Meeting, Panel Member on "Use of Statistical Evidence to Prove Liability in Non-Employment Cases," Phoenix, AZ, May 11, 2001.

Virginia Beach Fraud Conference, "Basics of Fraud and Collusion Detection," and "Computerized Fraud and Collusion Detection," May 5-7, 1999.

"Top Ten Collusion Indicators for Estimators," Transportation Estimators Association, Portland, ME, October 26-28, 1998.

"Bid Collusion Detection," AASHTO TRNS.PORT Users' Group Conference, Portland, OR, October 4-7, 1997.

"Using Expert Witness to Prove Damages in a Business Torts Case," Business Torts Seminar, Asheville, NC, October 10, 1997.

"Entrepreneurism," *Fast Trac II* Course, sponsored by University of Florida and North Florida Technology Innovation Center, April to July 1996.

"Using On-Site Service Units for Collusion Detection Projects," BAMS Users' Group Meeting, Mobile, AL, October 11, 1995.

InfoTech

James T. McClave, Ph.D.

Ohio Bar Association, "Computerized Analyses in Antitrust Investigations," CLE Course, October 1993.

"Special Address: Expert Systems and Cost Estimation," Cost Estimation Workshop, Columbus, OH, November 1988.

"Statistical Techniques for Item Level Price Estimation," BAMS Users' Group, Gainesville, FL, March 1987

"Detecting Collusion in Highway Contracting: An Evaluation of Statistical Methods," BAMS Users' Group, Gainesville, FL, March 1987.

"Damage Estimation at the Line Item Level for Highway Contracts," BAMS Users' Group, Gainesville, FL, March 1986.

"The Role of the Textbook in Introductory Business Statistics Courses: The Efficient Market Hypothesis," Invited Paper, American Statistical Association Winter Meetings, January 1987.

"Analysis of Toxicity Data," American Society of Testing and Measurement, Chicago, IL, October 1979.

"Testing Goodness of Fit for Linear Time Series Models," American Statistical Association, National Meetings, Washington, DC, August 1979.

"Analysis of a Sealed Bid Market Using a Statistical Model," TAMS-OSSA National Meeting, New Orleans, LA, Presented by T. Rothrock, 1979.

"Analysis of Toxicity Data to Determine No-Effect Levels" presented at the EPA Fisheries Laboratory, Duluth, MN, 1978.

"Another Look at Some Famous Time Series – the Max Chi-Square Technique," Poster Session, American Statistical Association, National Meeting, San Diego, CA, 1978.

"Choosing the Order of Autoregressive and Moving Average Models: The Max Chi-Square Technique," National American Statistical Association Meeting, Boston, MA, 1976.

"Subset Autoregression," invited paper presented to the Department of Statistical Science, State University of New York at Buffalo, NY, 1975.

"Regression and Smoothing in Time Series," invited paper, University Statisticians of Southern Experiment Stations Conference, Gainesville, FL, 1974.

"Introductory Statistics: The Normal Approach," Eastern Regional Meeting of the Institute of Mathematical Statistics, Blacksburg, VA, 1972.

"On Estimation Problems for Stochastic Growth Processes," Joint National Meeting of the Institute of Mathematical Statistics and the American Statistical Associatoin, Fort Collins, CO, 1971.

"On Some Problems of Estimation and Prediction for a Class of Growth Process," Joint National Meetings of the Institute of Mathematical Statistics and the American Statistical Association, Laramie, NM, 1970.

"On Some Problems of Estimation and Prediction for Stationary Time Series," Regional Meetings of the American Statistical Association, Tallahassee, FL, 1970.

**Others**

Acting Department Chairman, Department of Statistics, University of Florida, Summers of 1974, 1975, and 1976.

Invited discussant in Time Series Session, Regional Meetings of the American Statistical Association and the Biometric Society, Rochester, NY, 1975.

Session Chairman, Joint Regional Meetings of the American Statistical Association and the Institute of Mathematical Statistics and the Biometric Society, Tallahassee, FL, 1974.

*February 2016*

 InfoTech
INNOVATION AT WORK

...............................Exhibit B

## EXHIBIT B

### Materials Considered

Case Materials

*Court Filings – Case No. 2:15-cv-03048-R-FFM, U.S. District Court for the Central District of California*

First Amended Complaint of the Thomas More Law Center, ECF No. 25

Declaration of Richard Thompson In Support of Motion for Temporary Restraining Order dated April 23, 2015, ECF No. 10-2 and exhibits to same

Supplemental Declaration of Richard Thompson In Support of Plaintiff TMLC Reply In Support of Preliminary Injunction dated May 6, 2015, ECF No. 19-2 and exhibits to same

.............................Exhibit C



**CONSULTING SERVICES RATE SCHEDULE**
**Professional Services**

| TITLE AND DESCRIPTION | HOURLY RATE |
|---|---|
| **Dr. James T. McClave - CEO/Expert Consultant**<br>Info Tech's CEO with widely recognized expertise and accomplishments in statistics and econometrics. Ph.D. with over 30 years of experience.   Directs key projects, provides expert testimony. | $750 |
| **Charles E. Engelke - CTO/Expert Consultant**<br>Info Tech's CTO with expertise and accomplishments in web services and applications, software systems architecture, design, and development, network security, encryption and data security and cloud computing architecture and applications.  Provides expert testimony. | $500 |
| **Project Director/Senior Consultant**<br>Senior personnel with extensive experience in conducting and  managing complex litigation projects. Can provide expert testimony. | $350 |
| **Project Manager/Senior Consultant**<br>Senior personnel with extensive experience in conducting and managing project activities. | $300 |
| **Senior Analyst**<br>Senior personnel capable of designing and performing highly technical analyses. | $250 |
| **Analyst**<br>Personnel experienced in performing project work with minimal supervision. | $200 |
| **Programmer/Analyst**<br>Entry level programming and project analysis.  Performs project work under close supervision. | $150 |
| **Senior Project Assistant**<br>Experienced personnel providing technical assistance and project management support to senior staff. | $125 |
| **Project Assistant**<br>Personnel providing project support activities, data entry and verification. | $75 |

**Other Expenses**
Travel and other direct expenses invoiced at Info Tech's cost.

**Invoicing**
Invoices will be submitted monthly.  Amounts not paid within sixty days of the invoice date will accrue interest at 1.5% per month.

## PROOF OF SERVICE

***Thomas More Law Center v. Kamala Harris***
UNITED STATES DISTRICT COURT – CENTRAL DISTRICT,
CASE NO. 2:15-cv-03048-R-FFM

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 425 California Street, Suite 2100, San Francisco, California, 94104. On the execution date below and in the manner stated herein, I served the following documents:

## EXPERT REPORT OF DR. JAMES T. McCLAVE

on all interested parties in this action by placing [ ] the original or [X] a true copy of the original thereof enclosed in sealed envelopes addressed as follows:

Kim L. Nguyen, Esq.                          Kevin A. Calia, Esq.
Deputy Attorney General              Deputy Attorney General
Department of Justice                      Department of Justice
Office of the Attorney General       Office of the Attorney General
300 South Spring Street, Suite 1702   1300 I Street, Suite 125
Los Angeles, CA 90013                    Sacramento, CA 95814
kim.nguyen@doj.ca.gov                    kevin.calia@doj.ca.gov

[X]   BY MAIL I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at San Francisco, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[X]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

- 1 -
PROOF OF SERVICE

1    Executed on March 30, 2016, at San Francisco, California.

2

3

4                          Alexandra Guardado

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
PROOF OF SERVICE