NO-JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MORE LAW CENTER, | CASE NO. CV 15-3048-R |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL |
| v. | |
| KAMALA HARRIS, in her Official Capacity as Attorney General of California, | |
| Defendant. | |

  Before the Court is Plaintiff's Motion to Compel, which was filed on July 11, 2016. (Dkt. No. 98). Having been thoroughly briefed by both parties, this Court took the matter under submission.

  Thomas More Law Center ("Law Center") asks this Court to reopen discovery the week prior to the August 9, 2016 trial date to resolve discovery disputes that have evidently been apparent since May 2016. The final pre-trial conference is set for Monday, August 1, 2016 in this case. In addition to being untimely, the discovery the Law Center seeks does not meet the relevance and proportionality requirements under Federal Rule of Civil Procedure 26(b). Additionally, the Law Center both moved for summary judgment and opposed the Attorney General's summary judgment motion without ever claiming that the lack of this discovery was crucial to its case. Taken collectively, this Court cannot attribute such a late and meritless motion

as anything more than gamesmanship and a waste of this Court's time.

**IT IS HERBY ORDERED** that Plaintiff's Motion to Compel is DENIED. (Dkt. No. 98).

Dated: July 29, 2016.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

2