**KAUFMAN DOLOWICH & VOLUCK, LLP**
LOUIS H. CASTORIA, ESQ. SBN 95768
lcastoria@kdvlaw.com
MARION V. CRUZ, ESQ. SBN 244223
mcruz@kdvlaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601

Attorneys for Plaintiff
THOMAS MORE LAW CENTER

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
ALEXANDRA ROBERT GORDON
KIM L. NGUYEN
KEVIN A. CALIA
Deputy Attorneys General
1300 I Street
Sacramento, CA 95814
Telephone: (916) 322-6114
Facsimile: (916) 324-8835
E-mail: Kevin.Calia@doj.ca.gov

Attorneys for Defendant Attorney General
KAMALA D. HARRIS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THOMAS MORE LAW CENTER,

Plaintiff,

vs.

KAMALA HARRIS, in her Official Capacity as Attorney General of California,

Defendant.

Case No.: 2:15-cv-03048 R-FFM

Complaint Filed: April 23, 2015
Trial Date: September 13, 2016

**JOINT STIPULATION TO PERMIT TESTIMONY BY ROBERT SPENCER IN OPEN COURT BY CONTEMPORANEOUS TRANSMISSION FROM A DIFFERENT LOCATION**

Plaintiff Thomas More Law Center and Defendant Attorney General Kamala D. Harris (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on August 1, 2016, this Court continued the trial in this matter from August 9, 2016 to September 13, 2016;

WHEREAS, this Court ordered that the parties in this matter shall have up to ten court hours each to present evidence at trial in this matter;

WHEREAS, one of Plaintiff's witnesses, Robert Spencer, is unavailable to testify in person during the dates on which Plaintiff intends to present its case in chief due to a prior engagement scheduled to occur on the East Coast on September 13 and the time required for Mr. Spencer to travel to California;

WHEREAS, due to the aforementioned prior engagement, Mr. Spencer is unavailable to testify in person until, at the earliest, September 15;

WHEREAS, Federal Rule of Civil Procedure 43(a) states in part "[f]or good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location";

WHEREAS, Plaintiff's counsel's office has contacted the Information Technology (hereinafter "IT department") department of the United States District Court for the Central District of California and a representative from the IT department advised that if the judge presiding over this matter approves the request, the IT department will contact the United States district court from which Mr. Spencer would testify (hereinafter "originating court") and coordinate the technical needs associated with the contemporaneous transmission, including a pre-testimony testing with the originating court.

WHEREAS, the aforementioned IT department representative stated the video feed from the originating court would transmit to a single monitor and the IT department will insure the monitor is placed in such a manner that the presiding judge and counsel are able to view the monitor;

WHEREAS, the aforementioned representative further indicated that the IT department has previously handled contemporaneous transmissions from a different location to the United States District Court for the Central District and feels confident that it can coordinate the aforementioned contemporaneous transmission;

WHEREAS, Defendant believes that Mr. Spencer's testimony is irrelevant and that, if his testimony is needed at all, it would be more appropriate for him to be called out of order so that he can give his testimony while he is present in Los Angeles or for Plaintiff to make designations from the transcript of Mr. Spencer's deposition taken in this action;

WHEREAS, if the Court determines that using contemporaneous video transmission will aid the Court, Defendant will not oppose using this procedure for any permitted testimony from Mr. Spencer;

Therefore, pursuant to Federal Rule of Civil Procedure 43(a), and in consideration of the foregoing, the parties hereby stipulate and agree as follows, subject to the Court's approval:

That Robert Spencer be permitted to testify in open court by contemporaneous transmission from a different United States District Court on September 14, 2016.

Respectfully submitted.

Dated: August 26, 2016

KAUFMAN DOLOWICH & VOLUCK, LLP

/s/ *Marion V. Cruz*

Louis H. Castoria
Marion V. Cruz
Attorneys for Plaintiff
THOMAS MORE LAW CENTER

Dated: August 26, 2016

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

/s/ *Kevin A. Calia*
KEVIN A. CALIA
Deputy Attorney General
*Attorneys for Attorney General Harris*

4836-4221-9831, v. 1

4

JOINT STIPULATION TO PERMIT TESTIMONY BY ROBERT SPENCER IN OPEN COURT BY CONTEMPORANEOUS TRANSMISSION FROM A DIFFERENT LOCATION