# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV-15-3048-R |
| Title: | Thomas More Law Center -v- Kamala Harris |
| Date | September 14, 2016 |

Present: The Honorable **MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

| Christine Chung | Sheri Kleeger / Deborah Gackle |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Louis Castoria | Alexandra Robert Gordon |
| Marion V. Cruz | Kim Nguyen |
| | Jose A. Zelidon-Zepeda |
| | Kevin A. Calia |

___2nd___ Day Court Trial    _____ Day Jury Trial

___ One day trial:   ___ Begun (1st day);   _X_ Held & Continued;   ___ Completed by jury verdict/submitted to court.

_X_ Opening statements made by    Kevin A. Calia for Defendant

_X_ Witnesses called, sworn and testified.   _X_ Exhibits Identified   _X_ Exhibits admitted.

_X_ Plaintiff(s) rest.    ___ Defendant(s) rest.

___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.

___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.

___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.

___ Jury polled.   ___ Polling waived.

___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.

___ Judgment by Court for    ___ plaintiff(s)   ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).

___ Case submitted.   ___ Briefs to be filed by

___ Motion to dismiss by    ___ is   ___ granted.   ___ denied.   ___ submitted.

___ Motion for mistrial by    ___ is   ___ granted.   ___ denied.   ___ submitted.

___ Motion for Judgment/Directed Verdict by    ___ is   ___ granted.   ___ denied.   ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_X_ Case continued to   September 15, 2016 at 10:00 a.m.   for further trial/further jury deliberation.

Witnesses: Dr. Paul Schervish, Robert Spencer, Pamela Gellar by video recorded testimony, Tania Ibanez, and Joseph Zimring. Plaintiff's motion to exclude testimony of Ray Madoff as an expert is GRANTED.

_X_ Other:

                                                                                  4  :  12

                                                                  Initials of Deputy Clerk    cch