# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV-15-3048-R |
| Date | September 15, 2016 |
| Title: | Thomas More Law Center -v- Kamala Harris |

Present: The Honorable **MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

| Christine Chung | Sheri Kleeger / Deborah Gackle |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Louis Castoria | Alexandra Robert Gordon |
| Marion V. Cruz | Kim Nguyen |
| | Jose A. Zelidon- Zepeda |
| | Kevin A. Calia |

**3rd** Day Court Trial  _____ Day Jury Trial

_____ One day trial:  _____ Begun (1st day);  **X** Held & Continued;  _____ Completed by jury verdict/submitted to court.

_____ Opening statements made by _____

**X** Witnesses called, sworn and testified.  **X** Exhibits Identified  **X** Exhibits admitted.

_____ Plaintiff(s) rest.  **X** Defendant(s) rest.

_____ Closing arguments made by  _____ plaintiff(s)  _____ defendant(s).  _____ Court instructs jury.

_____ Bailiff(s) sworn.  _____ Jury retires to deliberate.  _____ Jury resumes deliberations.

_____ Jury Verdict in favor of  _____ plaintiff(s)  _____ defendant(s) is read and filed.

_____ Jury polled.  _____ Polling waived.

**X** Filed Witness & Exhibit Lists  _____ Filed jury notes.  _____ Filed jury instructions.

_____ Judgment by Court for  _____ plaintiff(s)  _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by  _____ plaintiff(s)  _____ defendant(s).

_____ Case submitted.  _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted.  _____ denied.  _____ submitted.

_____ Motion for mistrial by _____ is _____ granted.  _____ denied.  _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.  _____ denied.  _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

**X** Case continued to  October 31, 2016 at 10:00 a.m.  for further trial/further jury deliberation.

**X** Other:  The Court ORDERS the parties in this case to submit a proposed order of what each party would recommend as an order in this case, on or before October 15, 2016.  The Court continues this matter for arguments to October 31, 2016 at 10a.m.

     0 : 45

Initials of Deputy Clerk     cch