No. 2:15-CV-03048-R-FFM

_____

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**THOMAS MORE LAW CENTER**,

Plaintiff-Appellee-Cross-Appellant,

v.

**ROBERT BONTA,**

in his official capacity as Attorney General of the State of California,

Defendant-Appellant

_____

Following Remand to the Ninth Circuit by
the Supreme Court of the United States

The Honorable Manuel L. Real, Trial Judge

**THOMAS MORE LAW CENTER'S PETITION FOR
ATTORNEYS' FEES AND COSTS**

_____

| | |
|---|---|
| JOHN J. BURSCH[1] | LOUIS H. CASTORIA |
| 440 First Street, N.W., Suite 600 | 425 California Street, Suite 2100 |
| Washington, D.C. 20001 | San Francisco, California 94104 |
| (616) 450-4235 | (415) 926-7600 |
| | |
| ALLIANCE DEFENDING FREEDOM | KAUFMAN DOLOWICH & VOLUCK, LLP |
| *Co-counsel for Plaintiff-Appellee Thomas More Law Center* | *Counsel for Plaintiff-Appellee Thomas More Law Center* |

---

[1] Appearance to be filed once a new judge has been assigned.

# PETITION FOR AN AWARD OF ATTORNEYS FEES AND COSTS FOLLOWING SUPREME COURT JUDGMENT

1. On November 30, 2016, this Court issued an order approving the parties' stipulation that "the time to file any motion for attorneys' fees is extended until 28 days after the latest date on which . . . the Supreme Court of the United States issues a certified judgment *that requires no further action from the Court of Appeals*." ECF No. 141 (emphasis added).

2. On July 1, 2021, the Supreme Court issued its opinion in this matter, holding that the regulation challenged by Plaintiff-Appellee Thomas More Law Center ("the Law Center") violated its First Amendment right to free association. ECF No. 175; *Ams. for Prosperity Found. v. Bonta*, 141 S. Ct. 2373, 2389 (2021).

3. On August 2, 2021, the Supreme Court issued its judgment reversing the decisions below and remanding the case for further proceedings consistent with the Supreme Court's opinion. ECF No. 176.

4. On August 10, 2021, the Law Center filed in the Ninth Circuit its Unopposed Motion to Transfer Consideration of Attorneys' Fees and Costs on Appeal to the district court. (Ninth Circuit Rule 39-1.8 and ECF Dkt. 77.) ("Transfer Petition.") In the alternative, the Transfer Petition requested that the time to file the Law Center's fee petition be extended to September 15, 2021.

5. As of this filing, the Ninth Circuit has not initiated any further proceedings consistent with the Supreme Court's opinion, has not issued any injunction or judgment, and has not remanded the case to this Court.

6. The Law Center has requested that the Attorney General state whether it believes the time for filing the Law Center's Fee Petition has commenced, but the Attorney General has taken no position.

7. Out of an abundance of caution, and to avoid any potential prejudice, the Law Center hereby petitions this Court to award its adjusted fees and costs incurred in this case, including the two appeals taken by the Attorney General, and the Law Center's petition for certiorari to the Supreme Court of the United States, in which the Law Center prevailed and was awarded a judgment in its favor.

8. Two law firms have been counsel of record for the Law Center in this case: Kaufman Dolowich & Voluck, LLP throughout the case, and Alliance Defending Freedom during the certiorari petition and the Supreme Court merits phase.

9. The Law Center estimates that its recoverable attorneys fees and costs in this matter are approximately $3,284,100.02, $2,514,161 attributable to work performed by the Kaufman Dolowich firm, and $769,939.02 attributable to work performed by Alliance Defending Freedom, all subject to expert confirmation, and with trailing fees and costs to be incurred.

10. The Law Center and the Attorney General's respective counsel have begun settlement discussions to resolve the fee award. If the parties are unable to resolve this matter by September 10, 2021, the Law Center will supplement this Fee Petition with detailed time entries and expert witness affidavits.

11. The Law Center has notified the Attorney General's counsel of its intent to file this Petition. The Law Center has also filed a similar Petition in the Ninth Circuit, and has so notified the Attorney General's counsel.

13. The Law Center has respectfully reiterated its request that the Ninth Circuit extend the Law Center's time to file a more fulsome motion for attorneys fees and costs until September 15, 2021, or transfer the all further proceedings on the Law Center's Fee Petition to this Court.

Dated: August 26, 2021          Respectfully Submitted,

                                          **KAUFMAN DOLOWICH & VOLUCK, LLP**

                                          /s/ Louis H. Castoria
                                          Louis H. Castoria
                                          Counsel for Plaintiff-Appellee
                                          Thomas More Law Center

## **CERTIFICATE OF COMPLIANCE**

I certify, pursuant to Rule 32(a)(7)(c) of the Federal Rules of Appellate Procedures, that the attached Appellee's Reply to Opposition to our Motion for Judicial Notice:

(1) complies with this Court's local rules in that it contains 609 words, excluding the parts of the brief exempted by those rules; and

(2) complies with the typeface requirements of this Court's rules and the type style requirements because it has been prepared in a proportionally spaced typeface using Word 2010, in 14-point Times New Roman font.


Dated: August 26, 2021          **KAUFMAN DOLOWICH & VOLUCK, LLP**

/s/ Louis H. Castoria
Louis H. Castoria
Counsel for Plaintiff-Appellee-Cross-Appellant
Thomas More Law Center

## CERTIFICATE OF SERVICE

## Thomas More Law Center v. Bonta

## Central District Civil Action No. 2:15-CV-03048-R-FFM

I hereby certify that, on August 26, 2021, I electronically filed the foregoing

**THOMAS MORE LAW CENTER'S PETITION FOR FEES AND COSTS**

with the Clerk of the Court for the U.S. District Court, Central District of California, by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ Louis H. Castoria
Louis H. Castoria