**KAUFMAN DOLOWICH & VOLUCK LLP**
LOUIS H. CASTORIA (California Bar No. 95768)
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601

Attorneys for Plaintiff,
THOMAS MORE LAW CENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS MORE LAW CENTER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>　　　　Defendant. | Case No. 2:15-cv-03048-CAS-FFM<br><br>**PLAINTIFF THOMAS MORE LAW CENTER'S NOTICE OF MOTION TO SET FILING DATE OF NOVEMBER 15, 2021 FOR SUBMISSION OF SUPPLEMENTAL INFORMATION IN SUPPORT OF ALREADY FILED MOTION FOR ATTORNEYS FEES AND COSTS UNDER 42 USC SECTION 1988**<br><br>Date:　　October 18, 2021<br>Time:　　10:00 a.m.<br>Courtroom:　8D<br>Judge:　　Hon. Christina A Snyder |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 25, 2021, or as soon thereafter as this matter may be heard in Courtroom 8D of the United States District Court for the Central District of California at 350 W. First Street, Los Angeles, CA 90012, Plaintiff Thomas More Law Center (the "Law Center") will and hereby does respectfully move the Court to set November 15, 2021 as the deadline for the Law

Center's further filing of papers in support of its already-filed Motion for Attorneys Fees and Costs, first filed in this Court on August 26, 2021 (ECF Dkt.. 177) or, in the alternative, moves the Court to award attorneys' fees already incurred in an amount of not less than $3,284,100.02 in interim fees and costs as set forth in that preliminary motion, subject to supplemental amounts incurred after the initial motion was filed.

The Law Center will refine this request in accordance with the Court's schedule and the remaining proceedings.

This motion is based on the Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Louis H. Castoria, the pleadings and papers on file in this action, the arguments of counsel, and any matters upon which the Court may or must take judicial notice.

This motion is made following a series of conferences of counsel pursuant to L.R. 7-3, which included two teleconferences on, August 20, 2021, and September 22, 2021, as well as the exchange of a series of emails between counsel that concluded this week.

DATED: September 24, 2021

Respectfully submitted,

KAUFMAN DOLOWICH & VOLUCK, LLP

Attorneys for Plaintiff Thomas More Law Center

/s/ Louis H. Castoria
Louis H. Castoria, counsel of record