1

**KAUFMAN DOLOWICH & VOLUCK LLP**
LOUIS H. CASTORIA (California Bar No. 95768)
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile:  (415) 926-7601

2

3

4

Attorneys for Plaintiff,
THOMAS MORE LAW CENTER

5

6

# UNITED STATES DISTRICT COURT

7

## CENTRAL DISTRICT OF CALIFORNIA

8

### WESTERN DIVISION

9

10

THOMAS MORE LAW
CENTER,

Case No.  2:15-cv-03048-CAS-FFM

11

Plaintiff,

12

vs.

**PLAINTIFF THOMAS MORE LAW CENTER'S MEMORANDUM IN SUPPORT OF MOTION TO SET FILING DATE OF NOVEMBER 15, 2021 FOR SUPPLEMENTAL INFORMATION IN SUPPORT OF ALREADY FILED MOTION FOR ATTORNEYS FEES AND COSTS UNDER 42 USC SECTION 1988**

13

ROB BONTA, in his Official
Capacity as Attorney General of
California,

14

15

Defendant.

16

17

Date:         October 18, 2021
Time:         10:00 a.m.
Courtroom:  8D
Judge:        Hon. Christina A Snyder

18

19

20

21

22

INTRODUCTION

23

On July 1, 2021 the Supreme Court of the United States published its

24

opinion granting the Thomas More Law Center's ("Law Center") *facial challenge*

25

to the California Attorney General's regulation requiring all registered 501(c)

26

nonprofit charities to submit their list of significant donors, Schedule B to their

27

1

28

1   annual tax reports to the Internal Revenue Service. ECF Dkt. 175.

2       On August 2, 2021 the Supreme Court issued its judgment, reversing the

3   Circuit panel's reversal of this Court's permanent injunction, and remanding the

4   case with directions to take actions consistent with the July 1 opinion. ECF Dkt.

5   176.

6       The Law Center filed identical petitions in the Circuit Court and this Court

7   on August 26, 2021 seeking the award of fees and costs under 42 U.S.C. section

8   1988, as the prevailing in the case. (ECF Dkt. 177)

9
10   ARGUMENT

11       Following remand there were only three pieces of unfinished business in the

12   case:

13      1. Would the Circuit Court defer to the District Court to decide all

14        fee/cost motions? As the record shows, this Court had issued a post-

15        trial order, extending the time for attorneys fees/costs motions to be

16        filed until 28 days following a certified judgment that required "no

17        further action of the Court of Appeals." ECF No. 141. To resolve the

18        uncertainty the Law Center filed an unopposed motion to transfer

19        such matters to this Court, ECF 177, which was granted, mooting that

20        issue.

21      2. What would the schedule be for fee motions after a new Judge was

22        assigned to the remanded case, the trial judge having passed away,

23        and what fees and costs will be awarded? That issue remains

24        unresolved and is, in part, the subject of this motion.

25      3. How will this Court modify the permanent injunction so as to be

26        consistent with the Supreme Court's facial invalidation of the

27

2

28   THOMAS MORE LAW CENTER'S MEMO I.S.O. MOTION TO SET FILING DATE

1    Attorney General's donor disclosure demands? In the companion

2    case, *Americans for Prosperity, v. Bonta*, 2:14-cv-09448, the plaintiff

3    has proposed a revision to the injunction that, with the fewest

4    possible changes, perfectly aligns the injunction with the opinion

5    authored by Chief Justice Roberts. Thomas More Law Center joins in

6    the motion to modify injunction filed by Americans for Prosperity

7    Foundation and requests that the Court similarly amend the injunction

8    in the Law Center's case.

9    The amount of fees to be awarded in this case is a moving target, though it

10   moves in only one direction. That amount could have been zero if the Attorney

11   General had agreed with the Law Center's counsel to stay the threatened

12   enforcement proceedings against the Law Center—which included delicensing,

13   fines, and lawsuits against the Law Center's senior executives and its tax

14   preparer—until the Americans for Prosperity Foundation case came to its

15   conclusion. The Attorney General's insistence in fighting a war on two fronts is the

16   only reason this lawsuit was necessary. Any harm to the Attorney General was

17   self-inflicted.

18   Today, the value of the six years of legal work done by the Law Center's

19   counsel at our firm and Alliance Defending Freedom is measured not only by

20   hours-times-rates, though that it one factor. It is increasing on almost a daily basis,

21   as the meet-and-confer emails mount, without resolution of the two remaining

22   issues.

23   The Law Center's legal action did much more that protect the associational

24   and free speech rights of its donors, though it has certainly done that. In bringing

25   about a ruling that California's donor disclosure demands are *facially*

26   unconstitutional, the Law Center and AFPF have safeguarded the rights of all

27   donors to all California-registered charities.

28

THOMAS MORE LAW CENTER'S MEMO I.S.O. MOTION TO SET FILING DATE

These beneficiaries of the Supreme Court's July 1, 2021 Opinion need not file additional suits and undertake the laborious task that they each face legitimate fears of being targets of governmental and public threats, harassment, and silencing. What is the value of the many other lawsuits that have now been made unnecessary to charities, their donors, and the courts?

These benefits to the public are not easy to calculate, but they protect something priceless: our First Amendment.

### CONCLUSION

The Law Center requests that adequate time be granted for the Court to fully assess these factors and for the Law Center to submit all supporting papers and briefs related to its already-filed Motion for Fees and Costs. The Attorney General and the Law Center are engaged in active negotiations and hope to settle the attorney fees and costs issue without requiring the Court to rule on the Law Center's motion. A November 15, 2021, deadline should grant the parties enough time to determine whether a settlement is possible or whether this Court will be required to expend the time and resources needed to rule on the Law Center's Motion for Fees and Costs.

DATED: September 24, 2021

Respectfully submitted,

KAUFMAN DOLOWICH & VOLUCK, LLP

Attorneys for Plaintiff Thomas More Law Center

/s/ Louis H. Castoria
Louis H. Castoria, counsel of record

THOMAS MORE LAW CENTER'S MEMO I.S.O. MOTION TO SET FILING DATE