# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| THOMAS MORE LAW CENTER<br><br>Plaintiff(s),<br><br>v.<br><br>KAMALA HARRIS<br><br>Defendant(s). | 2:15−cv−03048−CAS−FFM<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   9/24/2021

Document Number(s):   184

Title of Document(s):   PLAINTIFF THOMAS MORE LAW CENTERS MEMORANDUM IN SUPPORT OF MOTION TO SET FILING DATE OF NOVEMBER 15, 2021 FOR SUPPLEMENTAL INFORMATION IN SUPPORT OF ALREADY FILED MOTION FOR ATTORNEYS FEES AND COSTS

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events Motions and Related Filings Motions – select – order – to set filing date of November 15, 2021 for submission of supplemental information in support of already filed motion for attorneys fees and costs

The motion is noticed for 10/25/2021, but, the face page indicates the hearing information on 10/18/2021

Please make corrections and resubmit

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  September 28, 2021             By:   /s/ *Sharon Hall−Brown  213−894−3651*
                                                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS