ROB BONTA
Attorney General of California
HEATHER HOESTEREY
Supervising Deputy Attorney General
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
State Bar No. 227108
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3879
 Fax:  (415) 703-1234
 E-mail:  Jose.ZelidonZepeda@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **THOMAS MORE LAW CENTER,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his Official Capacity as Attorney General of the State of California,**<br><br>Defendant. | 2:15-cv-03048-CAS-FFM<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO SET A DATE FOR SUBMISSION OF SUPPLEMENTAL INFORMATION IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:      October 25, 2021<br>Time:     10:00 a.m.<br>Courtroom: 8D<br>Judge:    The Honorable Christina A. Snyder |

## INTRODUCTION

This case involves a First Amendment challenge to a state law requirement that charities disclose donor information as part of their registration to solicit contributions in California. This Court held a bench trial in 2016, and ruled for Plaintiff Thomas More Law Center. That judgment was reversed by the Ninth Circuit. Subsequently, the Supreme Court granted Plaintiff's petition for a writ of certiorari, and ultimately held that the requirement at issue violates the First Amendment.

Plaintiff now requests that this Court set a deadline of November 15, 2021 to file its Motion for Attorneys' Fees and Costs, or, In the Alternative, For Attorneys' Fees and Costs. (ECF No. 183.) Defendant does not object to an extension of time. But to allow the parties adequate time to engage in ongoing negotiations, Defendant requests that the deadline to file any fees motion and supporting documentation be set to December 15, 2021. To the extent Plaintiff moves this Court to award it any substantive relief, including an award of fees and costs, Defendant opposes that request, and reserves the right to submit substantive argument regarding same.

## DISCUSSION

On November 16, 2016, this Court granted Plaintiff relief on its as-applied challenge, and issued a judgment permanently enjoining Defendant from requiring Plaintiff to file its Schedule B. (ECF No. 139.) The Court rejected Plaintiff's facial challenge. (*Id.* at 2.) The Court further rejected Plaintiff's Fourth Amendment, Supremacy Clause, and Free Exercise Clause claims. (*Id.* at 9-10.) This Court approved a stipulation to extend time to file a motion for attorneys' fees and costs until the resolution of all appeals from the judgment. (ECF No. 140.) Subsequently, the Supreme Court granted Plaintiff's petition for a writ of certiorari, and ultimately held that the requirement at issue violates the First Amendment. *Am. for Prosperity Found. v. Bonta*, 141 S. Ct. 2373 (2021).

On August 26, 2021, Plaintiff filed a "Petition for Attorneys' Fees and Costs." (ECF No. 177.) Plaintiff claims an entitlement to fees and costs, and states that it will "supplement this Fee Petition with detailed time entries and expert witness affidavits," by September 10, 2021, if necessary. (*Id.* at 3.) Plaintiff now requests that this Court set a deadline of November 15, 2021 for it to file supplemental information supporting its Motion for Attorneys' Fees and Costs, or, In the Alternative, For Attorneys' Fees and Costs. (ECF No. 183 at 2.) Defendant does not object to an extension of time. But to allow the parties adequate time to engage in ongoing negotiations, Defendant requests that the deadline to file any fees motion and supporting documentation be set to December 15, 2021. To the extent Plaintiff moves this Court to award it any substantive relief, including an award of fees and costs, Defendant opposes that request, and reserves the right to submit substantive argument regarding same.

## CONCLUSION

For these reasons, Defendant does not oppose Plaintiff's request to set a filing date for supplemental information regarding its requests for attorneys' fees. However, Defendant requests that the date be set to December 15, 2021. Defendant otherwise opposes Plaintiff's motion.

Dated:  October 4, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
HEATHER HOESTEREY
Supervising Deputy Attorney General

/s/ *Jose A. Zelidon-Zepeda*
JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity*

SA2015103427
Response to TMLC Motion to Set Filing Deadline for Attorneys' Fees Motion.docx