Mark A. Lippelmann (Pro hac vice pending)
Alliance Defending Freedom
440 First Street, NW, Suite 600
Washington, DC 20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MORE LAW CENTER<br><br>Plaintiff(s)<br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-cv-03048-CAS-FFMx<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lippelmann, Mark A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

480-444-0020    480-444-0028
*Telephone Number*    *Fax Number*

jbursch@adflegal.org
*E-Mail Address*

of Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 8520
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Thomas More Law Center
*Name(s) of Party(ies) Represent*    ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Castoria, Louis H.
*Designee's Name (Last Name, First Name & Middle Initial)*

95768    415-926-7600    415-926-7601
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

lcastoria@kdvlaw.com
*E-Mail Address*

of Kaufman, Dolowich & Voluck, LLP
11755 Wilshire Blvd, Suite 2400
Los Angeles, CA 90025
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: October 6, 2021**

*Christina A. Snyder*
**U.S. District Judge**