**KAUFMAN DOLOWICH & VOLUCK, LLP**
LOUIS H. CASTORIA, SBN 95768
lcastoria@kdvlaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:   (415) 926-7600
Facsimile:   (415) 926-7601

Attorneys for Plaintiff
THOMAS MORE LAW CENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MORE LAW CENTER,<br><br>                 Plaintiff,<br><br>       vs.<br><br>ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>                 Defendant. | Case No.:   2:15-cv-03048-CAS-FFM<br><br>Complaint Filed:  April 23, 2015<br><br>**NOTICE OF MOTION AND MOTION TO MODIFY JUDGMENT**<br><br>Hearing Date:  November 15, 2021<br>Hearing Time: 10:00 AM<br>Judge:           Hon. Christina A. Snyder<br>Courtroom:     8D |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that on November 15, 2021, or as soon thereafter as this matter may be heard in Courtroom 8D of the United States District Court for the Central District of California at 350 W. First Street, Los Angeles, CA 90012, Plaintiff Thomas More Law Center ("TMLC") will and hereby does respectfully move the Court to modify the scope of the judgment issued on November 16, 2016, consistent with the Supreme Court's opinion issued on July 1, 2021, the Supreme Court's mandate issued on August 2, 2021, and the Ninth Circuit's mandate issued August 27, 2021. *See* ECF Nos. 139, 176–78. Specifically, TMLC respectfully requests that the Court modify its judgment to (i) permanently enjoin Defendant Rob Bonta, in his official capacity

as Attorney General of California (the "Defendant"), from requiring any registrant to file with the registry a periodic written report containing a copy of its Schedule B to IRS Form 990; and (ii) provide that no registrant shall be considered deficient or delinquent in its reporting requirement because it does not file its confidential Schedule B with the Defendant.

    This motion is based on the Notice of Motion and Motion, the accompanying memorandum of points and authorities, the pleadings and papers on file in this action, the arguments of counsel, and any matters upon which the Court may or must take judicial notice. Through Counsel for co-Plaintiff Americans for Prosperity Foundation ("the Foundation"), TMLC and the Foundation's counsel first contacted counsel for the Defendant by email on August 27, 2021 to request Defendant's position on the relief sought in this motion; subsequently contacted counsel for Defendant by email on September 21, 2021 to seek its position on the specific modification to the Court's judgment sought in this motion; and met and conferred by telephone with Defendant on September 22, 2021 regarding the relief sought in this motion. Counsel for Defendant has responded that it agrees that the Ninth Circuit's mandate contemplates further proceedings with respect to the scope of this Court's judgment, but informed counsel for TMLC that it has not yet formulated a position as to how the judgment should be modified.

Respectfully Submitted.

Dated:  October 18, 2021

    KAUFMAN DOLOWICH & VOLUCK, LLP

    /s/ Louis H. Castoria
    Louis H. Castoria
    Attorneys for Plaintiff
    THOMAS MORE LAW CENTER

4818-7692-1599, v. 1

## **PROOF OF SERVICE BY ELECTRONIC TRANSMISSION**

I, Gwen M. Wagner, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 425 California Street, Suite 2100, San Francisco, CA 94104. My e-mail address is gwganer@kdvlaw.com. On October 18, 2021, I electronically served via ECF the following document(s) described as:

NOTICE OF MOTION AND MOTION TO MODIFY JUDGEMENT
MEMORANDUM IN SUPPORT OF MOTION TO MODIFY JUDGMENT
[PROPOSED] ORDER MODIFYING JUDGMENT

on the recipients designated on the Transaction Receipt located on the File & Serve website.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 18, 2021 at San Francisco, California.

_____

Gwen M. Wagner