**KAUFMAN DOLOWICH & VOLUCK, LLP**
LOUIS H. CASTORIA, SBN 95768
lcastoria@kdvlaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:     (415) 926-7600
Facsimile:      (415) 926-7601

Attorneys for Plaintiff
THOMAS MORE LAW CENTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MORE LAW CENTER,<br><br>          Plaintiff,<br><br>     vs.<br><br>ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>          Defendant. | Case No.:   2:15-cv-03048-CAS-FFM<br><br>Complaint Filed:  April 23, 2015<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO MODIFY JUDGEMENT**<br><br>Hearing Date:  November 15, 2021<br>Hearing Time: 10:00 AM<br>Judge:           Hon. Christina A. Snyder<br>Courtroom:      8D |

Plaintiff Thomas More Law Center ("the Law Center") respectfully requests that this Court modify its judgment issued November 16, 2016, to expand the scope of the permanent injunction to comport with the Supreme Court's opinion issued July 1, 2021, the Supreme Court's mandate issued August 2, 2021, and the Ninth Circuit's mandate issued August 27, 2021. In support of this motion, the Law Center states as follows:

1.   This Court entered a permanent injunction and judgment in favor of the Law Center on November 16, 2016. *See* Order for J. in Favor of Pl., ECF 139 (the "Judgment").

2. In the Judgment, the Court held that the "Schedule B disclosure requirement [was] unconstitutional as applied to TMLC." *Id.* at 1.

3. The Judgment "focuse[d] on the Law Center's as-applied challenge." *Id.* at 2.

4. In its Judgment, the Court entered a permanent injunction as follows:
> IT IS HEREBY ORDERED that the Attorney General is permanently enjoined from requiring the Thomas More Law Center to file with the registry a periodic written report containing a copy of its Schedule B to IRS Form 990. TMLC shall no longer be considered deficient or delinquent in its reporting requirement because it does not file its confidential Schedule B with the Attorney General.

*Id.* at 12.

5. On September 11, 2018, the Ninth Circuit reversed and vacated this Court's judgment. *Ams. for Prosperity Found. v. Becerra*, 903 F.3d 1000, 1020 (9th Cir. 2018).

6. On March 29, 2019, the Ninth Circuit denied a timely petition for rehearing en banc. *Ams. for Prosperity Found. v. Becerra*, 919 F.3d 1177 (9th Cir. 2019).

7. After granting a timely petition for certiorari review, the Supreme Court issued its decision on July 1, 2021. *Americans for Prosperity Found. v. Bonta*, 141 S. Ct. 2373, 2373, 2382 (2021), and in the Law Center's case.

8. In its opinion, the Supreme Court held that "California's blanket demand for Schedule Bs is facially unconstitutional." *Id.* at 2385.

9. On August 2, 2021, the Supreme Court issued its judgment, which "reversed . . . and remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court." *See* ECF 176 at 1, 4.

10. On August 27, 2021, the Ninth Circuit issued its "mandate" affirming this Court's judgment and "remand[ing] for further proceedings consistent with the Supreme Court's opinion." Order at 5, ECF 178.

11. "[W]hen acting under an appellate court's mandate, an inferior court 'is bound by the decree as the law of the case; and must carry it into execution, according to the mandate.'" *Vizcaino v. U.S. Dist. Ct. for W. Dist. of Wash.*, 173 F.3d 713, 719 (9th Cir. 1999) (quoting *In re Sanford Fork & Tool Co.*, 160 U.S. 247, 255 (1895)).

12. On the same day the Ninth Circuit issued its mandate, counsel for the Law Center joined with counsel for Americans for Prosperity Foundation ("AFPF," the co-Plaintiff in the consolidated case) in informing counsel for Defendant Rob Bonta, the Attorney General of California (the "Defendant"), that the Law Center understood the Ninth Circuit's mandate to contemplate that the permanent injunction would be adjusted and expanded consistent with the Supreme Court's facial invalidation of the demand at issue in this case. Counsel for the Law Centerfurther requested confirmation that the Defendant agreed with the Law Center's position.

13. On September 2, 2021, counsel for the Defendant responded, "Our position is that, under the Ninth Circuit's remand order, further trial court proceedings 'consistent with the Supreme Court's opinion,' including with respect to the scope of the district court's judgment, are contemplated." Counsel for Defendant did not state a position with respect to how the Judgment should be modified.

14. On September 21, 2021, counsel for the Law Center and AFPF notified counsel for the Defendant that, in light of the parties' impasse on stipulating to a deadline for the Plaintiffs in the two cases to move for attorneys' fees and costs, it intended to file this motion by no later than September 23, 2021. Counsel for AFPF further proposed that the Judgment be modified as follows; the Law Center joined in this motion on September 24, 2021 (ECF 184, page 3):

> IT IS HEREBY ORDERED that the Attorney General is Permanently Enjoined from Requiring [PARTY] Any Registrant to File with the Registry a Periodic Written Report Containing a Copy of its Schedule B to IRS Form 990. No Registrant Shall No Longer Be Considered

>Deficient or Delinquent in its Reporting Requirement
>because it Does Not File its Confidential Schedule B with
>the Attorney General.

15. On September 22, 2021, the parties met and conferred to discuss, among other things, this motion.

16. During that conference, counsel for Defendant informed counsel for the Law Center that the Defendant was still reviewing the proposed language and had not formulated a position on modifying the Judgment, nor could counsel for the Defendant provide a date by which Defendant would be able to provide its position.

17. The Law Center intends to continue to meet and confer with Defendant in an effort to reach agreement as to how to modify the Judgment, and hopes that the parties will be able to reach an agreement by the noticed hearing date, at the very latest.

Accordingly, the Law Center respectfully requests that this Court modify its Judgment to read as follows:

>IT IS HEREBY ORDERED that the Attorney General is
>Permanently Enjoined from Requiring Any Registrant to
>File with the Registry a Periodic Written Report Containing a Copy of
>its Schedule B to IRS Form 990. No Registrant Shall Be Considered
>Deficient or Delinquent in its Reporting Requirement because it Does
>Not File its Confidential Schedule B with the Attorney General.

Respectfully Submitted.

Dated: October 18, 2021

KAUFMAN DOLOWICH & VOLUCK, LLP

/s/ Louis H. Castoria
Louis H. Castoria
Attorneys for Plaintiff
THOMAS MORE LAW CENTER

4832-3587-6095, v. 1