# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MORE LAW CENTER,<br><br>  Plaintiff,<br><br>vs.<br><br>ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>  Defendant. | Case No.: 2:15-cv-03048-CAS-FFMx<br><br>Complaint Filed: April 23, 2015<br><br>**ORDER GRANTING STIPULATION TO SET DEADLINE OF JANUARY 18, 2022, FOR SUPPLEMENTAL INFORMATION IN SUPPORT OF ALREADY FILED MOTION FOR ATTORNEY FEES AND COSTS UNDER 42 U.S.C. § 1988** |

This matter is before the Court on Plaintiff Thomas More Law Center's and Defendant Attorney General Rob Bonta's Stipulation to Set Deadline of January 18, 2022, for Supplemental Information in Support of Already Filed Motion for Attorney Fees and Costs under 42 U.S.C. § 1988.

**THE STIPULATION IS HEREBY GRANTED.**

The Court hereby sets the following deadlines in connection with Plaintiff's already filed motion for attorney fees and costs:

- January 18, 2022: Deadline for Plaintiff to File Supplemental Information in Support of Already Filed Motion for Attorney Fees and Costs under 42 U.S.C. § 1988
- February 14, 2022: Deadline for Defendant's Opposition
- February 21, 2022: Deadline for Plaintiff's Reply
- March 7, 2022: Hearing on Plaintiff's Motion

DATED: December 16, 2021

*(signature)*
The Honorable Christina A. Snyder
United States District Judge