**KAUFMAN DOLOWICH & VOLUCK, LLP**
LOUIS H. CASTORIA (SBN 95768)
425 California Street, Suite 2100
San Francisco, California 94104
Telephone:   (415) 926-7600
Facsimile:    (415) 926-7601
lcastoria@kdvlaw.com

*Attorney for Plaintiff*
THOMAS MORE LAW CENTER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **THOMAS MORE LAW CENTER**, | Case No.  2:15-cv-03048-CAS-FFM |
| Plaintiff, | **STIPULATION TO MODIFY JUDGMENT** |
| v. | Judge:          Hon. Christina A. Snyder |
| **ROB BONTA**, in his Official Capacity as Attorney General of California, | Courtroom:  8D |
| Defendant. | |

1.

Plaintiff Thomas More Law Center (the "**Center**") and Defendant Attorney General Rob Bonta (the "**Defendant**," and, together with the Center, the "**Parties**"), by and through their respective counsel hereby stipulate and agree as follows:

WHEREAS, this Court entered judgment in favor of the Center on November 16, 2016, *see* ECF 139 (the "**Judgment**");

WHEREAS, this Court's Judgment was limited to as-applied relief, *see id.* at 1–2, 12;

WHEREAS, the Supreme Court held in an opinion issued on July 1, 2021 that "California's blanket demand for Schedule Bs is facially unconstitutional," *Ams. for Prosperity Found. v. Bonta*, 141 S. Ct. 2373, 2385 (2021);

WHEREAS, the Supreme Court on August 2, 2021 issued its judgment, which "reversed . . . and remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court," ECF 176 at 1, 4;

WHEREAS, the U.S. Court of Appeals for the Ninth Circuit on August 27, 2021 issued its "mandate" affirming this Court's judgment and "remand[ing] to the district court for further proceedings consistent with the Supreme Court's opinion," ECF 178 at 5;

WHEREAS, the Center filed a Motion to Modify Judgment on October 18, 2021, ECF 198;

WHEREAS, the Parties agreed and the Court on October 18, 2021 ordered that "Counsel shall meet and confer regarding the pending motions forthwith… If needed, counsel shall reset the Motion for Modification of Judgment[198] in case no. 2:15cv3048, or vacate the hearing, subject to being reset when ripe." ECF 203;

WHEREAS, the Parties subsequently met and conferred by telephone and email regarding modification of the Judgment;

WHEREAS, the Parties agree that the Judgment should be modified as follows: "IT IS HEREBY ORDERED that the Attorney General is Permanently Enjoined from Requiring Any Registrant to File with the Registry a Periodic Written Report Containing a Copy of its Schedule B to IRS Form 990. No Registrant Shall Be Considered Deficient or Delinquent in its Reporting Requirement because it Does Not File its Confidential Schedule B with the Attorney General's Registry.";

THEREFORE, pursuant to Local Rule 7.1, the Parties hereby stipulate and agree that the Court should modify the judgment as reflected in the preceding paragraph and in the proposed order accompanying this stipulation.

DATED: December 20, 2021          Respectfully submitted,

KAUFMAN DOLOWICH & VOLUCK, LLP

By   /s/ Louis H. Castoria
   LOUIS H. CASTORIA
   *Attorney for Plaintiff Thomas More Law Center*

ROB BONTA
Attorney General of California
Mark Beckington
Supervising Deputy Attorney General

By   /s/ Jose A. Zelidon-Zepeda
   JOSE A. ZELIDON-ZEPEDA
   *Attorneys for Defendant Attorney General Rob Bonta, in His Official Capacity*

4888-1036-9286, v. 1

3.

**STIPULATION TO MODIFY JUDGMENT**