1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **THOMAS MORE LAW CENTER,** | Case No.  2:15-cv-03048-CAS-FFM |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY JUDGMENT** |
| v. | |
| **ROB BONTA,** in his Official Capacity as Attorney General of California, | Judge:          Hon. Christina A. Snyder<br>Courtroom:    8D |
| Defendant. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1.

[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY JUDGMENT

This matter is before the Court on Plaintiff Thomas More Law Center and Defendant Rob Bonta's Stipulation to Modify Judgment.

**THE STIPULATION IS HEREBY GRANTED.**

**IT IS HEREBY ORDERED** that the Attorney General is Permanently Enjoined from Requiring Any Registrant to File with the Registry a Periodic Written Report Containing a Copy of its Schedule B to IRS Form 990. No Registrant Shall Be Considered Deficient or Delinquent in its Reporting Requirement because it Does Not File its Confidential Schedule B with the Attorney General's Registry.


DATED: _____, 2021


By: _____

Hon. Christina A. Snyder

United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY JUDGMENT