**<u>CERTIFICATE OF SERVICE BY ELECTRONIC TRANSMISSION</u>**

I, Gwen M. Wagner, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within entitled action.  My business address is 425 California Street, Suite 2100, San Francisco, CA 94104. My e-mail address is gwagner@kdvlaw.com. On December 20, 2021, I electronically served via ECF the following document(s) described as:

-   STIPULATION TO MODIFY JUDGEMENT

-   [PROPOSED] ORDER GRANTING STIPULATION TO MODIFY JUDGEMENT

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 20, 2021 at San Francisco, California.

Gwen M. Wagner