1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS MORE LAW CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA,<br>in his Official Capacity as<br>Attorney General of California,<br><br>    Defendant. | Case No.  2:15-cv-03048-CAS-FFMx<br><br>**ORDER GRANTING STIPULATION TO MODIFY JUDGMENT**<br><br>Judge:         Hon. Christina A. Snyder<br>Courtroom:   8D |

1.
**ORDER GRANTING STIPULATION TO MODIFY JUDGMENT**

This matter is before the Court on Plaintiff Thomas More Law Center and Defendant Rob Bonta's Stipulation to Modify Judgment.

**THE STIPULATION IS HEREBY GRANTED.**

**IT IS HEREBY ORDERED** that the Attorney General is Permanently Enjoined from Requiring Any Registrant to File with the Registry a Periodic Written Report Containing a Copy of its Schedule B to IRS Form 990. No Registrant Shall Be Considered Deficient or Delinquent in its Reporting Requirement because it Does Not File its Confidential Schedule B with the Attorney General's Registry.

DATED: December 28, 2021

_____
Hon. Christina A. Snyder
United States District Judge