# Exhibit 1

Alliance Defending Freedom Time and Task Entries

**Alliance Defending Freedom**

440 First Street NW, Suite 600
Washington, DC 20001

Telephone: (616) 450-4235                                    Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*
Case No.: 2:15-cv-03048

**Motion for Attorneys' Fees & Costs**

**Itemized Statement of Attorneys' Fees**

| Date | User | Description | Time | Time Cut | Adjusted Time |
|---|---|---|---|---|---|
| 5/8/2019 | C. Eville | Preparation of briefing template for R. Gray. | 0.3 | | 0.3 |
| 5/8/2019 | C. Eville | Email correspondence with printer regarding briefing deadlines to get on their schedule. | 0.2 | | 0.2 |
| 5/8/2019 | C. Eville | Calendar briefing deadlines for all attorneys. | 0.2 | | 0.2 |
| 5/8/2019 | C. Eville | Telephone conference with L. Meadows regarding creation of the cert. petition appendix. | 0.3 | | 0.3 |
| 5/8/2019 | C. Eville | Review email from J. Bursch regarding new file. | 0.1 | 0.1 | 0.0 |
| 5/8/2019 | C. Eville | Complete and submit new file request form. | 0.1 | 0.1 | 0.0 |
| 5/8/2019 | C. Eville | Review of email and documents from R. Gray regarding creation of the cert. petition appendix. | 0.3 | | 0.3 |
| 5/8/2019 | J. Bursch | Email to C. Eville with directions to submit new file request. | 0.1 | 0.1 | 0.0 |
| 5/8/2019 | R. Gray | Began reviewing all lower court orders/opinions, taking notes, and printing materials to read in preparation for drafting cert. petition. | 6.3 | 0.5 | 5.8 |
| 5/8/2019 | R. Gray | Research relevant orders and opinions in the lower courts, downloaded and organized them, and emailed them to C. Eville and | 1.3 | | 1.3 |
| 5/8/2019 | R. Gray | Research regarding relevant dockets for the current appeal and | 0.6 | | 0.6 |
| 5/8/2019 | R. Gray | Email to J. Bursch regarding whether an extension of time to file the | 0.2 | | 0.2 |
| 5/9/2019 | R. Gray | Continue reviewing all lower court orders/opinions, taking notes, and printing materials to read in prep for drafting cert. petition. | 5.9 | 0.6 | 5.3 |
| 5/13/2019 | R. Gray | Read lower court briefing and take notes in prep for drafting cert. petition. | 4.0 | 0.5 | 3.5 |
| 5/13/2019 | R. Gray | Continue reviewing all lower court orders/opinions, taking notes, and printing materials to read in prep for drafting cert. petition | 1.6 | | 1.6 |
| 5/15/2019 | R. Gray | Begin reading S. Ct. disclosure cases in prep for drafting cert. petition | 1.1 | | 1.1 |
| 5/15/2019 | R. Gray | Continue reading lower court briefing and take notes in prep for drafting cert. petition | 4.2 | 0.6 | 3.6 |
| 5/16/2019 | R. Gray | Setting up file in law management software. | 0.3 | 0.3 | 0.0 |
| 5/17/2019 | C. Eville | Begin adding court orders into Appendix. | 2.7 | | 2.7 |
| 5/17/2019 | R. Gray | Continued reading S. Ct. precedent and taking notes in prep for | 2.9 | | 2.9 |
| 5/17/2019 | R. Gray | Continued reading S. Ct. cases and taking notes in prep for drafting | 3.7 | | 3.7 |
| 5/20/2019 | R. Gray | Continued reading S. Ct. precedent and taking notes in prep for drafting cert. petition | 3.9 | 0.7 | 3.2 |
| 5/20/2019 | R. Gray | Continued reading S. Ct. precedent and taking notes in prep for | 4.3 | 0.5 | 3.8 |
| 5/22/2019 | C. Eville | Email R.Gray re question about 9/11/18 opinion attachments and whether they need to be included in appendix | 0.2 | | 0.2 |
| 5/22/2019 | C. Eville | Review R.Gray's response email and follow up email regarding use of asterisks. | 0.2 | | 0.2 |

| Date | Person | Description | | | |
|---|---|---|---|---|---|
| 5/22/2019 | C. Eville | Continue adding orders to Appendix. | 2.7 | | 2.7 |
| 5/22/2019 | R. Gray | Continued reading S. Ct. precedent and taking notes in prep for drafting cert. petition | 3.0 | 0.5 | 2.5 |
| 5/22/2019 | R. Gray | Review of contrasting positions TMLC and California staked out in S. Ct. cases and amicus briefs | 1.2 | | 1.2 |
| 5/22/2019 | R. Gray | Review and respond to C. Eville regarding inclusion of 9/11/18 opinion in appendix. | 0.1 | | 0.1 |
| 5/28/2019 | C. Eville | Work on incorporating orders into Appendix. | 3.2 | | 3.2 |
| 5/28/2019 | R. Gray | Review opinions and case law notes to begin drafting questions presented. | 0.7 | | 0.7 |
| 5/28/2019 | R. Gray | Finished reading and taking notes on S. Ct. caselaw | 1.7 | | 1.7 |
| 5/28/2019 | R. Gray | Research, reading through, and taking notes on court of appeals | 3.8 | | 3.8 |
| 5/29/2019 | R. Gray | Began drafting application for extension of time to file cert. petition | 3.3 | 0.4 | 2.9 |
| 5/29/2019 | R. Gray | Finished drafting questions presented for cert. petition and | 1.9 | | 1.9 |
| 5/30/2019 | R. Gray | Continued drafting application for extension of time, adding cites, | 5.7 | 0.7 | 5.0 |
| 6/3/2019 | C. Eville | Cite check and proofread application for extension of time to file cert petition; prepare attachments; email to R.Gray and J.Bursch for | 1.5 | 0.4 | 1.1 |
| 6/3/2019 | C. Eville | E-file application for extension of time | 0.2 | | 0.2 |
| 6/3/2019 | C. Eville | Email copy of application for extension of time to opposing counsel | 0.1 | | 0.1 |
| 6/3/2019 | C. Eville | Prepare copies of application for extension of time to send overnight to court. | 0.2 | | 0.2 |
| 6/3/2019 | R. Gray | Draft Questions Presented page and began drafting front matter of the cert. petition | 2.7 | | 2.7 |
| 6/4/2019 | R. Gray | Read and took notes on relevant statutes and regulations in prep for drafting cert. petition and putting together the cert. appendix | 3.2 | | 3.2 |
| 6/4/2019 | R. Gray | Continued drafting front matter of cert. petition | 0.4 | | 0.4 |
| 6/5/2019 | C. Eville | Review court's grant of extension; calendar new deadlines and notify printer of new deadlines. | 0.3 | | 0.3 |
| 6/5/2019 | R. Gray | Drafting the introduction to the cert. petition | 5.4 | 1.0 | 4.4 |
| 6/5/2019 | R. Gray | Continue researching state and federal statutes and regulations and taking notes, designated excerpts for cert. appendix, and forwarded | 2.1 | 0.7 | 1.4 |
| 6/6/2019 | C. Eville | Continue adding orders to Appendix. | 2.3 | | 2.3 |
| 6/7/2019 | R. Gray | Draft the cert. petition's Statement of the Case | 3.0 | | 3.0 |
| 6/7/2019 | R. Gray | Revised introduction to the cert. petition | 0.4 | | 0.4 |
| 6/10/2019 | C. Eville | Add 4/29/15 order into Appendix | 1.2 | | 1.2 |
| 6/10/2019 | R. Gray | Continue drafting statement of the case for cert. petition | 4.8 | 1.0 | 3.8 |
| 6/11/2019 | R. Gray | Continue drafting statement of the case for cert. petition | 6.6 | 1.2 | 5.4 |
| 6/12/2019 | R. Gray | Participate in telephone conference with Heritage Foundation regarding potential amicus briefing. | 1.3 | 1.3 | 0.0 |
| 6/12/2019 | R. Gray | Research on AFP and Thomas More amicus briefs and possible amicus topics | 2.5 | 2.5 | 0.0 |

| Date | Person | Description | | | |
|---|---|---|---|---|---|
| 6/13/2019 | R. Gray | Finished drafting statement of the case. | 1.7 | 0.3 | 1.4 |
| 6/13/2019 | R. Gray | Began drafting the cert. petition's argument section | 3.9 | | 3.9 |
| 6/14/2019 | R. Gray | Continue drafting cert. petition argument | 5.0 | | 5.0 |
| 6/17/2019 | C. Eville | Input California regulations and statutes into cert appendix | 2.1 | 0.6 | 1.5 |
| 6/17/2019 | C. Eville | Email R.Gray re letters for inclusion not being clear. | 0.2 | 0.2 | 0.0 |
| 6/17/2019 | R. Gray | Continue drafting the cert. petition's argument section | 4.7 | | 4.7 |
| 6/18/2019 | C. Eville | Email correspondence with R.Gray and L.Castoria to obtain clean copies of letters to include in appendix. | 0.2 | 0.2 | 0.0 |
| 6/19/2019 | C. Eville | Input federal statutes and regulations into cert appendix. | 1.2 | | 1.2 |
| 6/19/2019 | R. Gray | Drafting argument section | 4.6 | | 4.6 |
| 6/19/2019 | R. Gray | Telephone conference with C. Mattox about the AFPF and Thomas More cases | 0.5 | | 0.5 |
| 6/19/2019 | R. Gray | Wrote emails to J. Bursch and B. Harvey re case strategy and my telephone call with C. Mattox | 0.6 | 0.2 | 0.4 |
| 6/19/2019 | R. Gray | Continued drafting argument section of cert. petition | 2.1 | | 2.1 |
| 6/20/2019 | R. Gray | Draft circuit conflict section of the cert. petition | 4.8 | 0.6 | 4.2 |
| 6/25/2019 | R. Gray | Draft good vehicle section of the cert. petition | 3.4 | 0.4 | 3.0 |
| 6/25/2019 | R. Gray | Finished drafting the reasons for granting the writ summary in the cert. petition. | 2.4 | | 2.4 |
| 6/26/2019 | R. Gray | Edit the cert. petition draft to comply with word limit. Forwarded to J. Bursch for review. | 2.3 | 0.5 | 1.8 |
| 7/5/2019 | C. Eville | Email R.Gray and L.Meadows to review current draft of appendix. | 0.3 | | 0.3 |
| 7/18/2019 | R. Gray | Meeting with J. Tedesco to discuss status and strategy in the | 0.4 | 0.4 | 0.0 |
| 7/25/2019 | C. Eville | Input letters (11) into cert petition appendix; send updated appendix to L.Meadows for review. | 3.2 | | 3.2 |
| 7/31/2019 | R. Gray | Began research for amicus brief topics and content | 2.5 | 2.5 | 0.0 |
| 8/1/2019 | R. Gray | Responding to S. Sadeghi's email re filing one amicus brief in both AFPF and TMLC | 0.5 | 0.5 | 0.0 |
| 8/2/2019 | J. Bursch | Review draft cert. petition and begin analyzing key testimony and cases cited therein | 6.8 | 0.0 | 6.8 |
| 8/2/2019 | R. Gray | Review and edit current draft of cert. appendix and sent to C. Eville | 4.4 | 0.5 | 3.9 |
| 8/3/2019 | J. Bursch | Continue analyzing key testimony and cases cited in draft cert. petition | 4.5 | 0.0 | 4.5 |
| 8/5/2019 | J. Bursch | Finish analyzing key testimony and cases cited in draft cert. petition | 8.9 | 0.0 | 8.9 |
| 8/9/2019 | R. Gray | Identify and contact potential amici | 2.1 | 2.1 | 0.0 |
| 8/9/2019 | R. Gray | Spoke with Kaylan Phillips about drafting or joining an amicus brief | 0.3 | 0.3 | 0.0 |

| Date | Person | Description | | | |
|---|---|---|---|---|---|
| 8/9/2019 | R. Gray | Review J.Bursch comments on the cert. petition and respond to | 1.2 | 0.3 | 0.9 |
| 8/9/2019 | R. Gray | Update amicus spreedsheet and email B.Harvey about connecting | 0.3 | 0.3 | 0.0 |
| 8/16/2019 | R. Gray | Draft letter to opposing counsel regarding blanket consent for | 0.2 | | 0.2 |
| 8/20/2019 | C. Schandevel | Review and revision of cert petition. | 3.5 | 1.5 | 2.0 |
| 8/20/2019 | J. Bursch | Review comments on draft petition from Messrs. Thompson and | 4.1 | 0.0 | 4.1 |
| 8/20/2019 | R. Gray | Review AFP's draft cert. petition and provide J. Bursch with comments | 1.2 | 1.2 | 0.0 |
| 8/21/2019 | J. Bursch | Review comments on draft petition from Messrs. Gray and Schandevel and revise cert. petition; analyze AFPF draft cert. | 6.1 | 0.0 | 6.1 |
| 8/21/2019 | R. Gray | Revision of cert. petition to incorporate comments. | 3.4 | 0.8 | 2.6 |
| 8/21/2019 | R. Gray | Insert cert. appendix cites into the latest cert. petition draft. | 1.9 | | 1.9 |
| 8/21/2019 | R. Gray | Enter final revisions to cert. petition and send to J. Bursch, L. Meadows, and C. Eville | 1.0 | | 1.0 |
| 8/21/2019 | R. Gray | Research citations for the fact that only three states require nonprofits to disclose their donors like California does. | 0.3 | | 0.3 |
| 8/22/2019 | C. Eville | Cite check cert petition; forward edits to R.Gray and J.Bursch. | 3.6 | 0.7 | 2.9 |
| 8/22/2019 | J. Bursch | Continue revising petition, in particular with a focus on similarities and differences between the TMLC and AFPF draft petitions | 5.5 | 0.0 | 5.5 |
| 8/22/2019 | R. Gray | Reviewing final, cite-checked version of cert. petition and making | 1.5 | | 1.5 |
| 8/23/2019 | C. Eville | Final review of cert. petition brief; insert table of authorities; email | 1.2 | | 1.2 |
| 8/23/2019 | C. Eville | Convert final cert. petition brief to pdf and forward to printer for | 0.8 | | 0.8 |
| 8/23/2019 | J. Bursch | Final revisions to petition and supervise transmission to the printer | 3.2 | 0.0 | 3.2 |
| 8/23/2019 | R. Gray | Email to C. Eville re final edits to cert. petition and filing | 0.3 | | 0.3 |
| 8/26/2019 | R. Gray | Emailing J. Bursch, B. Harvey, and C. Eville re cert. petitions docket | 0.3 | | 0.3 |
| 8/27/2019 | R. Gray | Preparation and interview with American Family Radio regarding litigation | 0.8 | 0.8 | 0.0 |
| 8/27/2019 | R. Gray | Updating Results file and emailing C. Eville re Results file | 0.2 | 0.2 | 0.0 |
| 8/28/2019 | R. Gray | Email correspondence responding to prospective amici's questions | 0.6 | 0.6 | 0.0 |
| 8/29/2019 | R. Gray | Email to Public Interest Legal Foundation regarding a possible addition to its coalition amicus brief | 0.2 | 0.2 | 0.0 |
| 8/29/2019 | R. Gray | Responding to prospective amici emails | 0.3 | 0.3 | 0.0 |
| 9/10/2019 | R. Gray | Email an amicus author regarding due date if Respondent's extension request is granted | 0.2 | 0.2 | 0.0 |
| 9/19/2019 | R. Gray | Research and provide answer to amicus author's question | 1.0 | 1.0 | 0.0 |
| 9/20/2019 | R. Gray | Research Supreme Court rules regarding filing one brief in multiple | 0.1 | | 0.1 |
| 9/23/2019 | R. Gray | Review of draft amicus brief | 0.3 | | 0.3 |
| 9/23/2019 | R. Gray | Email B. Harvey and K. Fiedorek info for amici regarding the need to file electronically in both cases under Supreme Court rules. | 0.3 | 0.3 | 0.0 |
| 9/24/2019 | R. Gray | Downloading and reviewing The Institute for Justice's amicus brief. | 0.2 | 0.2 | 0.0 |
| 9/25/2019 | C. Eville | Download and save amicus briefs supporting petitioners. Update Results file and save amicus contacts to file. | 1.2 | 1.2 | 0.0 |
| 10/4/2019 | R. Gray | Reviewing and editing draft op-ed | 0.2 | | 0.2 |
| 10/7/2019 | R. Gray | Recalculating due dates after extension granted | 0.2 | | 0.2 |
| 10/10/2019 | R. Gray | Began reviewing cert. stage amicus briefs in preparation for drafting cert. reply | 4.6 | 1.0 | 3.6 |

| Date | Timekeeper | Description | | | |
|---|---|---|---|---|---|
| 11/1/2019 | R. Gray | Telephone call with J. Lorence re cert. petition reply strategy | 0.4 | 0.4 | 0.0 |
| 11/22/2019 | R. Gray | Taking notes on amicus briefs in prep for drafting cert. reply | 1.1 | 1.1 | 0.0 |
| 11/25/2019 | R. Gray | Review S. Ct. opinions in Uphaus, Barenblatt, Baird, and In re Primus in prepration for drafting cert. reply | 0.8 | | 0.8 |
| 11/25/2019 | R. Gray | Review final cert. petition in prep for drafting cert. reply | 0.9 | 0.9 | 0.0 |
| 11/25/2019 | R. Gray | Read and take notes on amicus briefs filed in AFPF in prep for | 1.8 | 0.5 | 1.3 |
| 11/26/2019 | R. Gray | Review and take notes on cert. opposition brief's arguments, comparing cert. petition to cert. opposition brief, and determining | 4.6 | 0.7 | 3.9 |
| 11/27/2019 | J. Bursch | Continue supplemental legal research for cert. reply | 3.1 | 0.5 | 2.6 |
| 11/27/2019 | R. Gray | Draft introduction of cert. reply | 1.2 | | 1.2 |
| 12/2/2019 | J. Bursch | Analyze California Attorney General's Brief in Opposition and review comments from Messrs. Castoria and Gray regarding same, and formulate reply-brief strategy | 3.9 | 0.0 | 3.9 |
| 12/2/2019 | R. Gray | Draft cert. reply | 6.5 | 0.5 | 6.0 |
| 12/3/2019 | R. Gray | Continue drafting cert. reply | 7.8 | 1.0 | 6.8 |
| 12/3/2019 | R. Gray | Finished drafting cert reply, edited, filled in missing citations, and forwarded to J. Bursch | 2.9 | 1.0 | 1.9 |
| 12/5/2019 | C. Eville | Cite check reply brief | 2.0 | 0.5 | 1.5 |
| 12/5/2019 | J. Bursch | Review and revise reply brief in support of cert. petition | 1.4 | | 1.4 |
| 12/6/2019 | J. Bursch | Continue revising reply brief in support of cert. petition | 4.8 | 0.8 | 4.0 |
| 12/7/2019 | R. Gray | Review and implement cert. reply edits and comments from D. | 1.1 | | 1.1 |
| 12/9/2019 | C. Eville | Prepare service list and email to printer with final reply brief. | 0.3 | | 0.3 |
| 12/9/2019 | C. Eville | Insert table of contents and table of authorities into reply brief | 0.8 | 0.3 | 0.5 |
| 12/9/2019 | C. Eville | Final proofread of reply brief | 0.4 | 0.4 | 0.0 |
| 12/9/2019 | C. Eville | Pdf final reply and email to R.Gray and J.Bursch for review. | 0.3 | 0.3 | 0.0 |
| 12/9/2019 | J. Bursch | Analyze Americans for Prosperity Foundation draft reply brief in support of cert. petition | 0.8 | | 0.8 |
| 12/9/2019 | J. Bursch | Review comments from Ms. Waggoner and Mr. Cortman on draft | 0.7 | 0.7 | 0.0 |
| 12/9/2019 | J. Bursch | Further revisions to reply brief and supervise finalization of reply | 2.4 | 0.4 | 2.0 |
| 12/9/2019 | R. Gray | Review final PDFs of cert. reply and send comments to J. Bursch and C. Eville | 0.8 | 0.3 | 0.5 |
| 4/13/2020 | J. Bursch | Prepare for meeting with U.S. Solicitor General's office | 2.4 | 0.8 | 1.6 |
| 4/15/2020 | J. Bursch | conference with AFPF and Messrs. Gray and Castoria regarding strategy for the SG telephonic meeting | 0.8 | | 0.8 |
| 4/15/2020 | R. Gray | Conference with AFPF, J. Bursch and L. Castoria re strategy for the | 0.8 | 0.8 | 0.0 |
| 4/16/2020 | J. Bursch | Preparation for and participation in U.S. Solicitor General's office | 3.6 | | 3.6 |
| 4/21/2020 | J. Bursch | Conference with Solicitor General's office about various aspects of | 1.1 | | 1.1 |
| 11/25/2020 | J. Bursch | Analyze U.S. Solicitor General's CVSG brief | 0.8 | | 0.8 |
| 11/25/2020 | J. Bursch | Formulate supplemental-brief strategy | 0.4 | | 0.4 |
| 11/25/2020 | J. Bursch | Conference with Messrs. Thompson, Castoria, and Gray regarding | 0.8 | | 0.8 |
| 11/25/2020 | R. Gray | Conference regarding strategy for supplemental brief with J. Bursch | 0.8 | 0.8 | 0.0 |
| 11/27/2020 | R. Gray | Draft supplemental brief responding to the United States' amicus | 4.9 | | 4.9 |
| 11/28/2020 | R. Gray | Continue drafting supplemental brief responding to the United | 1.7 | | 1.7 |
| 11/29/2020 | R. Gray | Continue drafting supplemental brief responding to the United | 1.9 | | 1.9 |
| 11/30/2020 | R. Gray | Finish drafting supplemental brief responding to United States' amicus brief | 4.8 | 0.5 | 4.3 |

| Date | Person | Description | | | |
|---|---|---|---|---|---|
| 12/1/2020 | C. Eville | Cite check supplemental brief | 2.3 | 1.0 | 1.3 |
| 12/7/2020 | C. Eville | Draft certificate of compliance for J.Bursch signature | 0.5 | 0.2 | 0.3 |
| 12/7/2020 | J. Bursch | Review, finalize, and supervise filing of supplemental brief | 2.8 | | 2.8 |
| 12/8/2020 | C. Eville | Review proof of service from Byron Adams; E-file Supplemental Brief with Court. | 0.3 | | 0.3 |
| 12/11/2020 | J. Bursch | Review of California's supplemental brief and key authorities cited | 1.1 | | 1.1 |
| 12/11/2020 | M. Hoffmann | Draft op-ed regarding religious freedom implications of cert petition. | 4.7 | 2.0 | 2.7 |
| 12/22/2020 | J. Bursch | Review and revise draft op-ed | 0.4 | 0.4 | 0.0 |
| 1/6/2021 | J. Bursch | Review and revise draft press statement in case of cert. grant | 0.4 | 0.4 | 0.0 |
| 1/8/2021 | J. Bursch | Review order granting certiorari | 0.6 | | 0.6 |
| 1/8/2021 | J. Bursch | Conferences with R.Gray and with AFPF regarding strategy going forward | 2.2 | | 2.2 |
| 1/9/2021 | J. Bursch | Prepare for and conduct media interviews | 0.6 | | 0.6 |
| 1/12/2021 | R. Gray | Review of TMLC trial transcript and draft suggested joint appendix designations for John Bursch. | 3.1 | | 3.1 |
| 1/13/2021 | J. Bursch | Begin drafting merits brief statement of the case | 3.9 | | 3.9 |
| 1/13/2021 | J. Bursch | Continue analyzing trial transcript and drafting merits brief | 1.6 | | 1.6 |
| 1/14/2021 | J. Bursch | Continue analyzing trial transcript and drafting merits brief statement of the case | 4.6 | | 4.6 |
| 1/14/2021 | R. Gray | Research amicus coverage and topic analysis in preparation for | 3.1 | 3.1 | 0.0 |
| 1/15/2021 | J. Bursch | Continue analyzing trial transcript and drafting merits brief | 3.8 | | 3.8 |
| 1/15/2021 | J. Bursch | Continue drafting merits brief statement of the case | 3.3 | 0.4 | 2.9 |
| 1/15/2021 | R. Gray | Draft summary of findings re amicus coverage, create a list of needed amicus coverage, and sent to J. Bursch and B. Harvey | 0.6 | 0.6 | 0.0 |
| 1/15/2021 | R. Gray | Researching and drafting case summary for merits amicus-coordination call | 1.7 | 1.7 | 0.0 |
| 1/16/2021 | J. Bursch | Continue drafting merits brief statement of the case | 1.5 | 0.2 | 1.3 |
| 1/17/2021 | J. Bursch | Finish analyzing trial transcript | 1.4 | | 1.4 |
| 1/17/2021 | J. Bursch | Analyze trial deposition designations | 2.1 | | 2.1 |
| 1/17/2021 | J. Bursch | Begin analyzing trial exhibits | 1.7 | | 1.7 |
| 1/17/2021 | J. Bursch | Continue drafting merits brief statement of the case | 1.5 | 0.2 | 1.3 |
| 1/17/2021 | R. Gray | Review all trial exhibits and suggested portions to designate for the | 2.6 | | 2.6 |
| 1/18/2021 | J. Bursch | Continue analyzing trial exhibits | 2.1 | | 2.1 |
| 1/18/2021 | J. Bursch | Continue drafting merits brief statement of the case | 1.8 | 0.4 | 1.4 |
| 1/18/2021 | J. Bursch | Draft joint appendix designations | 2.4 | | 2.4 |
| 1/18/2021 | R. Gray | Reviewed and edited draft statement of the case and record cites, | 3.9 | | 3.9 |
| 1/19/2021 | J. Bursch | Review list of admitted and excluded trial exhibits | 0.5 | | 0.5 |

| Date | Person | Description | | | |
|---|---|---|---|---|---|
| 1/19/2021 | J. Bursch | Revise draft statement of facts and draft designation of joint appendix documents | 1.7 | | 1.7 |
| 1/19/2021 | J. Bursch | Email correspondence with Quinn Emanuel regarding Americans for Prosperity Foundation joint appendix designations | 0.7 | | 0.7 |
| 1/19/2021 | J. Bursch | Draft and submit correspondence to California AG's office with | 0.9 | | 0.9 |
| 1/19/2021 | R. Gray | Review final list of joint appendix designations and send J. Bursch comments | 0.5 | | 0.5 |
| 1/19/2021 | R. Gray | Compile list of what is in evidence to use in checking joint appendix | 1.2 | 1.2 | 0.0 |
| 1/20/2021 | R. Gray | Draft a list of suggested amicus topics based on previous research | 1.1 | 1.1 | 0.0 |
| 1/21/2021 | C. Schandevel | Supplement R. Gray notes from Heritage amicus call with my own. | 0.9 | 0.9 | 0.0 |
| 1/21/2021 | C. Schandevel | Listening in on Heritage amicus call. | 1.0 | 1.0 | 0.0 |
| 1/21/2021 | J. Bursch | Conferences with Messrs. Lawrence and Mattox regarding oral | 0.9 | | 0.9 |
| 1/21/2021 | J. Bursch | Analyze potential amici topics and participate in Heritage amicus call | 1.2 | | 1.2 |
| 1/21/2021 | J. Bursch | Prepare for and interview with Iowa Catholic Radio | 0.5 | | 0.5 |
| 1/21/2021 | R. Gray | Participate in amicus call and took notes on attendees and topics in | 1.0 | 1.0 | 0.0 |
| 1/22/2021 | R. Gray | Research cases re facial invalidation and take notes in preparation for drafting/editing merits brief | 0.7 | | 0.7 |
| 1/25/2021 | J. Bursch | Conferences with AFPF and the Thomas More Law Center regarding oral argument strategy. | 2.1 | | 2.1 |
| 1/27/2021 | J. Bursch | Review additional trial record materials and send revised joint | 1.1 | | 1.1 |
| 1/27/2021 | J. Bursch | Formulate merits brief strategy | 0.8 | | 0.8 |
| 1/28/2021 | C. Eville | Draft blanket amici consent letter for merits stage. Email to J.Bursch for approval. | 0.3 | | 0.3 |
| 1/28/2021 | J. Bursch | Background research for and continue to formulate merits brief | 2.8 | | 2.8 |
| 1/28/2021 | J. Bursch | Continue background research for and formulate merits brief strategy | 1.3 | | 1.3 |
| 1/28/2021 | R. Gray | Draft email summarizing research on the standard for a facial claim and sent to J. Bursch and C. Schandevel | 0.5 | 0.0 | 0.5 |
| 1/29/2021 | C. Schandevel | Phone call with J. Bursch, R. Gray, M. Hoffmann, and L. Castoria regarding merits brief assignments. | 0.6 | 0.6 | 0.0 |
| 1/29/2021 | J. Bursch | Conference with Messrs. Castoria, Gray, Schandevel, and Hoffmann | 0.6 | | 0.6 |
| 1/29/2021 | J. Bursch | Begin researching and drafting outline for strict-scrutiny argument | 4.9 | 0.5 | 4.4 |
| 1/29/2021 | M. Hoffmann | Phone call with J. Bursch, L. Castoria, C. Schandevel, and R. Gray re | 0.6 | 0.6 | 0.0 |
| 1/29/2021 | R. Gray | Phone call with J. Bursch, L. Castoria, C. Schandevel, and M. Hoffmann re drafting assignments for merits brief | 0.6 | 0.6 | 0.0 |
| 1/31/2021 | R. Gray | Draft merits brief section explaining free-association protection | 5.7 | 0.6 | 5.1 |
| 2/1/2021 | C. Schandevel | Researching whether Salerno's "every application" test applies in freedom-of-association claims. | 3.8 | 0.7 | 3.1 |
| 2/1/2021 | J. Bursch | Background research regarding U.S. Supreme Court's free-association cases and the appropriate standard to apply to government-compelled disclosure of member and donor lists | 3.8 | 0.5 | 3.3 |
| 2/1/2021 | J. Bursch | Revise merits brief fact section | 3.3 | 0.4 | 2.9 |
| 2/1/2021 | M. Hoffmann | Begin legal research regarding California and New York's Schedule B disclosure schemes. | 3.1 | | 3.1 |
| 2/1/2021 | M. Hoffmann | Continue legal research regarding California and New York's Schedule B disclosure schemes. | 2.2 | 0.4 | 1.8 |

| Date | Name | Description | | | |
|---|---|---|---|---|---|
| 2/1/2021 | R. Gray | Research for merits brief section on the history of free-association protection | 3.0 | | 3.0 |
| 2/2/2021 | J. Bursch | Continue background research regarding U.S. Supreme Court's free- | 2.7 | | 2.7 |
| 2/2/2021 | J. Bursch | Draft proceedings section of merits brief | 5.5 | 0.7 | 4.8 |
| 2/2/2021 | M. Hoffmann | Research and draft memo regarding California and New York's Schedule B disclosure schemes. | 3.7 | 0.6 | 3.1 |
| 2/2/2021 | R. Gray | Research and begin to draft merits brief section applying exacting scrutiny | 1.8 | | 1.8 |
| 2/2/2021 | R. Gray | Draft section of merits brief explaining that Buckley doesn't apply | 2.6 | | 2.6 |
| 2/2/2021 | R. Gray | Research the Internal Revenue Code's restrictions on nonprofits interfering in political campaigns | 1.9 | | 1.9 |
| 2/3/2021 | J. Bursch | Prepare for Dennis Praeger interview regarding case. | 0.5 | | 0.5 |
| 2/3/2021 | J. Bursch | Continue background research regarding U.S. Supreme Court's free- | 3.8 | 0.5 | 3.3 |
| 2/3/2021 | J. Bursch | Begin drafting strict-scrutiny section of the merits brief argument | 2.1 | | 2.1 |
| 2/3/2021 | M. Hoffmann | Research and begin drafting memo discussing recent high profile examples of doxing. | 5.9 | 1.0 | 4.9 |
| 2/3/2021 | R. Gray | Continue drafting exacting scrutiny section of merits brief | 3.8 | 0.8 | 3.0 |
| 2/4/2021 | C. Eville | Work on joint appendix - inserting/formatting trial transcript testimony. | 2.7 | | 2.7 |
| 2/4/2021 | C. Schandevel | Legal research for facial challenge section of merits brief. | 3.5 | | 3.5 |
| 2/4/2021 | J. Bursch | Conference with Messrs. Gray, Schandevel, and Hoffmann regarding merits brief strategy | 1.8 | | 1.8 |
| 2/4/2021 | J. Bursch | Revise merits brief statement of the case | 2.1 | 0.5 | 1.6 |
| 2/4/2021 | J. Bursch | Continue drafting strict-scrutiny section of merits brief argument | 2.2 | | 2.2 |
| 2/4/2021 | J. Bursch | Prepare for and interview with Dennis Prager Show | 0.8 | | 0.8 |
| 2/4/2021 | M. Hoffmann | Meeting with J. Bursch, R. Gray, and C. Schandevel regarding merits brief strategy. | 1.8 | 1.8 | 0.0 |
| 2/4/2021 | M. Hoffmann | Legal research regarding changes the IRS recently made to its | 1.8 | 0.5 | 1.3 |
| 2/4/2021 | R. Gray | Draft merits brief section on the 9th Circuit's erroneous application | 3.0 | 0.4 | 2.6 |
| 2/4/2021 | R. Gray | Phone call with J. Bursch, L. Castoria, C. Schandevel, and M. Hoffmann re drafting the merits brief strategy | 1.8 | 1.8 | 0.0 |
| 2/4/2021 | R. Gray | Finish drafting merits brief section regarding application of exacting scrutiny | 3.1 | | 3.1 |
| 2/5/2021 | C. Eville | Continue work on joint appendix inserting trial transcript testimony. | 3.7 | | 3.7 |
| 2/5/2021 | C. Schandevel | Review and combine sections of merits brief and suggest edits to J. Bursch and R. Gray. | 2.0 | | 2.0 |
| 2/5/2021 | J. Bursch | Begin background research for facial-invalidation argument section | 3.1 | | 3.1 |
| 2/5/2021 | M. Hoffmann | Begin drafting merits brief section on the potential unconstitutionality of the IRS's Schedule B requirement. | 4.9 | | 4.9 |
| 2/5/2021 | R. Gray | Finish drafting merits brief section on the 9th Circuit's | 2.1 | | 2.1 |
| 2/6/2021 | C. Schandevel | Compile research for J. Bursch and R. Gray for merits brief. | 0.9 | 0.9 | 0.0 |
| 2/7/2021 | M. Hoffmann | Finish drafting merits brief section on the potential unconstitutionality of the IRS's Schedule B requirement. | 3.7 | 0.6 | 3.1 |
| 2/8/2021 | C. Eville | Continue work on inserting trial exhibits into joint appendix. | 3.0 | | 3.0 |
| 2/8/2021 | C. Eville | Continue work on inserting trial exhibits into joint appendix. Forward current draft to L.Meadows for review. | 1.6 | | 1.6 |

| Date | Timekeeper | Description | Hours | Adj. | Billed |
|---|---|---|---|---|---|
| 2/8/2021 | J. Bursch | Begin draft of merits brief argument | 3.7 | | 3.7 |
| 2/8/2021 | J. Bursch | Continue draft and begin revising merits brief | 3.9 | | 3.9 |
| 2/8/2021 | R. Gray | Research disclosures related to taxes, when they're permitted, and how they work | 2.6 | 0.7 | 1.9 |
| 2/9/2021 | C. Eville | Incorporate edits from S.Lucas into joint appendix. | 0.5 | | 0.5 |
| 2/9/2021 | J. Bursch | Continue to draft and revise merits brief | 7.7 | 0.9 | 6.8 |
| 2/9/2021 | M. Hoffmann | Start drafting summaries of the testimony designated by the | 4.7 | | 4.7 |
| 2/9/2021 | R. Gray | Research precedent regarding the scope of California's power to | 2.0 | | 2.0 |
| 2/9/2021 | R. Gray | Review and make suggested edits to draft of the merits brief | 2.6 | | 2.6 |
| 2/10/2021 | J. Bursch | Draft merits brief Introduction | 2.0 | | 2.0 |
| 2/10/2021 | J. Bursch | Draft merits brief Summary of the Argument | 1.7 | | 1.7 |
| 2/10/2021 | J. Bursch | Begin revising merits brief | 2.3 | | 2.3 |
| 2/10/2021 | R. Gray | Research and begin drafting merits brief section distinguishing the | 2.7 | | 2.7 |
| 2/10/2021 | R. Gray | Continue reviewing and making suggested edits to the merits brief | 4.7 | 0.8 | 3.9 |
| 2/11/2021 | C. Eville | Continue work on inserting trial exhibits into joint appendix. | 1.6 | 0.6 | 1.0 |
| 2/11/2021 | C. Eville | Email to L.Meadows and A.Duffy re suggestions on how to | 0.3 | 0.3 | 0.0 |
| 2/11/2021 | J. Bursch | Continue revising merits brief | 3.4 | | 3.4 |
| 2/11/2021 | J. Bursch | Continute supplemental research for and continue revising merits brief | 3.5 | 0.5 | 3.0 |
| 2/11/2021 | M. Hoffmann | Start legal research on legislative history and reasons why Congress required Schedule B information to be provided to the IRS | 5.9 | 2.0 | 3.9 |
| 2/11/2021 | M. Hoffmann | Draft memo to R. Gray on findings of research regarding legislative | 0.9 | | 0.9 |
| 2/11/2021 | R. Gray | Provided C. Eville with joint appendix materials | 0.2 | 0.2 | 0.0 |
| 2/12/2021 | C. Eville | Continue to work on inserting, formatting and checking trial exhibits into joint appendix. | 4.8 | 0.6 | 4.2 |
| 2/12/2021 | J. Bursch | Review comments and suggested revisions from core team on merits brief | 0.8 | | 0.8 |
| 2/12/2021 | J. Bursch | Continue to revise merits brief | 6.1 | 1.0 | 5.1 |
| 2/12/2021 | J. Bursch | Recirculate merits brief to core team and additional reviewers for | 0.2 | 0.2 | 0.0 |
| 2/12/2021 | M. Hoffmann | Revise second draft of merits brief. | 2.3 | | 2.3 |
| 2/13/2021 | R. Gray | Review draft of merits brief and sent thoughts to J. Bursch | 1.2 | | 1.2 |
| 2/15/2021 | C. Eville | Continue work on joint appendix - insert docket entries for trial court and appeal court. | 2.3 | 0.5 | 1.8 |
| 2/15/2021 | D. Cortman | Review and edit merits brief | 2.3 | | 2.3 |
| 2/15/2021 | J. Bursch | Review and revise draft op-ed | 0.3 | | 0.3 |
| 2/15/2021 | J. Bursch | Continue to review comments and revise draft merits brief | 6.3 | | 6.3 |
| 2/15/2021 | M. Hoffmann | Check exhibits cited in merits brief to confirm they are contained in the Joint Appendix. | 1.8 | | 1.8 |
| 2/15/2021 | R. Gray | Draft document descriptions for the joint appendix table of | 1.7 | 0.7 | 1.0 |
| 2/16/2021 | J. Bursch | Continue reviewing comments on and revising draft merits brief | 7.9 | 1.2 | 6.7 |
| 2/16/2021 | J. Bursch | Emails with Ms. Feinberg regarding proposed list of docket entries | 0.7 | | 0.7 |
| 2/16/2021 | R. Gray | Review and made suggested edits to the merits brief | 1.9 | 0.0 | 1.9 |
| 2/16/2021 | R. Gray | Review the Joint Appendix | 1.6 | 0.0 | 1.6 |
| 2/17/2021 | C. Eville | Incorporate edits from L.Meadows into joint appendix re docket | 0.6 | 0.6 | 0.0 |

| Date | Timekeeper | Description | Hours | | |
|---|---|---|---|---|---|
| 2/17/2021 | C. Eville | Begin cite check and proofread of merits brief. | 3.8 | | 3.8 |
| 2/17/2021 | C. Eville | Finish cite check and proofread of merits brief. | 1.1 | | 1.1 |
| 2/17/2021 | J. Bursch | Review and revise press release | 0.2 | | 0.2 |
| 2/17/2021 | J. Bursch | Continue reviewing numerous comments on and revising merits | 3.6 | 0.6 | 3.0 |
| 2/17/2021 | J. Bursch | Continue reviewing numerous comments on and revising merits brief | 5.7 | | 5.7 |
| 2/17/2021 | M. Hoffmann | Change record cites in merits brief to Joint Appendix cites | 1.2 | | 1.2 |
| 2/17/2021 | M. Hoffmann | Continue changing record cites in merits brief to Joint Appendix cites | 4.9 | 1.4 | 3.5 |
| 2/17/2021 | R. Gray | Worked on making L. Castoria's edits to the merits brief | 1.0 | 1.0 | 0.0 |
| 2/17/2021 | R. Gray | Research when the Registry knew Schedule Bs had been publicly disclosed and what the state said about in the Center for | 1.3 | 0.5 | 0.8 |
| 2/18/2021 | C. Eville | Draft service list for merits brief; email to J.Bursch, R.Gray and M.Hoffmann for input. | 0.3 | 0.3 | 0.0 |
| 2/18/2021 | C. Eville | Review emails from R.Gray re additional edits requested by opposing counsel. | 0.4 | | 0.4 |
| 2/18/2021 | C. Eville | Locate, review and insert page numbers for all transcript proceedings into joint appendix. | 3.7 | | 3.7 |
| 2/18/2021 | C. Eville | Finalize cite check and input edits into draft merits brief; mark and insert table of authorities. Email to R.Gray for review. | 2.4 | | 2.4 |
| 2/18/2021 | J. Bursch | Resolve all comments and revise merits brief | 1.9 | 0.5 | 1.4 |
| 2/18/2021 | J. Bursch | Emails regarding California attorney general's office's proposed changes to appendix | 0.7 | 0.2 | 0.5 |
| 2/18/2021 | M. Hoffmann | Add objections from deposition and trial transcripts to Joint Appendix | 5.5 | | 5.5 |
| 2/18/2021 | M. Hoffmann | Update citations in brief to the Joint Appendix | 1.1 | | 1.1 |
| 2/18/2021 | M. Hoffmann | Communications with Rory Gray and Cindy Eville regarding the Joint | 0.9 | 0.9 | 0.0 |
| 2/18/2021 | R. Gray | Reviewand edit joint appendix, made clean copy, and forwarded to A. Feinberg | 1.1 | | 1.1 |
| 2/18/2021 | R. Gray | Review and resolve cite checking edits to the merits brief | 2.7 | | 2.7 |
| 2/18/2021 | R. Gray | Note some of A. Feinberg's requested edits in comments in the draft joint appendix | 0.3 | 0.3 | 0.0 |
| 2/18/2021 | R. Gray | Draft email to J. Bursch, C. Eville, and M. Hoffmann re call with A. Feinberg | 0.2 | 0.2 | 0.0 |
| 2/18/2021 | R. Gray | Discuss California AG's requested changes to the joint appendix with | 0.3 | | 0.3 |
| 2/19/2021 | C. Eville | Incorporate joint appendix citation edits from D.Hardin and L.Meadows into brief. | 0.8 | 0.8 | 0.0 |
| 2/19/2021 | C. Eville | Review updated merits brief from M.Hoffmann with updated joint | 0.2 | | 0.2 |
| 2/19/2021 | C. Eville | Pdf document and email to Byron Adams for printing | 0.1 | | 0.1 |
| 2/19/2021 | C. Eville | Draft certificate of compliance and email to R.Gray for signature. | 0.2 | | 0.2 |
| 2/19/2021 | C. Eville | Incorporate all final edits into joint appendix, pdf document and email to Byron Adams for printing. | 0.6 | | 0.6 |
| 2/19/2021 | C. Eville | Conference with Byron Adams regarding need for expedited printing of joint appendix for Monday filing. Email to J.Bursch re same. | 0.1 | | 0.1 |

| Date | Timekeeper | Description | | | |
|---|---|---|---|---|---|
| 2/19/2021 | C. Eville | Review emails from M.Hoffmann with designations of trial objections in transcript. Conference with A.Duffy re best options for | 0.8 | 0.3 | 0.5 |
| 2/19/2021 | C. Eville | Input edits into Joint Appendix from California's counsel. | 1.1 | | 1.1 |
| 2/19/2021 | J. Bursch | Final revisions to and format merits brief for printer; supervise final changes to appendix and brief and transmission of brief to printer | 3.1 | | 3.1 |
| 2/19/2021 | M. Hoffmann | Final review of opening merits brief. | 1.2 | 1.2 | 0.0 |
| 2/19/2021 | M. Hoffmann | Incorporate California Attorney General edits into the Joint Appendix with R. Gray and C. Eville | 2.2 | | 2.2 |
| 2/19/2021 | M. Hoffmann | Continue reviewing merits brief Joint Appendix citations for possible changes after California Attorney General edits to Joint Appendix. | 2.4 | 0.8 | 1.6 |
| 2/19/2021 | R. Gray | Review final version of merits brief, made edits, and sent to J. Bursch and C. Eville | 0.8 | | 0.8 |
| 2/22/2021 | C. Eville | Draft letter to court with itemization of cost of printing Joint | 0.3 | | 0.3 |
| 2/22/2021 | C. Eville | Review email from Byron Adams confirming proof of filing. E-file merits brief and joint appendix. Email team to inform re status of | 0.3 | | 0.3 |
| 2/22/2021 | C. Eville | Review email from Byron Adams with final pdf's of merits brief, joint appendix and association documents; save all to file. | 0.2 | | 0.2 |
| 2/22/2021 | J. Bursch | Prepare for and interview with Detroit news | 0.8 | | 0.8 |
| 2/22/2021 | J. Bursch | Analyze as-filed AFPF merits brief | 0.9 | | 0.9 |
| 2/22/2021 | J. Bursch | Distribute electronic copies of as-filed Thomas More Law Center brief and Joint Appendix to internal team and external stakeholders | 0.2 | | 0.2 |
| 2/22/2021 | J. Bursch | Begin formulating oral-argument strategy | 1.6 | | 1.6 |
| 3/1/2021 | J. Bursch | Begin preliminary review of 30+ amici briefs for approach and | 4.3 | | 4.3 |
| 3/1/2021 | R. Gray | Compile and began reviewing supporting amicus briefs in preparation for drafting reply brief | 2.2 | | 2.2 |
| 3/2/2021 | J. Bursch | Conference with Dick Thompson regarding oral argument, amici | 0.8 | | 0.8 |
| 3/2/2021 | R. Gray | Continue reviewing supporting amicus briefs in preparation for | 2.3 | | 2.3 |
| 3/3/2021 | C. Schandevel | Review and summarize amicus briefs supporting our side to assist in | 1.6 | | 1.6 |
| 3/3/2021 | J. Bursch | Continue reviewing amici briefs to develop argument strategy | 0.7 | | 0.7 |
| 3/3/2021 | J. Bursch | Prepare for and conduct two media interviews | 1.2 | | 1.2 |
| 3/4/2021 | C. Schandevel | Review and summarize amicus briefs supporting our side. | 3.1 | 0.5 | 2.6 |
| 3/4/2021 | J. Bursch | Conference with SG's office regarding oral argument | 0.6 | | 0.6 |
| 3/4/2021 | J. Bursch | Conference with AFPF's counsel regarding oral argument | 1.2 | | 1.2 |
| 3/4/2021 | J. Bursch | Research and analysis regarding successful joint motions to divide | 2.7 | | 2.7 |
| 3/5/2021 | C. Schandevel | Review and summarize amicus briefs supporting our side. | 0.8 | | 0.8 |
| 3/5/2021 | J. Bursch | Conferences with SG's office, client, and counsel for AFPF regarding | 1.1 | | 1.1 |
| 3/5/2021 | J. Bursch | Analyze SG and AFPF merit briefs and formulate reply-brief strategy | 2.4 | 0.5 | 1.9 |
| 3/5/2021 | M. Hoffmann | Review, analyze, and draft summaries of American Center for Law and Justice and Hispanic Leadership Fund amici briefs. | 2.7 | | 2.7 |
| 3/5/2021 | M. Hoffmann | Review, analyze, and draft summaries of Association of National Advertisers and Philanthropy Roundtable amici briefs. | 3.0 | | 3.0 |
| 3/8/2021 | C. Schandevel | Review and summarize amicus briefs supporting our side. | 1.3 | | 1.3 |

| Date | Timekeeper | Description | | | |
|---|---|---|---|---|---|
| 3/8/2021 | J. Bursch | Research regarding Supreme Court grants of divided argument where parties (1) have competing legal theories, (2) appeal from | 1.6 | 0.6 | 1.0 |
| 3/8/2021 | J. Bursch | Review and substantial revisions to draft motion to divide argument and expand oral-argument time | 2.2 | | 2.2 |
| 3/8/2021 | J. Bursch | Continue analyzing SG and AFPF merits briefs and formulating reply-brief strategy | 1.8 | | 1.8 |
| 3/8/2021 | M. Hoffmann | Review and provide feedback on draft motion to divide oral argument. | 0.7 | 0.7 | 0.0 |
| 3/8/2021 | M. Hoffmann | Start review, analyze, and draft summaries of CAIR, Prop 8, and American Target Advertising amici briefs. | 4.3 | 0.8 | 3.5 |
| 3/9/2021 | C. Schandevel | Review and summarize amicus briefs supporting our side. | 2.2 | 0.3 | 1.9 |
| 3/9/2021 | M. Hoffmann | Review and revise amici brief summaries; sent summaries to K. Anderson. | 2.1 | 1.0 | 1.1 |
| 3/10/2021 | M. Hoffmann | Review and summarize Becket Fund and Thomas More Society amici briefs. | 3.5 | 1.5 | 2.0 |
| 3/11/2021 | J. Bursch | Continue reviewing amici briefs and formulating reply-brief strategy | 2.9 | 0.5 | 2.4 |
| 3/12/2021 | C. Eville | Review notice of oral argument date from court. Calendar oral argument date and reply brief deadline. | 0.2 | | 0.2 |
| 3/16/2021 | J. Bursch | Conference with Mses. Duffy and Eville regarding oral argument logistics | 0.3 | 0.3 | 0.0 |
| 3/16/2021 | J. Bursch | Emails with Mr. Castoria regarding oral argument logistics | 0.2 | | 0.2 |
| 3/16/2021 | J. Bursch | Continue reviewing amici briefs and formulating reply-brief | 3.7 | 0.9 | 2.8 |
| 3/16/2021 | M. Hoffmann | Analyze and summarize Citizen Power Initiatives amicus brief | 1.0 | | 1.0 |
| 3/17/2021 | M. Hoffmann | Analyze and summarize Protect the 1st amicus brief. | 1.7 | | 1.7 |
| 3/18/2021 | C. Eville | Convert amici brief summaries (43) into pdf documents, combine all pdf documents into one and email same to J.Bursch. | 0.5 | | 0.5 |
| 3/18/2021 | J. Bursch | Numerous emails with Mr. Castoria regarding oral argument preparation logistics; begin coordinating schedule with AFPF and | 0.8 | | 0.8 |
| 3/18/2021 | J. Bursch | Continue reviewing amici briefs and formulating reply-brief strategy | 1.8 | | 1.8 |
| 3/20/2021 | J. Bursch | Review amici-brief summaries and formulate reply-brief strategy | 1.4 | | 1.4 |
| 3/24/2021 | J. Bursch | Analyze California Attorney General's merits brief and begin formulating reply-brief strategy | 3.7 | 0.8 | 2.9 |
| 3/24/2021 | R. Gray | Begin reviewing and taking notes on the California AG's merits brief in preparation for drafting reply brief | 1.3 | | 1.3 |
| 3/25/2021 | C. Schandevel | Call with J. Bursch, L. Castoria, R. Gray, and M. Hoffmann regarding reply brief and drafting assignments | 1.1 | 1.1 | 0.0 |
| 3/25/2021 | J. Bursch | Continue analyzing California Attorney General's merits brief and formulating reply-brief strategy | 2.8 | | 2.8 |

| | | | | | |
|---|---|---|---|---|---|
| 3/25/2021 | J. Bursch | Outline reply brief | 1.2 | | 1.2 |
| 3/25/2021 | J. Bursch | Conference with Messrs. Castoria, Gray, Schandevel, and Hoffmann and Ms. Anderson regarding reply-brief arguments and drafting assignments | 1.1 | | 1.1 |
| 3/25/2021 | M. Hoffmann | Call with J. Bursch, L. Castoria, C. Schandevel, and R. Gray re reply brief and drafting assignments | 1.1 | 1.1 | 0.0 |
| 3/25/2021 | M. Hoffmann | Reviewed and analyzed California's opposition brief. | 3.7 | 3.7 | 0.0 |
| 3/25/2021 | R. Gray | Call with J. Bursch, L. Castoria, C. Schandevel, and M. Hoffmann re reply brief and drafting assignments | 1.1 | 1.1 | 0.0 |
| 3/25/2021 | R. Gray | Continue reviewing California AG's merits brief and taking notes in preparation for drafting the reply brief | 1.8 | 0.3 | 1.5 |
| 3/26/2021 | J. Bursch | Revise reply-brief outline and drafting assignments and email to | 1.8 | 0.3 | 1.5 |
| 3/26/2021 | J. Bursch | Begin reply-brief rebuttal research regarding strict scrutiny test | 3.1 | 0.5 | 2.6 |
| 3/26/2021 | R. Gray | Begin researching case law and brainstorming ideas for the reply brief | 3.0 | 0.8 | 2.2 |
| 3/29/2021 | J. Bursch | Continue reply-brief rebuttal research regarding strict scrutiny test | 1.5 | | 1.5 |
| 3/29/2021 | R. Gray | Continue researching case law and brainstorming ideas for the reply brief | 3.7 | 1.2 | 2.5 |
| 3/30/2021 | J. Bursch | Continue reply-brief rebuttal research regarding strict scrutiny test | 1.8 | 0.5 | 1.3 |
| 3/30/2021 | R. Gray | Continue researching case law and brainstorming ideas for the reply brief | 4.9 | 2.5 | 2.4 |
| 3/31/2021 | J. Bursch | Begin reply-brief rebuttal research regarding exacting scrutiny test | 3.5 | 0.7 | 2.8 |
| 3/31/2021 | J. Bursch | Continue reply-brief rebuttal research regarding exacting scrutiny test | 2.2 | 0.5 | 1.7 |
| 3/31/2021 | R. Gray | Finish research for the reply brief | 3.0 | | 3.0 |
| 3/31/2021 | R. Gray | Begin drafting sections of the reply brief | 3.2 | | 3.2 |
| 4/1/2021 | J. Bursch | Research and begin drafting reply-brief introduction. | 1.9 | 0.4 | 1.5 |
| 4/1/2021 | J. Bursch | Research and begin drafting reply-brief sections regarding appropriate level of scrutiny | 2.4 | | 2.4 |
| 4/1/2021 | R. Gray | Continue drafting reply brief sections | 3.1 | 0.2 | 2.9 |
| 4/2/2021 | J. Bursch | Continue researching and drafting reply-brief sections regarding appropriate level of scrutiny | 4.2 | 0.7 | 3.5 |
| 4/2/2021 | J. Bursch | Draft initial oral-argument outline | 1.5 | | 1.5 |
| 4/2/2021 | J. Bursch | Begin preparing for oral argument | 2.7 | | 2.7 |
| 4/2/2021 | R. Gray | Review opposing amicus briefs and drafted summaries to assist in | 3.2 | 0.4 | 2.8 |
| 4/5/2021 | C. Schandevel | Review opening brief and record below for reply brief. | 2.0 | 0.5 | 1.5 |
| 4/5/2021 | J. Bursch | Numerous calls regarding Supreme Court's denial of motion to | 0.8 | 0.3 | 0.5 |
| 4/5/2021 | J. Bursch | Continue researching and drafting reply-brief sections regarding | 1.7 | 0.5 | 1.2 |
| 4/5/2021 | J. Bursch | Continue to prepare for oral argument | 1.3 | | 1.3 |
| 4/5/2021 | M. Hoffmann | Draft reply brief section on the absence of criminal penalties in | 3.8 | 0.8 | 3.0 |
| 4/5/2021 | M. Hoffmann | Research general statutory penalties for disclosure of confidential information in the California code. | 4.0 | 2.0 | 2.0 |

| Date | Timekeeper | Description | | | |
|---|---|---|---|---|---|
| 4/5/2021 | R. Gray | Draft sections of merits reply brief | 5.6 | 0.8 | 4.8 |
| 4/6/2021 | C. Schandevel | Start reviewing record below and performing related research to | 7.0 | 1.0 | 6.0 |
| 4/6/2021 | J. Bursch | Emails regarding possible moot-off to decide who will argue the | 0.3 | 0.3 | 0.0 |
| 4/6/2021 | J. Bursch | Continue preparation for oral argument | 1.4 | | 1.4 |
| 4/6/2021 | M. Hoffmann | Begin research on Supreme Court cases applying narrow tailoring in | 5.4 | 3.0 | 2.4 |
| 4/6/2021 | R. Gray | Continue drafting reply brief sections | 3.2 | | 3.2 |
| 4/6/2021 | R. Gray | Continue drafting reply brief sections | 2.9 | | 2.9 |
| 4/7/2021 | C. Schandevel | Start comparing California's record cites against record below and performing related research for reply brief. | 5.4 | 1.0 | 4.4 |
| 4/7/2021 | J. Bursch | Continue researching and drafting reply-brief sections regarding | 2.3 | 0.5 | 1.8 |
| 4/7/2021 | J. Bursch | Continue preparation for oral argument | 0.9 | | 0.9 |
| 4/7/2021 | M. Hoffmann | Draft reply brief section on the requirement that compelled | 4.7 | 1.0 | 3.7 |
| 4/7/2021 | R. Gray | Continue drafting reply brief sections | 6.3 | 1.5 | 4.8 |
| 4/8/2021 | C. Schandevel | Legal and factual research for reply brief. | 4.1 | 1.0 | 3.1 |
| 4/8/2021 | J. Bursch | Prepare for oral argument | 1.5 | | 1.5 |
| 4/8/2021 | M. Hoffmann | Email communications with R. Gray and C. Schandevel regarding | 1.7 | 0.5 | 1.2 |
| 4/8/2021 | M. Hoffmann | Draft an outline of the response to California's arguments regarding tax exemptions. | 2.4 | 0.5 | 1.9 |
| 4/8/2021 | M. Hoffmann | Draft response to California's tax exemption arguments. | 3.1 | 0.8 | 2.3 |
| 4/8/2021 | R. Gray | Continue drafting reply brief sections | 7.1 | 1.0 | 6.1 |
| 4/9/2021 | C. Schandevel | Begin drafting facial sections for reply brief. | 9.0 | 1.8 | 7.2 |
| 4/9/2021 | J. Bursch | Continue researching and drafting reply-brief sections regarding appropriate level of scrutiny | 3.1 | | 3.1 |
| 4/9/2021 | J. Bursch | Continue preparing for oral argument | 1.3 | | 1.3 |
| 4/9/2021 | M. Hoffmann | Draft reply brief section on how the Law Center satisfies the reasonable probability test | 3.9 | 0.9 | 3.0 |
| 4/9/2021 | M. Hoffmann | Review and edit reply brief sections. | 3.7 | 1.5 | 2.2 |
| 4/9/2021 | R. Gray | Finish drafting reply brief sections, edit, and send to J. Bursch | 3.7 | | 3.7 |
| 4/10/2021 | J. Bursch | Review draft reply-brief sections from Messrs. Castoria, Gray, | 3.8 | | 3.8 |
| 4/10/2021 | J. Bursch | Combine drafts into omnibus draft reply | 2.8 | | 2.8 |
| 4/10/2021 | J. Bursch | Continue to prepare for oral argument | 4.2 | | 4.2 |
| 4/11/2021 | J. Bursch | Begin revising reply brief to reduce length from 13,000+ words to 6,000 words | 4.3 | 1.5 | 2.8 |
| 4/11/2021 | J. Bursch | Continue revising reply brief | 3.9 | 1.0 | 2.9 |
| 4/11/2021 | J. Bursch | Prepare for oral argument | 4.4 | | 4.4 |
| 4/12/2021 | C. Schandevel | Prepare for, participate in, and debrief after internal moot court. | 2.5 | | 2.5 |
| 4/12/2021 | C. Schandevel | Review complete draft of reply brief and providing feedback and | 3.0 | 1.0 | 2.0 |
| 4/12/2021 | C. Schandevel | Prep for first internal moot court. | 0.3 | 0.3 | 0.0 |
| 4/12/2021 | D. Cortman | Prepare for moot by beginning to read all briefs and draft questions | 2.1 | | 2.1 |
| 4/12/2021 | D. Cortman | Participate in oral argument moot and debrief | 1.8 | | 1.8 |

| Date | Timekeeper | Description | Hours | | |
|---|---|---|---|---|---|
| 4/12/2021 | D. Cortman | Review and edit reply brief | 1.7 | | 1.7 |
| 4/12/2021 | J. Bursch | Continue revising reply brief | 3.7 | | 3.7 |
| 4/12/2021 | J. Bursch | Continue to prepare for oral argument | 2.9 | | 2.9 |
| 4/12/2021 | J. Bursch | Continue revising reply brief | 5.8 | 1.5 | 4.3 |
| 4/12/2021 | M. Hoffmann | Edit combined reply brief | 3.1 | | 3.1 |
| 4/12/2021 | M. Hoffmann | Prepare John Bursch for moot court | 3.6 | 3.6 | 0.0 |
| 4/12/2021 | R. Gray | Review complete draft of reply brief, suggested edits, and sent to J. | 2.0 | 0.5 | 1.5 |
| 4/13/2021 | C. Schandevel | Watch and take notes during moot oral argument with Heritage. | 1.0 | 1.0 | 0.0 |
| 4/13/2021 | C. Schandevel | Review and revise as-applied sections for reply brief. | 3.8 | 1.8 | 2.0 |
| 4/13/2021 | J. Bursch | Review amici briefs in support of California | 0.9 | | 0.9 |
| 4/13/2021 | J. Bursch | Continue revising reply brief | 2.4 | 0.4 | 2.0 |
| 4/13/2021 | J. Bursch | Prepare for oral argument and moot oral argument | 6.8 | | 6.8 |
| 4/13/2021 | J. Bursch | Participate in oral argument moot oral argument | 1.2 | | 1.2 |
| 4/13/2021 | M. Hoffmann | Research standard of review for factual findings in a First Amendment case | 2.5 | 1.0 | 1.5 |
| 4/13/2021 | M. Hoffmann | Edit reply brief sections on the facial exacting scrutiny sections. | 1.2 | 0.4 | 0.8 |
| 4/13/2021 | M. Hoffmann | Attend telephonic TMLC/AFPF moot oral argument | 1.2 | 1.2 | 0.0 |
| 4/13/2021 | M. Hoffmann | Analyze and revise as-applied sections of reply brief. | 2.2 | 2.2 | 0.0 |
| 4/13/2021 | R. Gray | Help J. Bursch prepare for oral argument moot oral argument | 6.8 | 2.0 | 4.8 |
| 4/13/2021 | R. Gray | Listen to the oral argument moot oral argument | 1.2 | 1.2 | 0.0 |
| 4/14/2021 | C. Schandevel | Review and revise as-applied sections for reply brief. | 3.0 | 3.0 | 0.0 |
| 4/14/2021 | D. Cortman | Travel to Washington, DC for oral argument moot; preparation en route by continuing to review pleadings and drafting questions | 1.8 | 1.8 | 0.0 |
| 4/14/2021 | D. Cortman | Continue preparation for oral argument moot by reviewing pleadings, key amicus briefs and drafting questions | 3.8 | | 3.8 |
| 4/14/2021 | D. Cortman | Finish preparation for oral argument moot by reviewing all pleadings, key amicus briefs and drafting questions | 3.6 | 2.0 | 1.6 |
| 4/14/2021 | D. Cortman | Participate in Advisory Council oral argument moot and strategy session | 2.4 | | 2.4 |
| 4/14/2021 | J. Bursch | Travel from Grand Rapids to Washington, DC for oral argument moot; preparation en route by reviewing amici briefs. | 1.8 | | 1.8 |
| 4/14/2021 | J. Bursch | Continue preparation for oral argument moot | 2.6 | | 2.6 |
| 4/14/2021 | J. Bursch | Continue reviewing amici briefs supporting California | 2.8 | | 2.8 |
| 4/14/2021 | J. Bursch | Review comments on draft reply brief, and continue revising reply brief | 2.2 | | 2.2 |
| 4/14/2021 | J. Bursch | Participate in Advisory Council oral argument moot and provide Mr. Shaffer post-moot comments | 2.4 | | 2.4 |
| 4/14/2021 | J. Bursch | Return travel from Washington, DC to Grand Rapids from oral argument moot | 1.8 | | 1.8 |

| Date | Person | Description | | | |
|---|---|---|---|---|---|
| 4/14/2021 | M. Hoffmann | Attend ADF advisory council moot | 2.4 | 2.4 | 0.0 |
| 4/14/2021 | R. Gray | Reviewe latest draft of reply brief, suggest edits, and forward to J. Bursch | 2.1 | 0.5 | 1.6 |
| 4/15/2021 | C. Schandevel | Review AFPF's draft of reply brief. | 0.6 | | 0.6 |
| 4/15/2021 | C. Schandevel | Final proofread of reply brief. | 3.1 | 3.1 | 0.0 |
| 4/15/2021 | M. Hoffmann | Final review of draft reply brief. | 2.7 | 2.7 | 0.0 |
| 4/15/2021 | M. Hoffmann | Review and provide feedback on AFPF draft reply brief. | 2.2 | 2.2 | 0.0 |
| 4/16/2021 | J. Bursch | Supervise transmission of reply brief to printer | 0.2 | | 0.2 |
| 4/17/2021 | C. Eville | Email Byron Adams re affidavit of service and info for booklet filing on Monday. | 0.1 | 0.1 | 0.0 |
| 4/17/2021 | C. Eville | E-file reply brief, certificate of compliance and affidavit of service. | 0.2 | | 0.2 |
| 4/17/2021 | C. Eville | Draft affidavit of service for motion for leave and for reply brief. Email to J.Bursch for signature. | 0.4 | | 0.4 |
| 4/17/2021 | C. Eville | Proofread motion for leave to file reply brief out-of-time. Email response to J.Bursch. | 0.5 | | 0.5 |
| 4/17/2021 | J. Bursch | Conferences and emails with the Court, AFPF, and the California Attorney General's office regarding motion for leave to file out-of- | 1.1 | | 1.1 |
| 4/17/2021 | J. Bursch | Research, draft, and supervise filing and service of motion for leave to file out-of-time | 2.0 | | 2.0 |
| 4/17/2021 | J. Bursch | Conference with Ms. Waggoner regarding motion for leave to file out-of-time | 0.4 | | 0.4 |
| 4/19/2021 | C. Schandevel | Observe and provide feedback following Heritage moot court. | 2.2 | 2.2 | 0.0 |
| 4/19/2021 | J. Bursch | Prepare for, participate in, and provide comments to Mr. Shaffer | 3.9 | | 3.9 |
| 4/19/2021 | J. Bursch | Prepare for and conduct interview with ABA Journal | 0.8 | | 0.8 |
| 4/19/2021 | R. Gray | Listen and take notes during moot court | 2.2 | 2.2 | 0.0 |
| 4/20/2021 | J. Bursch | Begin supplemental research regarding and formulate oral-argument strategy for IRS questions | 4.3 | 0.8 | 3.5 |
| 4/21/2021 | J. Bursch | Prepare for and conduct media interview | 0.6 | | 0.6 |
| 4/21/2021 | J. Bursch | Supplemental research to assist with oral-argument preparation | 1.8 | | 1.8 |
| 4/22/2021 | J. Bursch | Prepare for and participate in US Chamber moot; compile and communicate feedback to Mr. Shaffer | 1.6 | | 1.6 |
| 4/22/2021 | J. Bursch | Compile and communicate feedback to Mr. Shaffer from US Chamber moot. | 0.9 | 0.9 | 0.0 |
| 4/22/2021 | J. Bursch | Supplemental research and analysis to assist with oral-argument preparation | 1.7 | | 1.7 |
| 4/22/2021 | R. Gray | Clean up notes from moot court to send to J. Bursch, draft suggestions for oral argument and forward to J. Bursch | 0.7 | 0.7 | 0.0 |
| 4/22/2021 | R. Gray | Summarize thoughts from moot court and sent oral argument | 0.4 | 0.4 | 0.0 |
| 4/22/2021 | R. Gray | Listen to moot court | 1.7 | 1.7 | 0.0 |

| | | | | | |
|---|---|---|---|---|---|
| 4/23/2021 | J. Bursch | Final review of merits and amici briefs and formulate final thoughts for oral-argument tweaks | 4.3 | | 4.3 |
| 4/25/2021 | J. Bursch | Travel from Grand Rapids to DC for oral argument | 1.8 | | 1.8 |
| 4/25/2021 | J. Bursch | Continue supplemental research and analysis for final oral- | 6.8 | | 6.8 |
| 4/26/2021 | D. Cortman | Listen to oral argument; draft notes | 1.9 | 1.9 | 0.0 |
| 4/26/2021 | J. Bursch | Travel to Quinn Emanuel offices and attend oral argument. | 3.9 | | 3.9 |
| 4/26/2021 | J. Bursch | Travel to ADF office following oral argument | 0.5 | | 0.5 |
| 4/26/2021 | J. Bursch | Prepare for and participate in video press conference | 1.9 | 1.9 | 0.0 |
| 4/26/2021 | J. Bursch | Prepare for and participate in numerous interviews | 3.8 | 3.8 | 0.0 |
| 4/26/2021 | J. Bursch | Prepare for and participate in podcasts regarding oral argument. | 2.9 | 2.9 | 0.0 |
| 4/26/2021 | J. Bursch | Return travel from Washington, DC to Grand Rapids. | 1.8 | | 1.8 |
| 4/26/2021 | M. Hoffmann | Listen to and take notes on oral argument. | 1.9 | 1.9 | 0.0 |
| 4/26/2021 | R. Gray | Meeting with T. Barham re oral argument | 0.3 | 0.3 | 0.0 |
| 4/26/2021 | R. Gray | Listen to oral argument | 1.9 | 1.9 | 0.0 |
| 4/30/2021 | J. Bursch | Prepare for and conduct Salon interview | 0.9 | 0.9 | 0.0 |
| 7/1/2021 | J. Bursch | Read and analyze SCOTUS opinion. | 1.5 | | 1.5 |
| 7/7/2021 | M. Lippelmann | Telephone conference with T Barnham re: templates for preparation of attorneys' fees petition and fee statement. | 0.9 | 0.3 | 0.6 |
| 7/7/2021 | M. Lippelmann | Review of final orders and decisions to prepare attorneys fee petition. Telephone conference with J Galus and G Walters re: | 1.5 | 0.2 | 1.3 |
| 7/8/2021 | M. Lippelmann | Email correspondence with M. Southwick regarding preparation of timekeeper spreadsheet in support of attorneys' fee petition. | 0.3 | | 0.3 |
| 7/8/2021 | M. Lippelmann | Export time and task data into spreadsheet, organize data, and begin reviewing descriptions of work performed. | 2.1 | 0.5 | 1.6 |
| 7/8/2021 | M. Lippelmann | Research 9th Circuit rules governing attorneys' fee petitions. | 0.7 | | 0.7 |
| 7/8/2021 | M. Lippelmann | Email correspondence with J. Bursch re: relevant timekeepers and | 0.4 | | 0.4 |
| 7/8/2021 | M. Lippelmann | Telephone conference with J. Bursch re: attorneys' fee petition. | 0.2 | | 0.2 |
| 7/12/2021 | M. Lippelmann | Research Supreme Court, 9th Circuit, and C.D. Cal. rules regarding deadlines to file attorneys' fee petition. | 0.2 | | 0.2 |
| 7/12/2021 | M. Lippelmann | Email to J. Bursch regarding deadline to file attorneys' fee petition. | 0.2 | | 0.2 |
| 7/12/2021 | M. Lippelmann | Review of 9th Circuit and District Court dockets to evaluate status of | 0.2 | | 0.2 |
| 7/15/2021 | M. Lippelmann | Email to B. Harvey and J. Bursch regarding attorneys to provide | 0.1 | | 0.1 |
| 7/15/2021 | M. Lippelmann | Telephone conversation with Louie Castoria regarding coordination | 0.3 | | 0.3 |
| 7/16/2021 | M. Lippelmann | Continue research of Supreme Court, 9th Circuit, and C.D.Cal. local | 2.1 | 0.4 | 1.7 |
| 7/16/2021 | M. Lippelmann | Began research and drafting Notice of Motion and Motion for attorneys' fees and costs. | 2.0 | 2.0 | 0.0 |
| 7/16/2021 | M. Lippelmann | Review local rules for the Central District of California to draft fee petition. | 0.7 | 0.5 | 0.2 |
| 7/19/2021 | M. Lippelmann | Telephone conference with J. Bursch regarding consolidation of District Court and Appellate fee petitions incurred by multiple firms. | 0.1 | | 0.1 |
| 7/19/2021 | M. Lippelmann | Email to M. Southwick requesting receipts for costs. | 0.1 | | 0.1 |
| 7/19/2021 | M. Lippelmann | Email correspondence with B. Harvey regarding declarations in support of fee petition for Supreme Court and Arizona litigation. | 0.2 | | 0.2 |
| 7/19/2021 | M. Lippelmann | Email correspondence with Tom Hungar regarding declaration in | 0.2 | | 0.2 |

| Date | Timekeeper | Description | | | |
|---|---|---|---|---|---|
| 7/26/2021 | M. Lippelmann | Review and revision of time entries and descriptions to clarify tasks and exercise billing judgment for fee petition. | 2.9 | | 2.9 |
| 7/27/2021 | M. Lippelmann | Research Supreme Court rules and cases regarding recovery of taxable and nontaxable costs. | 0.3 | | 0.3 |
| 7/27/2021 | M. Lippelmann | Email to R.Gray and J.Bursch regarding recovery of taxable costs | 0.2 | | 0.2 |
| 7/28/2021 | M. Lippelmann | Review and revision of all time entries and descriptions to clarify | 6.1 | 1.5 | 4.6 |
| 7/29/2021 | M. Lippelmann | Continue review and revision of all time entries and descriptions to | 3.5 | 0.5 | 3.0 |
| | | **TOTAL** | **1127.8** | **211.9** | **915.9** |