# Exhibit 2

Summary Table of Requested Attorney's Fees

**Alliance Defending Freedom**

440 First Street NW, Suite 600

Washington, DC 20001

Telephone: (616) 450-4235  Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*
Case No.: 2:15-cv-03048

**Motion for Attorneys' Fees & Costs**

**Itemized Statement of Attorneys' Fees**

| Name | Billing Rate | Total Hours | Adjusted Hours | Total Fees | Adjusted Fees |
|---|---|---|---|---|---|
| J. Bursch | $850.00 | 418.7 | 380.8 | $355,895 | $323,680 |
| D. Cortman | $750.00 | 21.4 | 15.7 | $16,050 | $11,775 |
| R. Gray | $650.00 | 365.1 | 289.4 | $237,315 | $188,110 |
| C. Schandevel | $600.00 | 73.3 | 48.1 | $43,980 | $28,860 |
| M. Hoffmann | $500.00 | 146.9 | 95.7 | $73,450 | $47,850 |
| M. Lippelmann (Fee Petition) | $250.00 | 25.5 | 19.6 | $6,550 | $4,900 |
| C. Eville | $150.00 | 76.9 | 66.6 | $11,535 | $9,990 |
| **TOTAL** | | **1127.8** | **915.9** | **$744,775** | **$615,165** |