# Exhibit 3.A

J. Bursch Time and Task Entries

**Alliance Defending Freedom**

440 First Street NW, Suite 600

Washington, DC 20001

Telephone: (616) 450-4235                                                                                      Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*

Case No.: 2:15-cv-03048

### Motion for Attorneys' Fees & Costs

### Itemized Statement of Attorneys' Fees

| Date | User | Description | Time | Time Cut | Adjusted Time |
|---|---|---|---|---|---|
| 5/8/2019 | J. Bursch | Email to C. Eville with directions to submit new file request. | 0.1 | 0.1 | 0.0 |
| 8/2/2019 | J. Bursch | Review draft cert. petition and begin analyzing key testimony and cases cited therein | 6.8 | 0.0 | 6.8 |
| 8/3/2019 | J. Bursch | Continue analyzing key testimony and cases cited in draft cert. petition | 4.5 | 0.0 | 4.5 |
| 8/5/2019 | J. Bursch | Finish analyzing key testimony and cases cited in draft cert. petition and revise petition | 8.9 | 0.0 | 8.9 |
| 8/20/2019 | J. Bursch | Review comments on draft petition from Messrs. Thompson and Castoria and Ms. Waggoner and revise cert. petition | 4.1 | 0.0 | 4.1 |
| 8/21/2019 | J. Bursch | Review comments on draft petition from Messrs. Gray and Schandevel and revise cert. petition; analyze AFPF draft cert. petition and emails with Messrs. Castoria and Gray regarding same | 6.1 | 0.0 | 6.1 |
| 8/22/2019 | J. Bursch | Continue revising petition, in particular with a focus on similarities and differences between the TMLC and AFPF draft petitions | 5.5 | 0.0 | 5.5 |
| 8/23/2019 | J. Bursch | Final revisions to petition and supervise transmission to the printer | 3.2 | 0.0 | 3.2 |
| 11/27/2019 | J. Bursch | Continue supplemental legal research for cert. reply | 3.1 | 0.5 | 2.6 |
| 12/2/2019 | J. Bursch | Analyze California Attorney General's Brief in Opposition and review comments from Messrs. Castoria and Gray regarding same, and formulate reply-brief strategy | 3.9 | 0.0 | 3.9 |
| 12/5/2019 | J. Bursch | Review and revise reply brief in support of cert. petition | 1.4 | | 1.4 |
| 12/6/2019 | J. Bursch | Continue revising reply brief in support of cert. petition | 4.8 | 0.8 | 4.0 |
| 12/9/2019 | J. Bursch | Analyze Americans for Prosperity Foundation draft reply brief in support of cert. petition | 0.8 | | 0.8 |
| 12/9/2019 | J. Bursch | Review comments from Ms. Waggoner and Mr. Cortman on draft TMLC reply brief | 0.7 | 0.7 | 0.0 |
| 12/9/2019 | J. Bursch | Further revisions to reply brief and supervise finalization of reply | 2.4 | 0.4 | 2.0 |
| 4/13/2020 | J. Bursch | Prepare for meeting with U.S. Solicitor General's office | 2.4 | 0.8 | 1.6 |
| 4/15/2020 | J. Bursch | conference with AFPF and Messrs. Gray and Castoria regarding strategy for the SG telephonic meeting | 0.8 | | 0.8 |
| 4/16/2020 | J. Bursch | Preparation for and participation in U.S. Solicitor General's office call regarding the SG's position on our cert. petition | 3.6 | | 3.6 |
| 4/21/2020 | J. Bursch | Conference with Solicitor General's office about various aspects of the case | 1.1 | | 1.1 |
| 11/25/2020 | J. Bursch | Analyze U.S. Solicitor General's CVSG brief | 0.8 | | 0.8 |
| 11/25/2020 | J. Bursch | Formulate supplemental-brief strategy | 0.4 | | 0.4 |

| Date | Timekeeper | Description | Hours | Adjustment | Total |
|---|---|---|---|---|---|
| 11/25/2020 | J. Bursch | Conference with Messrs. Thompson, Castoria, and Gray regarding supplemental-brief strategy | 0.8 | | 0.8 |
| 12/7/2020 | J. Bursch | Review, finalize, and supervise filing of supplemental brief | 2.8 | | 2.8 |
| 12/11/2020 | J. Bursch | Review of California's supplemental brief and key authorities cited therein | 1.1 | | 1.1 |
| 12/22/2020 | J. Bursch | Review and revise draft op-ed | 0.4 | 0.4 | 0.0 |
| 1/6/2021 | J. Bursch | Review and revise draft press statement in case of cert. grant | 0.4 | 0.4 | 0.0 |
| 1/8/2021 | J. Bursch | Review order granting certiorari | 0.6 | | 0.6 |
| 1/8/2021 | J. Bursch | Conferences with R.Gray and with AFPF regarding strategy going forward | 2.2 | | 2.2 |
| 1/9/2021 | J. Bursch | Prepare for and conduct media interviews | 0.6 | | 0.6 |
| 1/13/2021 | J. Bursch | Begin drafting merits brief statement of the case | 3.9 | | 3.9 |
| 1/13/2021 | J. Bursch | Continue analyzing trial transcript and drafting merits brief statement of the case | 1.6 | | 1.6 |
| 1/14/2021 | J. Bursch | Continue analyzing trial transcript and drafting merits brief statement of the case | 4.6 | | 4.6 |
| 1/15/2021 | J. Bursch | Continue analyzing trial transcript and drafting merits brief statement of the case | 3.8 | | 3.8 |
| 1/15/2021 | J. Bursch | Continue drafting merits brief statement of the case | 3.3 | 0.4 | 2.9 |
| 1/16/2021 | J. Bursch | Continue drafting merits brief statement of the case | 1.5 | 0.2 | 1.3 |
| 1/17/2021 | J. Bursch | Finish analyzing trial transcript | 1.4 | | 1.4 |
| 1/17/2021 | J. Bursch | Analyze trial deposition designations | 2.1 | | 2.1 |
| 1/17/2021 | J. Bursch | Begin analyzing trial exhibits | 1.7 | | 1.7 |
| 1/17/2021 | J. Bursch | Continue drafting merits brief statement of the case | 1.5 | 0.2 | 1.3 |
| 1/18/2021 | J. Bursch | Continue analyzing trial exhibits | 2.1 | | 2.1 |
| 1/18/2021 | J. Bursch | Continue drafting merits brief statement of the case | 1.8 | 0.4 | 1.4 |
| 1/18/2021 | J. Bursch | Draft joint appendix designations | 2.4 | | 2.4 |
| 1/19/2021 | J. Bursch | Review list of admitted and excluded trial exhibits | 0.5 | | 0.5 |
| 1/19/2021 | J. Bursch | Revise draft statement of facts and draft designation of joint appendix documents | 1.7 | | 1.7 |
| 1/19/2021 | J. Bursch | Email correspondence with Quinn Emanuel regarding Americans for Prosperity Foundation joint appendix designations | 0.7 | | 0.7 |
| 1/19/2021 | J. Bursch | Draft and submit correspondence to California AG's office with designations | 0.9 | | 0.9 |
| 1/21/2021 | J. Bursch | Conferences with Messrs. Lawrence and Mattox regarding oral argument | 0.9 | | 0.9 |
| 1/21/2021 | J. Bursch | Analyze potential amici topics and participate in Heritage amicus call | 1.2 | | 1.2 |
| 1/21/2021 | J. Bursch | Prepare for and interview with Iowa Catholic Radio | 0.5 | | 0.5 |
| 1/25/2021 | J. Bursch | Conferences with AFPF and the Thomas More Law Center regarding oral argument strategy. | 2.1 | | 2.1 |
| 1/27/2021 | J. Bursch | Review additional trial record materials and send revised joint appendix designations to opposing counsel | 1.1 | | 1.1 |
| 1/27/2021 | J. Bursch | Formulate merits brief strategy | 0.8 | | 0.8 |
| 1/28/2021 | J. Bursch | Background research for and continue to formulate merits brief strategy | 2.8 | | 2.8 |
| 1/28/2021 | J. Bursch | Continue background research for and formulate merits brief strategy | 1.3 | | 1.3 |
| 1/29/2021 | J. Bursch | Conference with Messrs. Castoria, Gray, Schandevel, and Hoffman and Ms. Anderson regarding merits brief strategy and assignments. | 0.6 | | 0.6 |

| Date | Attorney | Description | | | |
|---|---|---|---|---|---|
| 1/29/2021 | J. Bursch | Begin researching and drafting outline for strict-scrutiny argument section of the merits brief | 4.9 | 0.5 | 4.4 |
| 2/1/2021 | J. Bursch | Background research regarding U.S. Supreme Court's free-association cases and the appropriate standard to apply to government-compelled disclosure of member and donor lists | 3.8 | 0.5 | 3.3 |
| 2/1/2021 | J. Bursch | Revise merits brief fact section | 3.3 | 0.4 | 2.9 |
| 2/2/2021 | J. Bursch | Continue background research regarding U.S. Supreme Court's free-association cases and the appropriate standard to apply to government-compelled disclosure of member and donor lists | 2.7 | | 2.7 |
| 2/2/2021 | J. Bursch | Draft proceedings section of merits brief | 5.5 | 0.7 | 4.8 |
| 2/3/2021 | J. Bursch | Prepare for Dennis Praeger interview regarding case. | 0.5 | | 0.5 |
| 2/3/2021 | J. Bursch | Continue background research regarding U.S. Supreme Court's free-association cases and the appropriate standard to apply to government-compelled disclosure of member and donor lists. | 3.8 | 0.5 | 3.3 |
| 2/3/2021 | J. Bursch | Begin drafting strict-scrutiny section of the merits brief argument | 2.1 | | 2.1 |
| 2/4/2021 | J. Bursch | Conference with Messrs. Gray, Schandevel, and Hoffman regarding merits brief strategy | 1.8 | | 1.8 |
| 2/4/2021 | J. Bursch | Revise merits brief statement of the case | 2.1 | 0.5 | 1.6 |
| 2/4/2021 | J. Bursch | Continue drafting strict-scrutiny section of merits brief argument | 2.2 | | 2.2 |
| 2/4/2021 | J. Bursch | Prepare for and interview with Dennis Prager Show | 0.8 | | 0.8 |
| 2/5/2021 | J. Bursch | Begin background research for facial-invalidation argument section of merits brief | 3.1 | | 3.1 |
| 2/8/2021 | J. Bursch | Begin draft of merits brief argument | 3.7 | | 3.7 |
| 2/8/2021 | J. Bursch | Continue draft and begin revising merits brief | 3.9 | | 3.9 |
| 2/9/2021 | J. Bursch | Continue to draft and revise merits brief | 7.7 | 0.9 | 6.8 |
| 2/10/2021 | J. Bursch | Draft merits brief Introduction | 2.0 | | 2.0 |
| 2/10/2021 | J. Bursch | Draft merits brief Summary of the Argument | 1.7 | | 1.7 |
| 2/10/2021 | J. Bursch | Begin revising merits brief | 2.3 | | 2.3 |
| 2/11/2021 | J. Bursch | Continue revising merits brief | 3.4 | | 3.4 |
| 2/11/2021 | J. Bursch | Continute supplemental research for and continue revising merits brief | 3.5 | 0.5 | 3.0 |
| 2/12/2021 | J. Bursch | Review comments and suggested revisions from core team on merits brief | 0.8 | | 0.8 |
| 2/12/2021 | J. Bursch | Continue to revise merits brief | 6.1 | 1.0 | 5.1 |
| 2/12/2021 | J. Bursch | Recirculate merits brief to core team and additional reviewers for comment | 0.2 | 0.2 | 0.0 |
| 2/15/2021 | J. Bursch | Review and revise draft op-ed | 0.3 | | 0.3 |
| 2/15/2021 | J. Bursch | Continue to review comments and revise draft merits brief | 6.3 | | 6.3 |
| 2/16/2021 | J. Bursch | Continue reviewing comments on and revising draft merits brief | 7.9 | 1.2 | 6.7 |
| 2/16/2021 | J. Bursch | Emails with Ms. Feinberg regarding proposed list of docket entries for joint appendix | 0.7 | | 0.7 |
| 2/17/2021 | J. Bursch | Review and revise press release | 0.2 | | 0.2 |
| 2/17/2021 | J. Bursch | Continue reviewing numerous comments on and revising merits brief | 3.6 | 0.6 | 3.0 |
| 2/17/2021 | J. Bursch | Continue reviewing numerous comments on and revising merits brief | 5.7 | | 5.7 |
| 2/18/2021 | J. Bursch | Resolve all comments and revise merits brief | 1.9 | 0.5 | 1.4 |

| | | | | | |
|---|---|---|---|---|---|
| 2/18/2021 | J. Bursch | Emails regarding California attorney general's office's proposed changes to appendix | 0.7 | 0.2 | 0.5 |
| 2/19/2021 | J. Bursch | Final revisions to and format merits brief for printer; supervise final changes to appendix and brief and transmission of brief to printer | 3.1 | | 3.1 |
| 2/22/2021 | J. Bursch | Prepare for and interview with Detroit news | 0.8 | | 0.8 |
| 2/22/2021 | J. Bursch | Analyze as-filed AFPF merits brief | 0.9 | | 0.9 |
| 2/22/2021 | J. Bursch | Distribute electronic copies of as-filed Thomas More Law Center brief and Joint Appendix to internal team and external stakeholders | 0.2 | | 0.2 |
| 2/22/2021 | J. Bursch | Begin formulating oral-argument strategy | 1.6 | | 1.6 |
| 3/1/2021 | J. Bursch | Begin preliminary review of 30+ amici briefs for approach and general content | 4.3 | | 4.3 |
| 3/2/2021 | J. Bursch | Conference with Dick Thompson regarding oral argument, amici briefs, and SG's amicus-brief position. | 0.8 | | 0.8 |
| 3/3/2021 | J. Bursch | Continue reviewing amici briefs to develop argument strategy | 0.7 | | 0.7 |
| 3/3/2021 | J. Bursch | Prepare for and conduct two media interviews | 1.2 | | 1.2 |
| 3/4/2021 | J. Bursch | Conference with SG's office regarding oral argument | 0.6 | | 0.6 |
| 3/4/2021 | J. Bursch | Conference with AFPF's counsel regarding oral argument | 1.2 | | 1.2 |
| 3/4/2021 | J. Bursch | Research and analysis regarding successful joint motions to divide oral argument and to expand argument time | 2.7 | | 2.7 |
| 3/5/2021 | J. Bursch | Conferences with SG's office, client, and counsel for AFPF regarding SG's argument request | 1.1 | | 1.1 |
| 3/5/2021 | J. Bursch | Analyze SG and AFPF merit briefs and formulate reply-brief strategy | 2.4 | 0.5 | 1.9 |
| 3/8/2021 | J. Bursch | Research regarding Supreme Court grants of divided argument where parties (1) have competing legal theories, (2) appeal from disparate trial-court records, or (3) raise issues of great public importance | 1.6 | 0.6 | 1.0 |
| 3/8/2021 | J. Bursch | Review and substantial revisions to draft motion to divide argument and expand oral-argument time | 2.2 | | 2.2 |
| 3/8/2021 | J. Bursch | Continue analyzing SG and AFPF merits briefs and formulating reply-brief strategy | 1.8 | | 1.8 |
| 3/11/2021 | J. Bursch | Continue reviewing amici briefs and formulating reply-brief strategy | 2.9 | 0.5 | 2.4 |
| 3/16/2021 | J. Bursch | Conference with Mses. Duffy and Eville regarding oral argument logistics | 0.3 | 0.3 | 0.0 |
| 3/16/2021 | J. Bursch | Emails with Mr. Castoria regarding oral argument logistics | 0.2 | | 0.2 |
| 3/16/2021 | J. Bursch | Continue reviewing amici briefs and formulating reply-brief strategy. | 3.7 | 0.9 | 2.8 |
| 3/18/2021 | J. Bursch | Numerous emails with Mr. Castoria regarding oral argument preparation logistics; begin coordinating schedule with AFPF and calendaring moots. | 0.8 | | 0.8 |
| 3/18/2021 | J. Bursch | Continue reviewing amici briefs and formulating reply-brief strategy | 1.8 | | 1.8 |
| 3/20/2021 | J. Bursch | Review amici-brief summaries and formulate reply-brief strategy | 1.4 | | 1.4 |
| 3/24/2021 | J. Bursch | Analyze California Attorney General's merits brief and begin formulating reply-brief strategy | 3.7 | 0.8 | 2.9 |
| 3/25/2021 | J. Bursch | Continue analyzing California Attorney General's merits brief and formulating reply-brief strategy | 2.8 | | 2.8 |
| 3/25/2021 | J. Bursch | Outline reply brief | 1.2 | | 1.2 |

| Date | Attorney | Description | Hours | Adj. | Net |
|---|---|---|---|---|---|
| 3/25/2021 | J. Bursch | Conference with Messrs. Castoria, Gray, Schandevel, and Hoffman and Ms. Anderson regarding reply-brief arguments and drafting assignments | 1.1 | | 1.1 |
| 3/26/2021 | J. Bursch | Revise reply-brief outline and drafting assignments and email to team | 1.8 | 0.3 | 1.5 |
| 3/26/2021 | J. Bursch | Begin reply-brief rebuttal research regarding strict scrutiny test | 3.1 | 0.5 | 2.6 |
| 3/29/2021 | J. Bursch | Continue reply-brief rebuttal research regarding strict scrutiny test | 1.5 | | 1.5 |
| 3/30/2021 | J. Bursch | Continue reply-brief rebuttal research regarding strict scrutiny test | 1.8 | 0.5 | 1.3 |
| 3/31/2021 | J. Bursch | Begin reply-brief rebuttal research regarding exacting scrutiny test | 3.5 | 0.7 | 2.8 |
| 3/31/2021 | J. Bursch | Continue reply-brief rebuttal research regarding exacting scrutiny test | 2.2 | 0.5 | 1.7 |
| 4/1/2021 | J. Bursch | Research and begin drafting reply-brief introduction. | 1.9 | 0.4 | 1.5 |
| 4/1/2021 | J. Bursch | Research and begin drafting reply-brief sections regarding appropriate level of scrutiny | 2.4 | | 2.4 |
| 4/2/2021 | J. Bursch | Continue researching and drafting reply-brief sections regarding appropriate level of scrutiny | 4.2 | 0.7 | 3.5 |
| 4/2/2021 | J. Bursch | Draft initial oral-argument outline | 1.5 | | 1.5 |
| 4/2/2021 | J. Bursch | Begin preparing for oral argument | 2.7 | | 2.7 |
| 4/5/2021 | J. Bursch | Numerous calls regarding Supreme Court's denial of motion to divided oral-argument time | 0.8 | 0.3 | 0.5 |
| 4/5/2021 | J. Bursch | Continue researching and drafting reply-brief sections regarding appropriate level of scrutiny | 1.7 | 0.5 | 1.2 |
| 4/5/2021 | J. Bursch | Continue to prepare for oral argument | 1.3 | | 1.3 |
| 4/6/2021 | J. Bursch | Emails regarding possible moot-off to decide who will argue the case | 0.3 | 0.3 | 0.0 |
| 4/6/2021 | J. Bursch | Continue preparation for oral argument | 1.4 | | 1.4 |
| 4/7/2021 | J. Bursch | Continue researching and drafting reply-brief sections regarding appropriate level of scrutiny | 2.3 | 0.5 | 1.8 |
| 4/7/2021 | J. Bursch | Continue preparation for oral argument | 0.9 | | 0.9 |
| 4/8/2021 | J. Bursch | Prepare for oral argument | 1.5 | | 1.5 |
| 4/9/2021 | J. Bursch | Continue researching and drafting reply-brief sections regarding appropriate level of scrutiny | 3.1 | | 3.1 |
| 4/9/2021 | J. Bursch | Continue preparing for oral argument | 1.3 | | 1.3 |
| 4/10/2021 | J. Bursch | Review draft reply-brief sections from Messrs. Castoria, Gray, Schandevel, and Hoffman | 3.8 | | 3.8 |
| 4/10/2021 | J. Bursch | Combine drafts into omnibus draft reply | 2.8 | | 2.8 |
| 4/10/2021 | J. Bursch | Continue to prepare for oral argument | 4.2 | | 4.2 |
| 4/11/2021 | J. Bursch | Begin revising reply brief to reduce length from 13,000+ words to 6,000 words | 4.3 | 1.5 | 2.8 |
| 4/11/2021 | J. Bursch | Continue revising reply brief | 3.9 | 1.0 | 2.9 |
| 4/11/2021 | J. Bursch | Prepare for oral argument | 4.4 | | 4.4 |
| 4/12/2021 | J. Bursch | Continue revising reply brief | 3.7 | | 3.7 |
| 4/12/2021 | J. Bursch | Continue to prepare for oral argument | 2.9 | | 2.9 |
| 4/12/2021 | J. Bursch | Continue revising reply brief | 5.8 | 1.5 | 4.3 |
| 4/13/2021 | J. Bursch | Review amici briefs in support of California | 0.9 | | 0.9 |
| 4/13/2021 | J. Bursch | Continue revising reply brief | 2.4 | 0.4 | 2.0 |
| 4/13/2021 | J. Bursch | Prepare for oral argument and moot oral argument | 6.8 | | 6.8 |
| 4/13/2021 | J. Bursch | Participate in oral argument moot oral argument | 1.2 | | 1.2 |

| Date | Timekeeper | Description | | | |
|---|---|---|---|---|---|
| 4/14/2021 | J. Bursch | Travel from Grand Rapids to Washington, DC for oral argument moot; preparation en route by reviewing amici briefs. | 1.8 | | 1.8 |
| 4/14/2021 | J. Bursch | Continue preparation for oral argument moot | 2.6 | | 2.6 |
| 4/14/2021 | J. Bursch | Continue reviewing amici briefs supporting California | 2.8 | | 2.8 |
| 4/14/2021 | J. Bursch | Review comments on draft reply brief, and continue revising reply brief | 2.2 | | 2.2 |
| 4/14/2021 | J. Bursch | Participate in Advisory Council oral argument moot and provide Mr. Shaffer post-moot comments | 2.4 | | 2.4 |
| 4/14/2021 | J. Bursch | Return travel from Washington, DC to Grand Rapids from oral argument moot | 1.8 | | 1.8 |
| 4/16/2021 | J. Bursch | Supervise transmission of reply brief to printer | 0.2 | | 0.2 |
| 4/17/2021 | J. Bursch | Conferences and emails with the Court, AFPF, and the California Attorney General's office regarding motion for leave to file out-of-time | 1.1 | | 1.1 |
| 4/17/2021 | J. Bursch | Research, draft, and supervise filing and service of motion for leave to file out-of-time | 2.0 | | 2.0 |
| 4/17/2021 | J. Bursch | Conference with Ms. Waggoner regarding motion for leave to file out-of-time | 0.4 | | 0.4 |
| 4/19/2021 | J. Bursch | Prepare for, participate in, and provide comments to Mr. Shaffer regarding Heritage moot for oral argument | 3.9 | | 3.9 |
| 4/19/2021 | J. Bursch | Prepare for and conduct interview with ABA Journal | 0.8 | | 0.8 |
| 4/20/2021 | J. Bursch | Begin supplemental research regarding and formulate oral-argument strategy for IRS questions | 4.3 | 0.8 | 3.5 |
| 4/21/2021 | J. Bursch | Prepare for and conduct media interview | 0.6 | | 0.6 |
| 4/21/2021 | J. Bursch | Supplemental research to assist with oral-argument preparation | 1.8 | | 1.8 |
| 4/22/2021 | J. Bursch | Prepare for and participate in US Chamber moot; compile and communicate feedback to Mr. Shaffer | 1.6 | | 1.6 |
| 4/22/2021 | J. Bursch | Compile and communicate feedback to Mr. Shaffer from US Chamber moot. | 0.9 | 0.9 | 0.0 |
| 4/22/2021 | J. Bursch | Supplemental research and analysis to assist with oral-argument preparation | 1.7 | | 1.7 |
| 4/23/2021 | J. Bursch | Final review of merits and amici briefs and formulate final thoughts for oral-argument tweaks | 4.3 | | 4.3 |
| 4/25/2021 | J. Bursch | Travel from Grand Rapids to DC for oral argument | 1.8 | | 1.8 |
| 4/25/2021 | J. Bursch | Continue supplemental research and analysis for final oral-argument preparation | 6.8 | | 6.8 |
| 4/26/2021 | J. Bursch | Travel to Quinn Emanuel offices and attend oral argument. | 3.9 | | 3.9 |
| 4/26/2021 | J. Bursch | Travel to ADF office following oral argument | 0.5 | | 0.5 |
| 4/26/2021 | J. Bursch | Prepare for and participate in video press conference | 1.9 | 1.9 | 0.0 |
| 4/26/2021 | J. Bursch | Prepare for and participate in numerous interviews | 3.8 | 3.8 | 0.0 |
| 4/26/2021 | J. Bursch | Prepare for and participate in podcasts regarding oral argument. | 2.9 | 2.9 | 0.0 |
| 4/26/2021 | J. Bursch | Return travel from Washington, DC to Grand Rapids. | 1.8 | | 1.8 |
| 4/30/2021 | J. Bursch | Prepare for and conduct Salon interview | 0.9 | 0.9 | 0.0 |
| 7/1/2021 | J. Bursch | Read and analyze SCOTUS opinion. | 1.5 | | 1.5 |
| | | **TOTAL** | 418.7 | 37.9 | 380.8 |