# Exhibit 3.B

## E. Hawley Time and Task Entries

**Alliance Defending Freedom**

440 First Street NW, Suite 600

Washington, DC 20001

Telephone: (616) 450-4235  Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*
Case No.: 2:15-cv-03048

**Motion for Attorneys' Fees & Costs**

**Itemized Statement of Attorneys' Fees**

| Date | User | Description | Time | Time Cut | Adjusted Time |
|---|---|---|---|---|---|
| 2/14/2021 | E. Hawley | Review and edit opening Supreme Court brief in Thomas More Law Center; send same to J. Bursch. | 3.4 | 3.4 | 0.0 |
| | | **TOTAL** | **3.4** | **3.4** | **0.0** |