# Exhibit 3.C

## K. Anderson Time and Task Entries

**Alliance Defending Freedom**

440 First Street NW, Suite 600

Washington, DC 20001

Telephone: (616) 450-4235                                                                                       Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*
Case No.: 2:15-cv-03048

## Motion for Attorneys' Fees & Costs

## Itemized Statement of Attorneys' Fees

| Date | User | Description | Time | Time Cut | Adjusted Time |
|---|---|---|---|---|---|
| 1/21/2021 | K. Anderson | Amicus strategy call will R. Gray and C. Schandevel | 1.0 | 1.0 | 0.0 |
| 1/28/2021 | K. Anderson | Read cert stage briefing and begin reading record below to coordinate amicus briefing. | 4.0 | 4.0 | 0.0 |
| 1/29/2021 | K. Anderson | Call with legal team re brief issues, outline, and strategy, calls each with A. Pariseau, M. Sharp, Z. Pruitt, R. Gray, and B. Harvey re various amicus and public advocacy issues. | 2.2 | 2.2 | 0.0 |
| 1/29/2021 | K. Anderson | Continue reviewing case law and briefs to get up to speed on legal claims. | 3.6 | 3.6 | 0.0 |
| 2/2/2021 | K. Anderson | Case research and emails with amicus coordination team. | 0.4 | 0.4 | 0.0 |
| 2/2/2021 | K. Anderson | Review amicus chart and plans for briefs | 0.9 | 0.9 | 0.0 |
| 2/3/2021 | K. Anderson | Amici coordination and review SG brief at cert stage. | 2.1 | 2.1 | 0.0 |
| 2/4/2021 | K. Anderson | Amicus coordination, various calls, meetings, and review | 3.2 | 3.2 | 0.0 |
| 2/5/2021 | K. Anderson | Amicus coordination and meeting with communications team on public advocacy | 3.7 | 3.7 | 0.0 |
| 2/9/2021 | K. Anderson | Amicus coordination and related meeting | 1.3 | 1.3 | 0.0 |
| 2/10/2021 | K. Anderson | Respond to amici questions by email. | 0.1 | 0.1 | 0.0 |
| 2/11/2021 | K. Anderson | Amicus call with B. Harvey and review status of amicus briefs. | 0.6 | 0.6 | 0.0 |
| 2/17/2021 | K. Anderson | Continue review of merits brief | 0.7 | 0.7 | 0.0 |
| 2/18/2021 | K. Anderson | Call with A. Nichols re amicus brief | 0.4 | 0.4 | 0.0 |
| 2/18/2021 | K. Anderson | Call with B. Harvey re amici brief coordination | 0.6 | 0.6 | 0.0 |
| 2/18/2021 | K. Anderson | Analysis re legal claims in merits brief for amicus coordination | 1.1 | 1.1 | 0.0 |
| 2/20/2021 | K. Anderson | Continue amici coordination efforts | 2.3 | 2.3 | 0.0 |
| 2/22/2021 | K. Anderson | Amici brief coordination work and call with Communications regarding public advocacy campaign. | 2.2 | 2.2 | 0.0 |
| 2/23/2021 | K. Anderson | Amici review | 2.5 | 2.5 | 0.0 |
| 2/24/2021 | K. Anderson | Continue amici review | 0.5 | 0.5 | 0.0 |
| 2/25/2021 | K. Anderson | Review draft amicus briefs and other amicus coordination. | 2.9 | 2.9 | 0.0 |
| 2/25/2021 | K. Anderson | Continue amicus coordination efforts | 0.9 | 0.9 | 0.0 |
| 2/25/2021 | K. Anderson | Continue to review merits briefing for amicus coordination | 2.5 | 2.5 | 0.0 |
| 2/27/2021 | K. Anderson | Draft amici review | 2.7 | 2.7 | 0.0 |
| 3/1/2021 | K. Anderson | Amicus brief review and coordination | 3.7 | 3.7 | 0.0 |
| 3/2/2021 | K. Anderson | Revise supporting amici chart and coordinate reviews and summaries, begin reviewing amici briefs, confer with Hannah regarding creative's needs re amici briefs, confer with Rory by email on various amici review points and issues. | 1.3 | 1.3 | 0.0 |
| 3/12/2021 | K. Anderson | Review amicus brief summaries | 0.8 | 0.8 | 0.0 |
| 4/5/2021 | K. Anderson | Review of reply brief | 0.8 | 0.8 | 0.0 |
| 4/5/2021 | K. Anderson | Discuss oral argument plan with R. Gray for logistics | 0.6 | 0.6 | 0.0 |
| 4/6/2021 | K. Anderson | Review of amicus briefs and summaries; evaluation of additional potential arguments. | 3.0 | 3.0 | 0.0 |

| | | | | | |
|---|---|---|---|---|---|
| 4/9/2021 | K. Anderson | Review amicus briefs for reply brief | 0.5 | 0.5 | 0.0 |
| 4/12/2021 | K. Anderson | Participate in moot court in preparation for oral argument | 1.7 | 1.7 | 0.0 |
| 4/12/2021 | K. Anderson | Review amicus summaries. | 0.5 | 0.5 | 0.0 |
| 4/13/2021 | K. Anderson | Assist in preping J.Bursch for moot court | 1.5 | 1.5 | 0.0 |
| | | **TOTAL** | **56.8** | **56.8** | **0.0** |