# Exhibit 3.D

## T. Barham Time and Task Entries

**Alliance Defending Freedom**

440 First Street NW, Suite 600

Washington, DC 20001

Telephone: (616) 450-4235                                                                                   Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*
Case No.: 2:15-cv-03048

**Motion for Attorneys' Fees & Costs**

**Itemized Statement of Attorneys' Fees**

| Date | User | Description | Time | Time Cut | Adjusted Time |
|---|---|---|---|---|---|
| 4/26/2021 | T. Barham | Meeting with R. Gray discussing oral argument. | 0.3 | 0.3 | 0.0 |
| 4/26/2021 | T. Barham | Listening to Supreme Court oral argument. | 1.9 | 1.9 | 0.0 |
| 7/7/2021 | T. Barham | Teleconference with attorney Mark Lippelmann discussing templates for preparation of fee petition. | 0.9 | 0.9 | 0.0 |
| | | **TOTAL** | **3.1** | **3.1** | **0.0** |