# Exhibit 3.E

## B. Neihart Time and Task Entries

**Alliance Defending Freedom**

440 First Street NW, Suite 600

Washington, DC 20001

Telephone: (616) 450-4235  Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*
Case No.: 2:15-cv-03048

**Motion for Attorneys' Fees & Costs**

**Itemized Statement of Attorneys' Fees**

| Date | User | Description | Time | Time Cut | Adjusted Time |
|---|---|---|---|---|---|
| 3/16/2021 | B. Neihart | Review and summarize amicus briefs for ChinaAid, Judicial Watch, and National Manufacturers Association | 3.1 | 3.1 | 0.0 |
| 4/1/2021 | B. Neihart | Review and annotate amicus briefs of Scholars of Nonprofit Law and half of Legal Historians | 1.1 | 1.1 | 0.0 |
| 4/7/2021 | B. Neihart | Draft summaries of amicus briefs for Legal Historians and Scholars of the Law of Non-Profit Organizations | 1.7 | 1.7 | 0.0 |
| 4/7/2021 | B. Neihart | Complete review of California Association of Nonprofits amicus brief and draft summary | 1.9 | 1.9 | 0.0 |
| | | **TOTAL** | **7.8** | **7.8** | **0.0** |