# Exhibit 3.F

## C. Barnett Time and Task Entries

**Alliance Defending Freedom**

440 First Street NW, Suite 600

Washington, DC 20001

Telephone: (616) 450-4235                                                      Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*
Case No.: 2:15-cv-03048

**Motion for Attorneys' Fees & Costs**

**Itemized Statement of Attorneys' Fees**

| Date | User | Description | Time | Time Cut | Adjusted Time |
|---|---|---|---|---|---|
| 3/3/2021 | C. Barnett | Review and summarize amicus briefs of Cato Institute, Senator Mitch McConnell, Liberty Justice Center, Free Speech Coalition, and Citizens United | 3.4 | 3.4 | 0.0 |
| 3/17/2021 | C. Barnett | Review and summarize amicus brief of Electronic Frontier Foundation | 1.1 | 1.1 | 0.0 |
| 4/6/2021 | C. Barnett | Review and summarize amicus briefs of Campaign Legal Center and National Council for Nonprofits | 2.2 | 2.2 | 0.0 |
| | | **TOTAL** | **6.7** | **6.7** | **0.0** |