# Exhibit 4.A

## D. Cortman Time and Task Entries

**Alliance Defending Freedom**

440 First Street NW, Suite 600

Washington, DC 20001

Telephone: (616) 450-4235                                                                                                   Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*

Case No.: 2:15-cv-03048

**Motion for Attorneys' Fees & Costs**

**Itemized Statement of Attorneys' Fees**

| Date | User | Description | Time | Time Cut | Adjusted Time |
|---|---|---|---|---|---|
| 2/15/2021 | D. Cortman | Review and edit merits brief | 2.3 | | 2.3 |
| 4/12/2021 | D. Cortman | Prep for moot by read all briefs and draft questions | 2.1 | | 2.1 |
| 4/12/2021 | D. Cortman | Participate in moot and debrief | 1.8 | | 1.8 |
| 4/12/2021 | D. Cortman | Review and edit reply brief | 1.7 | | 1.7 |
| 4/14/2021 | D. Cortman | Travel to Washington, DC for oral argument moot; preparation en route by reviewing pleadings and drafting questions | 1.8 | 1.8 | 0.0 |
| 4/14/2021 | D. Cortman | Continue preparation for oral argument moot by reviewing pleadings and drafting questions | 7.4 | | 7.4 |
| 4/14/2021 | D. Cortman | Participate in Advisory Council oral argument moot and strategy session | 2.4 | | 2.4 |
| 4/26/2021 | D. Cortman | Listen to oral argument; draft notes | 1.9 | 1.9 | 0.0 |
| | | **TOTAL** | **21.4** | **3.7** | **17.7** |