# Exhibit 4

## Declaration of David A. Cortman

**ALLIANCE DEFENDING FREEDOM**
JOHN J. BURSCH
*Counsel of Record*
DAVID A. CORTMAN
RORY T. GRAY
CHRISTOPHER P. SCHANDEVEL
MATHEW W. HOFFMANN
440 First Street, NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

THOMAS MORE LAW CENTER,

Plaintiff,

vs.

ROB BONTA, in his Official Capacity as Attorney General of California,

Defendant.

Case No. 2:15-cv-03048-R-FFM

Action Filed: April 23, 2015
Trial Date: June 28, 2016

**DECLARATION OF DAVID A. CORTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

Date: March 7, 2022
Time: 10:00 a.m.
Courtroom: 8D
Judge: Hon. Christina A. Snyder

**DECLARATION OF DAVID A. CORTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

I, David A. Cortman, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare:

1. I am filing this declaration to demonstrate the reasonableness of both my hourly rate and the total amount of compensable time that I incurred in this case.

2. My principal contributions to this case involved review and revision of Thomas More Law Center's opening merits brief before the Supreme Court and assisting counsel in preparation for oral argument.

**Background**

3. I have practiced law for over 25 years and have focused exclusively on the areas of religious freedom, freedom of expression, and civil rights litigation.

4. I am currently Senior Counsel and Vice President of Litigation at Alliance Defending Freedom, a non-profit public interest law firm. In this capacity I oversee a team of approximately 45 attorneys and legal staff. I am involved in all aspects of litigation, including research, drafting briefs, discovery, motions practice, and oral advocacy. I practice primarily in federal court and have litigated hundreds of cases at all levels of federal and state court.

5. I am admitted to the bars of the State of Florida, State of Georgia, State of Arizona, and District of Columbia. I am also admitted to the Supreme Court of the United States; the United States Courts of Appeal for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; and numerous federal district courts.

6. For the bars and courts in which I have been admitted, I am a member in good standing, and there are no grievance or other disciplinary proceedings pending against me. In addition, I have never been held in contempt of court, censured, disbarred, or suspended by any court.

7. I graduated *magna cum laude* from Regent University School of Law in 1996.

8. I have served as lead or co-counsel in several Supreme Court cases, including having argued two of those cases. *See Trinity Lutheran Church of Columbia, Inc. v. Comer*, 137 S. Ct. 2012 (2017) (argued); *Reed v. Town of Gilbert*, 576 U.S. 155 (2015) (argued); *see also, e.g., Nat'l Inst. of Family & Life Advocates v. Becerra*, 138 S. Ct. 2361 (2018); *Masterpiece Cakeshop, Ltd. v. Colo. Civil Rights Comm'n*, 138 S. Ct. 1719 (2018); *Zubik v. Burwell*, 136 S. Ct. 1557 (2016) (represented Petitioners Geneva College and Southern Nazarene University et al.); *Burwell v. Hobby Lobby Stores*, 573 U.S. 682 (2014) (represented Petitioners Conestoga Wood Specialties Corp. et al.); *Town of Greece v. Galloway*, 572 U.S. 565 (2014); and *Ariz. Christian Sch. Tuition Org. v. Winn*, 563 U.S. 125 (2011).

9. I was included in *Empirical SCOTUS: Supreme Court all-stars 2013–2017* for having the most First Amendment wins during that period. Adam Feldman, SCOTUSblog (Sept. 13, 2018), https://bit.ly/3o7pGtK (viewed Aug. 2, 2021).

10. In my 25 years of practicing constitutional law, I have served as lead or co-counsel in over 200 hundred First Amendment cases, including many that resulted in published opinions. *E.g., Calvary Chapel Dayton Valley v. Sisolak*, 982 F.3d 1228 (9th Cir. 2020); *Bruni v. City of Pittsburgh*, 941 F.3d 73 (3d Cir. 2019), *cert. denied*, 141 S. Ct. 578 (2021); *Little Sisters of the Poor Home for the Aged, Denver, Colo. v. Burwell*, 794 F.3d 1151 (10th Cir. 2015) (represented Appellees Southern Nazarene University et al.), *vacated sub. nom.*, 136 S. Ct. 1557 (2016); *K.A. ex rel. Ayers v. Pocono Mountain Sch. Dist.*, 710 F.3d 99 (3d Cir. 2013); *Byrne v. Rutledge*, 623 F.3d 46 (2d Cir. 2010); *Brown v. City of Pittsburgh*, 586 F.3d 263 (3d Cir. 2009); *Scheidler v. Nat'l Org. for Women, Inc.*, 537 U.S. 393 (2003); *Bronx Household of Faith v. Bd. of Educ. of City of New York*, 492 F.3d 89

(2d Cir. 2007); *Li v. Gonzalez*, 429 F.3d 1153 (5th Cir. 2005); *Prince v. Jacoby*, 303 F.3d 1074 (9th Cir. 2002); *Campbell v. St. Tammany Parish Sch. Bd.*, 300 F.3d 526 (5th Cir. 2002); *Krestan v. Deer Valley Unified Sch. Dist. No. 97*, 561 F. Supp. 2d 1078 (D. Ariz. 2008); *O.T. ex rel. Turton v. Frenchtown Elementary Sch. Dist. Bd. of Educ.*, 465 F. Supp. 2d 369 (D.N.J. 2006); *Gentala v. City of Tucson*, 325 F. Supp. 2d 1012 (D. Ariz. 2003); and *Moore v. City of Van*, 238 F. Supp. 2d 837 (E.D. Tex. 2003).

**Reasonableness of Rate**

11. As a non-profit organization, Alliance Defending Freedom represents its clients on a *pro bono* basis. Our clients do not pay for our services or the costs of litigation.

12. The *pro bono* representation of our clients and the national scope of our practice mean that we do not currently have internal billing rates.

13. Because of my unique background and skill set, the standard billable rates for attorneys in the Central District of California are not the appropriate comparator, although they also compare favorably. The better comparison are nationally recognized appellate litigators with successful practices in the U.S. Supreme Court.

14. For example, Gibson Dunn partner Theodore Olson reportedly bills at least $1,800 an hour. Mike Scarcella & Marcia Coyle, W*hat New Supreme Court Cases Reveal About Big Law Billing Rates*, Law.com (Aug. 27, 2019), https://bit.ly/3nGmt49 (viewed Aug. 2, 2021). Kirkland & Ellis partner Paul Clement was billing at $1,745 an hour as recently as March 2019. *Id*. Fellow Kirkland partner George Hicks Jr., who has argued only one U.S. Supreme Court case, bills at $1,075 an hour. *Id*. Former Kirkland partner Christopher Landau, who served as U.S. Ambassador to Mexico after his March 2019 confirmation, was

billing at $1,495 an hour. *Id*. Kirkland partner Bartow Farr billed at $1,385 an hour. *Id*.

15. Even back in 2015, a frequent U.S. Supreme Court advocate like Thomas Goldstein of Goldstein & Russell was billing at $1,100 an hour. David Lat, *Top Supreme Court Advocates Charge How Much Per Hour?*, Above the Law (Aug. 10, 2015), https://bit.ly/3bH28sP (viewed Aug. 2, 2021). And in 2013, Orrick, Herrington & Sutcliffe partner E. Joshua Rosenkranz (who at that time had argued nine U.S. Supreme Court cases) was billing $1,020 an hour. *Id*.

16. Given these points of comparison and my extensive appellate experience, including multiple matters before the U.S. Supreme Court, $750 an hour is likely under my actual market rate.

17. $750 per hour is reasonable for the complexity of the case and the skill needed to overcome unfavorable lower court rulings. And the concurrently filed declaration of appellate practitioner Thomas G. Hungar also attests to the reasonableness of this rate for litigation before the Supreme Court. See Ex. 12.

18. I have investigated and obtained information to familiarize myself with the hourly billing rates of attorneys with skill and experience in the First Amendment area of law who practice in the State of California where this case originated.

19. My billing rate of $750 per hour for my time in this case is also consistent with the prevailing market rate in California. This rate is also consistent with rates awarded to attorneys in similar cases in this jurisdiction and is reasonable in light of my experience in constitutional law. The concurrently filed declaration of California practitioner Sean Gates attests to the area's billing rates for similar cases. *See* Ex. 13.

20. Few attorneys practice First Amendment constitutional litigation, fewer practice constitutional litigation on behalf of plaintiffs against governmental entities, and even fewer practice exclusively in this area of law. The intent of Congress when it authorized attorney's fees and costs under 42 U.S.C. § 1988 was to permit plaintiffs to bring constitutional claims against governmental entities and to ensure that the cost of litigation on behalf of plaintiffs seeking to vindicate their constitutional rights would not serve as a barrier to such actions. Thomas More would not have been able to bring this case without the prospect of reasonable attorney's fees and costs being awarded.

**Reasonableness of Time**

21. The concurrently filed itemized statement sets forth my task-based time based upon contemporaneous time records kept via the timekeeping function on in-house software as I performed the work. I exercised my billing judgment by reducing duplicative or otherwise unreasonable time expenditures. These reductions are individually documented in the itemized statement.

22. The total time I incurred on this case is 21.4 hours. After I reviewed my time and exercised critical billing judgment, this amount was reduced to 15.7 hours. *See* Exs. 2, 4.A. At a competitive and reasonable billing rate of $750 per hour, this results in a current amount of $11,775 that may properly be claimed against Appellees. *Id.*

23. The concurrently filed declarations of Mssrs. Hungar and Gates attest to the fact that the total compensable time that Alliance Defending Freedom incurred in this case after exercising billing judgment is very reasonable for this type of case. *See* Exs. 12, 13.

**Expenses**

24. I have reviewed the itemized statement of expenses and affirm the accuracy of the expenses attributed to me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2022.

DAVID A. CORTMAN
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road, NE
Suite D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
dcortman@ADFlegal.org