# Exhibit 5.A

R. Gray Time and Task Entries

**Alliance Defending Freedom**

440 First Street NW, Suite 600
Washington, DC 20001

Telephone: (616) 450-4235                                                                                          Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*
Case No.: 2:15-cv-03048

**Motion for Attorneys' Fees & Costs**

**Itemized Statement of Attorneys' Fees**

| Date | User | Description | Time | Time Cut | Adjusted Time |
|---|---|---|---|---|---|
| 5/8/2019 | R. Gray | Began reviewing all lower court orders/opinions, taking notes, and printing materials to read in preparation for drafting cert. petition. | 6.3 | 0.5 | 5.8 |
| 5/8/2019 | R. Gray | Research relevant orders and opinions in the lower courts, downloaded and organized them, and emailed them to C. Eville and L. Meadows with instructions for creating the cert. petition appendix. | 1.3 | | 1.3 |
| 5/8/2019 | R. Gray | Research regarding relevant dockets for the current appeal and which mandate(s) were stayed/issued to determine whether an extension to file the cert. petition is possible. | 0.6 | | 0.6 |
| 5/8/2019 | R. Gray | Email to J. Bursch regarding whether an extension of time to file the cert. petition is possible. | 0.2 | | 0.2 |
| 5/9/2019 | R. Gray | Continue reviewing all lower court orders/opinions, taking notes, and printing materials to read in prep for drafting cert. petition. | 5.9 | 0.6 | 5.3 |
| 5/13/2019 | R. Gray | Read lower court briefing and take notes in prep for drafting cert. petition. | 4.0 | 0.5 | 3.5 |
| 5/13/2019 | R. Gray | Continue reviewing all lower court orders/opinions, taking notes, and printing materials to read in prep for drafting cert. petition | 1.6 | | 1.6 |
| 5/15/2019 | R. Gray | Begin reading S. Ct. disclosure cases in prep for drafting cert. petition | 1.1 | | 1.1 |
| 5/15/2019 | R. Gray | Continue reading lower court briefing and take notes in prep for drafting cert. petition | 4.2 | 0.6 | 3.6 |
| 5/16/2019 | R. Gray | Setting up file in law management software. | 0.3 | 0.3 | 0.0 |
| 5/17/2019 | R. Gray | Continued reading S. Ct. precedent and taking notes in prep for drafting cert. petition | 2.9 | | 2.9 |
| 5/17/2019 | R. Gray | Continued reading S. Ct. cases and taking notes in prep for drafting cert. petition | 3.7 | | 3.7 |
| 5/20/2019 | R. Gray | Continued reading S. Ct. precedent and taking notes in prep for drafting cert. petition | 3.9 | 0.7 | 3.2 |
| 5/20/2019 | R. Gray | Continued reading S. Ct. precedent and taking notes in prep for drafting cert. petition | 4.3 | 0.5 | 3.8 |
| 5/22/2019 | R. Gray | Continued reading S. Ct. precedent and taking notes in prep for drafting cert. petition | 3.0 | 0.5 | 2.5 |
| 5/22/2019 | R. Gray | Review of contrasting positions TMLC and California staked out in regards to S. Ct. cases and positions taken in amicus briefs | 1.2 | | 1.2 |
| 5/22/2019 | R. Gray | Review and respond to C. Eville regarding inclusion of 9/11/18 opinion in appendix. | 0.1 | | 0.1 |

| Date | Person | Description | | | |
|---|---|---|---|---|---|
| 5/28/2019 | R. Gray | Review opinions and case law notes to begin drafting questions presented. | 0.7 | | 0.7 |
| 5/28/2019 | R. Gray | Finished reading and taking notes on S. Ct. caselaw | 1.7 | | 1.7 |
| 5/28/2019 | R. Gray | Research, reading through, and taking notes on court of appeals disclosure cases in prep for drafting cert. petition | 3.8 | | 3.8 |
| 5/29/2019 | R. Gray | Began drafting application for extension of time to file cert. petition | 3.3 | 0.4 | 2.9 |
| 5/29/2019 | R. Gray | Finished drafting questions presented for cert. petition and explaining my thoughts and forwarded to J. Bursch | 1.9 | | 1.9 |
| 5/30/2019 | R. Gray | Continued drafting application for extension of time to file cert. petition, adding cites, proofreading and making edits. | 5.7 | 0.7 | 5.0 |
| 6/3/2019 | R. Gray | Finished drafting Questions Presented page and began drafting front matter of the cert. petition | 2.7 | | 2.7 |
| 6/4/2019 | R. Gray | Read and took notes on relevant statutes and regulations in preparation for drafting cert. petition and putting together the cert. appendix | 3.2 | | 3.2 |
| 6/4/2019 | R. Gray | Continued drafting front matter of cert. petition | 0.4 | | 0.4 |
| 6/5/2019 | R. Gray | Drafting the introduction to the cert. petition | 5.4 | 1.0 | 4.4 |
| 6/5/2019 | R. Gray | Continue researching state and federal statutes and regulations and taking notes, designated excerpts for cert. appendix, and forwarded to C. Eville and J. Bursch | 2.1 | 0.7 | 1.4 |
| 6/7/2019 | R. Gray | Draft the cert. petition's Statement of the Case | 3.0 | | 3.0 |
| 6/7/2019 | R. Gray | Revised introduction to the cert. petition | 0.4 | | 0.4 |
| 6/10/2019 | R. Gray | Continue drafting statement of the case for cert. petition | 4.8 | 1.0 | 3.8 |
| 6/11/2019 | R. Gray | Continue drafting statement of the case for cert. petition | 6.6 | 1.2 | 5.4 |
| 6/12/2019 | R. Gray | Participate in telephone conference with Heritage Foundation regarding potential amicus briefing. | 1.3 | 1.3 | 0.0 |
| 6/12/2019 | R. Gray | Research on AFP and Thomas More amicus briefs and possible amicus topics | 2.5 | 2.5 | 0.0 |
| 6/13/2019 | R. Gray | Finished drafting statement of the case. | 1.7 | 0.3 | 1.4 |
| 6/13/2019 | R. Gray | Began drafting the cert. petition's argument section | 3.9 | | 3.9 |
| 6/14/2019 | R. Gray | Continue drafting cert. petition argument section | 5.0 | | 5.0 |
| 6/17/2019 | R. Gray | Continue drafting the cert. petition's argument section | 4.7 | | 4.7 |
| 6/19/2019 | R. Gray | Drafting argument section | 4.6 | | 4.6 |
| 6/19/2019 | R. Gray | Telephone conference with C. Mattox about the AFPF and Thomas More cases | 0.5 | | 0.5 |
| 6/19/2019 | R. Gray | Wrote emails to J. Bursch and B. Harvey re case strategy and my telephone call with C. Mattox | 0.6 | 0.2 | 0.4 |
| 6/19/2019 | R. Gray | Continue drafting argument section of cert. petition | 2.1 | | 2.1 |
| 6/20/2019 | R. Gray | Draft circuit conflict section of the cert. petition | 4.8 | 0.6 | 4.2 |
| 6/25/2019 | R. Gray | Draft good vehicle section of the cert. petition | 3.4 | 0.4 | 3.0 |
| 6/25/2019 | R. Gray | Finished drafting the reasons for granting the writ summary in the cert. petition. | 2.4 | | 2.4 |
| 6/26/2019 | R. Gray | Edit the cert. petition draft to comply with word limit. Forwarded to J. Bursch for review. | 2.3 | 0.5 | 1.8 |
| 7/18/2019 | R. Gray | Meeting with J. Tedesco to discuss status and strategy in the Thomas More case. | 0.4 | 0.4 | 0.0 |
| 7/31/2019 | R. Gray | Began research for amicus brief topics and content | 2.5 | 2.5 | 0.0 |
| 8/1/2019 | R. Gray | Responding to S. Sadeghi's email re filing one amicus brief in both AFPF and TMLC | 0.5 | 0.5 | 0.0 |
| 8/2/2019 | R. Gray | Review and edit current draft of cert. appendix and sent to C. Eville and J. Bursch | 4.4 | 0.5 | 3.9 |
| 8/9/2019 | R. Gray | Identify and contact potential amici | 2.1 | 2.1 | 0.0 |
| 8/9/2019 | R. Gray | Spoke with Kaylan Phillips about drafting or joining an amicus brief | 0.3 | 0.3 | 0.0 |

| Date | Attorney | Description | | | |
|---|---|---|---|---|---|
| 8/9/2019 | R. Gray | Review J.Bursch comments on the cert. petition and respond to comments in an email to J. Bursch | 1.2 | 0.3 | 0.9 |
| 8/9/2019 | R. Gray | Update amicus spreedsheet and email B.Harvey about connecting amicus "joiners." | 0.3 | 0.3 | 0.0 |
| 8/16/2019 | R. Gray | Draft letter to opposing counsel regarding blanket consent for amicus briefs | 0.2 | | 0.2 |
| 8/20/2019 | R. Gray | Review AFP's draft cert. petition and provide J. Bursch with comments | 1.2 | 1.2 | 0.0 |
| 8/21/2019 | R. Gray | Revision of cert. petition to incorporate comments. | 3.4 | 0.8 | 2.6 |
| 8/21/2019 | R. Gray | Insert cert. appendix cites into the latest cert. petition draft. | 1.9 | | 1.9 |
| 8/21/2019 | R. Gray | Enter final revisions to cert. petition and send to J. Bursch, L. Meadows, and C. Eville | 1.0 | | 1.0 |
| 8/21/2019 | R. Gray | Research citations for the fact that only three states require nonprofits to disclose their donors like California does. | 0.3 | | 0.3 |
| 8/22/2019 | R. Gray | Reviewing final, cite-checked version of cert. petition and making final edits | 1.5 | | 1.5 |
| 8/23/2019 | R. Gray | Email to C. Eville re final edits to cert. petition and filing | 0.3 | | 0.3 |
| 8/26/2019 | R. Gray | Emailing J. Bursch, B. Harvey, and C. Eville re cert. petitions docket numbers, brief in opposition, amicus due dates, and letter re blanket consent to amicus briefs | 0.3 | | 0.3 |
| 8/27/2019 | R. Gray | Preparation and interview with American Family Radio regarding litigation | 0.8 | 0.8 | 0.0 |
| 8/27/2019 | R. Gray | Updating Results file and emailing C. Eville re Results file | 0.2 | 0.2 | 0.0 |
| 8/28/2019 | R. Gray | Email correspondence responding to prospective amici's questions | 0.6 | 0.6 | 0.0 |
| 8/29/2019 | R. Gray | Email to Public Interest Legal Foundation regarding a possible addition to its coalition amicus brief | 0.2 | 0.2 | 0.0 |
| 8/29/2019 | R. Gray | Responding to prospective amici emails | 0.3 | 0.3 | 0.0 |
| 9/10/2019 | R. Gray | Email an amicus author regarding due date if Respondent's extension request is granted | 0.2 | 0.2 | 0.0 |
| 9/19/2019 | R. Gray | Research and provide answer to amicus author's question | 1.0 | 1.0 | 0.0 |
| 9/20/2019 | R. Gray | Research Supreme Court rules regarding filing one brief in multiple cases. | 0.1 | | 0.1 |
| 9/23/2019 | R. Gray | Review of draft amicus brief | 0.3 | | 0.3 |
| 9/23/2019 | R. Gray | Email B. Harvey and K. Fiedorek info for amici regarding the need to file electronically in both cases under Supreme Court rules. | 0.3 | 0.3 | 0.0 |
| 9/24/2019 | R. Gray | Review The Institute for Justice's amicus brief. | 0.2 | 0.0 | 0.2 |
| 10/4/2019 | R. Gray | Reviewing and editing draft op-ed | 0.2 | 0.2 | 0.0 |
| 10/7/2019 | R. Gray | Recalculate due dates after extension granted | 0.2 | | 0.2 |
| 10/10/2019 | R. Gray | Began reviewing cert. stage amicus briefs in preparation for drafting cert. reply | 4.6 | 1.0 | 3.6 |
| 11/1/2019 | R. Gray | Telephone call with J. Lorence re cert. petition reply strategy | 0.4 | 0.4 | 0.0 |
| 11/22/2019 | R. Gray | Taking notes on amicus briefs in prep for drafting cert. reply | 1.1 | 1.1 | 0.0 |
| 11/25/2019 | R. Gray | Review S. Ct. opinions in Uphaus, Barenblatt, Baird, and In re Primus in prepration for drafting cert. reply | 0.8 | | 0.8 |
| 11/25/2019 | R. Gray | Review final cert. petition in prep for drafting cert. reply | 0.9 | 0.9 | 0.0 |
| 11/25/2019 | R. Gray | Read and take notes on amicus briefs filed in AFPF in prep for drafting cert. reply | 1.8 | 0.5 | 1.3 |
| 11/26/2019 | R. Gray | Review and take notes on cert. opposition brief's arguments, comparing cert. petition to cert. opposition brief, and determining how to organize cert reply | 4.6 | 0.7 | 3.9 |
| 11/27/2019 | R. Gray | Draft introduction of cert. reply | 1.2 | | 1.2 |
| 12/2/2019 | R. Gray | Draft cert. reply | 6.5 | 0.5 | 6.0 |
| 12/3/2019 | R. Gray | Continue drafting cert. reply | 7.8 | 1.0 | 6.8 |

| Date | Attorney | Description | | | |
|---|---|---|---|---|---|
| 12/3/2019 | R. Gray | Finish drafting cert reply, edited, filled in missing citations, and forwarded to J. Bursch | 2.9 | 1.0 | 1.9 |
| 12/7/2019 | R. Gray | Review and implement cert. reply edits and comments from D. Cortman, K. Waggoner, and L. Castoria | 1.1 | | 1.1 |
| 12/9/2019 | R. Gray | Review final PDFs of cert. reply and send comments to J. Bursch and C. Eville | 0.8 | 0.3 | 0.5 |
| 4/15/2020 | R. Gray | Conference with AFPF, J. Bursch and L. Castoria re strategy for the SG phone call | 0.8 | 0.8 | 0.0 |
| 11/25/2020 | R. Gray | Conference regarding strategy for supplemental brief with J. Bursch | 0.8 | 0.8 | 0.0 |
| 11/27/2020 | R. Gray | Draft supplemental brief responding to the United States' amicus brief | 4.9 | | 4.9 |
| 11/28/2020 | R. Gray | Continue drafting supplemental brief responding to the United States' amicus brief | 1.7 | | 1.7 |
| 11/29/2020 | R. Gray | Continue drafting supplemental brief responding to the United States' amicus brief | 1.9 | | 1.9 |
| 11/30/2020 | R. Gray | Finish drafting supplemental brief responding to United States' amicus brief | 4.8 | 0.5 | 4.3 |
| 1/12/2021 | R. Gray | Review of TMLC trial transcript and draft suggested joint appendix designations for John Bursch. | 3.1 | | 3.1 |
| 1/14/2021 | R. Gray | Research amicus coverage and topic analysis in preparation for amicus call and coordination at the Supreme Court merits stage | 3.1 | 3.1 | 0.0 |
| 1/15/2021 | R. Gray | Draft summary of findings re amicus coverage, create a list of needed amicus coverage, and sent to J. Bursch and B. Harvey | 0.6 | 0.6 | 0.0 |
| 1/15/2021 | R. Gray | Researching and drafting case summary for merits amicus-coordination call | 1.7 | 1.7 | 0.0 |
| 1/17/2021 | R. Gray | Review all trial exhibits and suggested portions to designate for the joint appendix, forward recommendations to J. Bursch, and provided J. Bursch with requested materials | 2.6 | | 2.6 |
| 1/18/2021 | R. Gray | Reviewed and edited draft statement of the case and record cites, suggestions additions and subtractions | 3.9 | | 3.9 |
| 1/19/2021 | R. Gray | Review list of joint appendix designations and send J. Bursch comments | 0.5 | | 0.5 |
| 1/19/2021 | R. Gray | Compile list of what is in evidence to use in checking joint appendix designations | 1.2 | 1.2 | 0.0 |
| 1/20/2021 | R. Gray | Draft a list of suggested amicus topics based on previous research for the amicus call and sent them to J. Bursch and B. Harvey | 1.1 | 1.1 | 0.0 |
| 1/21/2021 | R. Gray | Participate in amicus call and took notes on attendees and topics in which they showed interest, and forwarded my notes to B. Harvey and K. Anderson | 1.0 | 1.0 | 0.0 |
| 1/22/2021 | R. Gray | Research cases re facial invalidation and take notes in preparation for drafting/editing merits brief | 0.7 | | 0.7 |
| 1/28/2021 | R. Gray | Draft email summarizing research on the standard for a facial claim and sent to J. Bursch and C. Schandevel | 0.5 | 0.0 | 0.5 |
| 1/29/2021 | R. Gray | Phone call with J. Bursch, L. Castoria, C. Schandevel, and M. Hoffman re drafting assignments for merits brief | 0.6 | 0.6 | 0.0 |
| 1/31/2021 | R. Gray | Draft merits brief section explaining free-association protection | 5.7 | 0.6 | 5.1 |
| 2/1/2021 | R. Gray | Research for merits brief section on the history of free-association protection | 3.0 | | 3.0 |
| 2/2/2021 | R. Gray | Research and begin to draft merits brief section applying exacting scrutiny | 1.8 | | 1.8 |

| Date | Name | Description | | | |
|---|---|---|---|---|---|
| 2/2/2021 | R. Gray | Draft section of merits brief explaining that Buckley doesn't apply | 2.6 | | 2.6 |
| 2/2/2021 | R. Gray | Research the Internal Revenue Code's restrictions on nonprofits interfering in political campaigns | 1.9 | | 1.9 |
| 2/3/2021 | R. Gray | Continue drafting exacting scrutiny section of merits brief | 3.8 | 0.8 | 3.0 |
| 2/4/2021 | R. Gray | Draft merits brief section on the 9th Circuit's erroneous application of exacting scrutiny | 3.0 | 0.4 | 2.6 |
| 2/4/2021 | R. Gray | Phone call with J. Bursch, L. Castoria, C. Schandevel, and M. Hoffman re drafting the merits brief strategy | 1.8 | 1.8 | 0.0 |
| 2/4/2021 | R. Gray | Finish drafting merits brief section regarding application of exacting scrutiny | 3.1 | | 3.1 |
| 2/5/2021 | R. Gray | Finish drafting merits brief section on the 9th Circuit's misapplication of exacting scrutiny | 2.1 | | 2.1 |
| 2/8/2021 | R. Gray | Research disclosures related to taxes, when they're permitted, and how they work | 2.6 | 0.7 | 1.9 |
| 2/9/2021 | R. Gray | Research precedent regarding the scope of California's power to regulate out-of-state charities | 2.0 | | 2.0 |
| 2/9/2021 | R. Gray | Review and make suggested edits to draft of the merits brief | 2.6 | | 2.6 |
| 2/10/2021 | R. Gray | Research and begin drafting merits brief section distinguishing the federal disclosure rule | 2.7 | | 2.7 |
| 2/10/2021 | R. Gray | Continue reviewing and making suggested edits to the merits brief | 4.7 | 0.8 | 3.9 |
| 2/11/2021 | R. Gray | Provided C. Eville with joint appendix materials | 0.2 | 0.2 | 0.0 |
| 2/13/2021 | R. Gray | Review draft of merits brief and sent thoughts to J. Bursch | 1.2 | | 1.2 |
| 2/15/2021 | R. Gray | Draft document descriptions for the joint appendix table of contents | 1.7 | 0.7 | 1.0 |
| 2/16/2021 | R. Gray | Review and made suggested edits to the merits brief | 1.9 | 0.0 | 1.9 |
| 2/16/2021 | R. Gray | Review the Joint Appendix | 1.6 | 0.0 | 1.6 |
| 2/17/2021 | R. Gray | Worked on making L. Castoria's edits to the merits brief | 1.0 | 1.0 | 0.0 |
| 2/17/2021 | R. Gray | Research when the Registry knew Schedule Bs had been publicly disclosed and what the state said about in the Center for Competitive Politics litigation | 1.3 | 0.5 | 0.8 |
| 2/18/2021 | R. Gray | Reviewand edit joint appendix, made clean copy, and forwarded to A. Feinberg | 1.1 | | 1.1 |
| 2/18/2021 | R. Gray | Review and resolve cite checking edits to the merits brief | 2.7 | | 2.7 |
| 2/18/2021 | R. Gray | Note some of A. Feinberg's requested edits in comments in the draft joint appendix | 0.3 | 0.3 | 0.0 |
| 2/18/2021 | R. Gray | Draft email to J. Bursch, C. Eville, and M. Hoffman re call with A. Feinberg | 0.2 | 0.2 | 0.0 |
| 2/18/2021 | R. Gray | Discuss California AG's requested changes to the joint appendix with A. Feinberg | 0.3 | | 0.3 |
| 2/19/2021 | R. Gray | Review final version of merits brief, made edits, and sent to J. Bursch and C. Eville | 0.8 | | 0.8 |
| 3/1/2021 | R. Gray | Compile and began reviewing supporting amicus briefs in preparation for drafting reply brief | 2.2 | | 2.2 |
| 3/2/2021 | R. Gray | Continue reviewing supporting amicus briefs in preparation for drafting reply brief | 2.3 | | 2.3 |
| 3/24/2021 | R. Gray | Begin reviewing and taking notes on the California AG's merits brief in preparation for drafting reply brief | 1.3 | | 1.3 |
| 3/25/2021 | R. Gray | Call with J. Bursch, L. Castoria, C. Schandevel, and M. Hoffman re reply brief and drafting assignments | 1.1 | 1.1 | 0.0 |
| 3/25/2021 | R. Gray | Continue reviewing California AG's merits brief and taking notes in preparation for drafting the reply brief | 1.8 | 0.3 | 1.5 |
| 3/26/2021 | R. Gray | Begin researching case law and brainstorming ideas for the reply brief | 3.0 | 0.8 | 2.2 |

| Date | Attorney | Description | | | |
|---|---|---|---|---|---|
| 3/29/2021 | R. Gray | Continue researching case law and brainstorming ideas for the reply brief | 3.7 | 1.2 | 2.5 |
| 3/30/2021 | R. Gray | Continue researching case law and brainstorming ideas for the reply brief | 4.9 | 2.5 | 2.4 |
| 3/31/2021 | R. Gray | Finish research for the reply brief | 3.0 | | 3.0 |
| 3/31/2021 | R. Gray | Begin drafting sections of the reply brief | 3.2 | | 3.2 |
| 4/1/2021 | R. Gray | Continue drafting reply brief sections | 3.1 | 0.2 | 2.9 |
| 4/2/2021 | R. Gray | Review opposing amicus briefs and drafted summaries to assist in drafting reply brief | 3.2 | 0.4 | 2.8 |
| 4/5/2021 | R. Gray | Draft sections of merits reply brief | 5.6 | 0.8 | 4.8 |
| 4/6/2021 | R. Gray | Continue drafting reply brief sections | 3.2 | | 3.2 |
| 4/6/2021 | R. Gray | Continue drafting reply brief sections | 2.9 | | 2.9 |
| 4/7/2021 | R. Gray | Continue drafting reply brief sections | 6.3 | 1.5 | 4.8 |
| 4/8/2021 | R. Gray | Continue drafting reply brief sections | 7.1 | 1.0 | 6.1 |
| 4/9/2021 | R. Gray | Finish drafting reply brief sections, edit, and send to J. Bursch | 3.7 | | 3.7 |
| 4/12/2021 | R. Gray | Review complete draft of reply brief, suggested edits, and sent to J. Bursch | 2.0 | 0.5 | 1.5 |
| 4/13/2021 | R. Gray | Help J. Bursch prepare for oral argument moot oral argument | 6.8 | 2.0 | 4.8 |
| 4/13/2021 | R. Gray | Listen to the oral argument moot oral argument | 1.2 | 1.2 | 0.0 |
| 4/14/2021 | R. Gray | Reviewe latest draft of reply brief, suggest edits, and forward to J. Bursch | 2.1 | 0.5 | 1.6 |
| 4/19/2021 | R. Gray | Listen and take notes during moot court | 2.2 | 2.2 | 0.0 |
| 4/22/2021 | R. Gray | Clean up notes from moot court to send to J. Bursch, draft suggestions for oral argument and forward to J. Bursch | 0.7 | 0.7 | 0.0 |
| 4/22/2021 | R. Gray | Summarize thoughts from moot court and sent oral argument suggestions to J. Bursch | 0.4 | 0.4 | 0.0 |
| 4/22/2021 | R. Gray | Listen to moot court | 1.7 | 1.7 | 0.0 |
| 4/26/2021 | R. Gray | Meeting with T. Barham re oral argument | 0.3 | 0.3 | 0.0 |
| 4/26/2021 | R. Gray | Listen to oral argument | 1.9 | 1.9 | 0.0 |
| | | **TOTAL** | **365.1** | **75.7** | **289.4** |