# Exhibit 5

Declaration of Rory T. Gray

**ALLIANCE DEFENDING FREEDOM**
JOHN J. BURSCH
   *Counsel of Record*
DAVID A. CORTMAN
RORY T. GRAY
CHRISTOPHER P. SCHANDEVEL
MATHEW W. HOFFMANN
440 First Street, NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS MORE LAW CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>    Defendant. | Case No. 2:15-cv-03048-R-FFM<br><br>Action Filed: April 23, 2015<br>Trial Date:    June 28, 2016<br><br>**DECLARATION OF RORY T. GRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:      March 7, 2022<br>Time:      10:00 a.m.<br>Courtroom: 8D<br>Judge:     Hon. Christina A. Snyder |

**DECLARATION OF RORY T. GRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

    I, Rory T. Gray, under penalty of perjury, make the following declaration pursuant to 28 U.S.C. § 1746:

    1.    I am filing this declaration to demonstrate the reasonableness of both my hourly rate and the total amount of compensable time that I incurred in this

1

DECLARATION OF RORY T. GRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

case.

2. I served as co-counsel for Thomas More Law Center in the Law Center's appeal before the U.S. Supreme Court. My principal contributions to Plaintiff's efforts were serving as the primary drafter of the cert. petition, cert. reply, and supplemental brief filed in response to the United States' amicus brief, as well as drafting various sections of the merits brief and merits reply.

**Background**

3. I have practiced law for over fourteen years and am currently a Senior Counsel at Alliance Defending Freedom, a non-profit public interest law firm, where I serve on the Appellate Team. In this capacity, I practice exclusively in the areas of civil rights, particularly free speech and religious liberties. I practice primarily in federal court and have helped litigate cases in the Supreme Court, many courts of appeals, and multiple district courts. I am involved in all aspects of litigation, including research, drafting and filing briefs, and arguments.

4. Prior to joining Alliance Defending Freedom in 2011, I clerked for the Honorable G. Steven Agee on the United States Court of Appeals for the Fourth Circuit for a two-year term spanning 2009 to 2011. In that capacity, I assisted Judge Agee with dozens of appeals to the United States Court of Appeals for the Fourth Circuit, as well as several criminal sentencing proceedings conducted in the United States District Court for the Western District of Virginia.

5. Prior to clerking for Judge Agee, I clerked for the Honorable Bobby R. Baldock on the United States Court of Appeals for the Tenth Circuit for a two-year term spanning 2007 to 2009. In that capacity, I assisted Judge Baldock with dozens of appeals to the United States Courts of Appeals for the First, Eighth, and Tenth Circuits, as well as a regular docket of civil cases filed in the United States District Court for the District of New Mexico.

DECLARATION OF RORY T. GRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

6. During my clerkship with Judge Baldock, I also served as an adjunct instructor at Eastern New Mexico University-Roswell and taught a course entitled "Introduction to American Law" to undergraduate students.

7. I graduated *magna cum laude* from Washington and Lee University School of Law with a Juris Doctor degree in 2007. While in law school, I worked as a Summer Law Intern at the United States Department of Justice, Civil Rights Division, Educational Opportunities Section and served as a Managing Editor of the *Washington and Lee Law Review*. My student Note, *Freedom on the Rack: Stretching Academic Freedom Beyond Its Constitutional Limits in* FAIR v. Rumsfeld, 63 WASH. & LEE L. REV. 1131 (2006), was selected for publication. At graduation, I received the Barry Sullivan Constitutional Law Award.

8. I am admitted to the State Bars of Arizona, Georgia, and Virginia and am admitted to the bars of the Supreme Court of the United States, the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits, as well as the United States District Court for the Northern District of Georgia, the United States District Court for the District of Colorado, and the United States District Court for the Western District of Michigan.

9. I have been granted *pro hac vice* admission to the bars of United States District Courts across the nation, as well as various state courts.

10. For the bars and courts in which I am admitted, I am a member in good standing and there are no grievance proceedings or any other disciplinary actions pending against me. In addition, I have never been held in contempt of court, censured, disbarred, or suspended by any court.

11. In my time of practice as a constitutional lawyer, I have been closely involved in litigating five United States Supreme Court cases on the merits:

3

DECLARATION OF RORY T. GRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

(1) *Thomas More Law Center v. Bonta*, 141 S. Ct. 2373 (2021); (2) *Masterpiece Cakeshop, Ltd. v. Colorado Civil Rights Commission*, 138 S. Ct. 1719 (2018); (3) *Trinity Lutheran Church of Columbia, Inc. v. Comer*, 137 S. Ct. 2012 (2017); (4) *Reed v. Town of Gilbert*, 576 U.S. 155 (2015); and (5) *Conestoga Wood Specialties Corp. v. Burwell*, 573 U.S. 682 (2014).

12. I was also the primary drafter of another cert. petition that the United States Supreme Court granted, *Southern Nazarene University v. Burwell*, 577 U.S. 971 (2015), and two additional cert. petitions that the United States Supreme Court granted, vacated, and remanded in light of other decisions: *March for Life Education and Defense Fund v. California*, 141 S. Ct. 192 (2020), and *Arlene's Flowers, Inc. v. Washington*, 138 S. Ct. 2671 (2018).

13. I have been closely involved in briefing other cases where the United States Supreme Court denied review or relief, including *American Medical Association v. Becerra*, 141 S. Ct. 2619 (2021) (medical associations' motion to intervene denied over three Justices' dissent); *Bruni v. City of Pittsburgh*, 141 S. Ct. 578 (2021) (cert. denied); *Calvary Chapel Dayton Valley v. Sisolak*, 140 S. Ct. 2603 (2020) (injunctive relief denied over three Justices' dissent); *Tree of Life Christian Schools v. City of Upper Arlington*, 139 S. Ct. 2011 (2019) (cert. denied); *Stormans, Inc. v. Wiesman*, 136 S. Ct. 2433 (2016) (cert. denied over three Justices' dissent); and *New Hampshire Right to Life v. Department of Health and Human Services*, 577 U.S. 994 (2015) (cert. denied over two Justices' dissent).

14. In addition, I have been closely involved in drafting numerous amicus briefs filed with the United States Supreme Court at both the certiorari and merits stages, including *Cochran v. Mayor and City Council of Baltimore*, 141 S. Ct. 1369 (2021) (amicus brief filed at the cert. stage on behalf of American Association of Pro-Life Obstetricians and Gynecologists); *Little Sisters of the Poor*

4

DECLARATION OF RORY T. GRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

*Saints Peter and Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020) (amicus brief filed at the merits stage on behalf of March for Life); *American Legion v. American Humanist Association*, 139 S. Ct. 2067 (2019) (amicus briefs filed at the cert. and merits stages on behalf of Major General Patrick Brady); *Trump v. Hawaii*, 138 S. Ct. 2392 (2018) (amicus brief filed at the merits stage on behalf of Alliance Defending Freedom); *Dariano ex rel. M.D. v. Morgan Hill Unified School District*, 575 U.S. 935 (2015) (amicus brief filed at the cert. stage on behalf of Alliance Defending Freedom); *Elmbrook School District v. Doe*, 573 U.S. 922 (2014) (amicus brief filed at the cert. stage on behalf of Alliance Defending Freedom); *Mt. Soledad Memorial Association v. Trunk*, 567 U.S. 944 (2012) (amicus brief filed at the cert. stage on behalf of United Retired Firefighters Association).

15. In the federal Courts of Appeals, I was the primary drafter and argued the appeal in *Cedar Park Assembly of God of Kirkland v. Kreidler*, 860 Fed. App'x 542 (9th Cir. 2021), and have been closely involved in litigating other appeals, including *Calvary Chapel Dayton Valley v. Sisolak*, 982 F.3d 1228 (9th Cir. 2020); *Children First Foundation v. Fiala*, 611 Fed. Appx 741 (2d Cir. 2015); *Little Pencil v. Lubbock Independent School District*, 616 Fed. App'x 180 (5th Cir. 2015); *A.M. ex rel. McKay v. Taconic Hills Central School District*, 510 Fed. App'x 3 (2d Cir. 2013) (petition for rehearing and rehearing en banc); and *Ward v. Polite*, 557 F.3d 727 (6th Cir. 2012).

16. Additionally, I have been closely involved in litigating several high-profile appeals in state court, including *Washington v. Arlene's Flowers*, 441 P.3d 1203 (Wash. 2019); *Washington v. Arlene's Flowers, Inc.*, 389 P.3d 543 (Wash. 2017); and *Craig v. Masterpiece Cakeshop, Inc.*, 370 P.3d 272 (Colo. App. 2015).

DECLARATION OF RORY T. GRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

17. In the federal Courts of Appeals, I have been the primary drafter of numerous amicus briefs filed in complex First Amendment cases, including *Demkovich* v. *St. Andrew the Apostle Parish*, 3 F.4th 968 (7th Cir. 2021) (en banc) (amicus brief filed on behalf of Cardinal Newman Society); *Fulton v. City of Philadelphia*, 922 F.3d 140 (3d Cir. 2019), *rev'd by* 141 S. Ct. 1868 (2021) (amicus brief filed on behalf of Alliance Defending Freedom); *Central Rabbinical Congress of U.S. & Canada v. New York City Department of Health & Mental Hygiene*, 763 F.3d 183 (2d Cir. 2015) (amicus brief filed on behalf of Alliance Defending Freedom); *Smith v. Jefferson Cnty. Bd. of Sch. Comm'rs*, 788 F.3d 580 (6th Cir. 2015) (amicus brief filed on behalf of Alliance Defending Freedom); and *Newdow v. Peterson*, 753 F.3d 105 (2d Cir. 2014) (amicus brief filed on behalf of Alliance Defending Freedom).

18. In federal district court, I have been closely involved in litigating many First Amendment cases, including *Country Mill Farms, LLC v. City of East Lansing*, 280 F. Supp. 3d 1029 (W.D. Mich. 2017); *Telescope Media Group v. Lindsey*, 271 F. Supp. 3d 1090 (D. Minn. 2017); *303 Creative LLC v. Elenis*, No. 16–cv–02372, 2017 WL 4331065 (D. Colo. Sept. 1, 2017); *Knapp v. City of Coeur D'Alene*, No. 2:14-cv-441 (D. Idaho filed Oct. 17, 2014); *Windebank v. Acad. Sch. Dist. #20*, 1:14-cv-3025 (D. Colo. filed Nov. 7, 2014); *A.Z. v. Nova Classical Academy*, 13-cv-0975 (D. Minn. filed Apr. 25, 2013); *Gilio ex rel. J.G. v. Sch. Bd. of Hillsborough Cnty.*, 905 F.Supp.2d 1262 (M.D. Fla. 2012); *Wilson v. Juneau*, No. 1:13-CV-040-FRC (D. Mont. filed Mar. 21, 2013); *Child Evangelism Fellowship Phoenix. v. Dysart Unified School District.*, No. 2:12-CF-0123-JAT (D. Ariz. filed Jan. 19, 2012); *Metcalf ex rel. N.M. v. Nederland Independent School District.*, No. 1:12-CV-0158-MAC (E.D. Tex. filed Apr. 3, 2012); and *Owasso Kids for Christ v. Owasso Public Schools.*, No. 11-cv-0653, 2012 WL 602186

6

DECLARATION OF RORY T. GRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

(N.D. Okla. Feb. 23, 2012).

**Reasonableness of Rate**

19. As a non-profit organization, Alliance Defending Freedom represents its clients on a *pro bono* basis. Our clients do not pay for our services or the costs of litigation.

20. The *pro bono* representation of our clients and the national scope of our practice mean that we do not currently have internal billing rates. Alliance Defending Freedom's attorneys' fees rates are primarily determined by billing practices in the legal market where a case is pending.

21. As attested in the contemporaneously-filed declarations of California and Supreme Court practitioners, Thomas Hungar and Sean Gates, my billing rate of $650 per hour in this case is consistent with the prevailing market rate for attorneys with my experience in similar matters in the Los Angeles area and before the Supreme Court.

22. Few attorneys practice First Amendment constitutional litigation, fewer practice constitutional litigation on behalf of plaintiffs against governmental entities, and even fewer practice exclusively in this area of law. The intent of Congress when it authorized attorney's fees and costs under 42 U.S.C. § 1988 was to permit plaintiffs to bring constitutional claims against governmental entities and also to ensure that the cost of litigation on behalf of plaintiffs seeking to vindicate their constitutional rights would not serve as a barrier to bringing such actions.

7

DECLARATION OF RORY T. GRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

## Reasonableness of Time

23. The concurrently filed itemized statement sets forth my task-based time based upon contemporaneous time records kept via the timekeeping function on in-house software as I preformed the work. I exercised my billing judgment by reducing duplicative or otherwise unreasonable time expenditures. These reductions are individually documented in the itemized statement.

24. The total time I incurred on this case is 365.1 hours. After I reviewed my time and exercised critical billing judgment, this amount was reduced to 289.4 hours. At a billing rate of $650 per hour, this results in a current amount of $188,110 that may properly be claimed against Defendants.

25. The concurrently filed declarations of Thomas Hungar and Sean Gates attest to the fact that the total time that Alliance Defending Freedom incurred in this case, including my total compensable time, is reasonable for a complex First Amendment case litigated before the United States Supreme Court.

## Expenses

26. I have reviewed the itemized statement of expenses attached to Plaintiff's motion and confirm that any expenses attributed to me in this appeal are accurate.

8

DECLARATION OF RORY T. GRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 17th day of January, 2022, at Lawrenceville, Georgia.

*Rory T. Gray*
RORY T. GRAY
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road, NE
Suite D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
rgray@ADFlegal.org

9

DECLARATION OF RORY T. GRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES