# Exhibit 6.A

## C. Schandevel Time and Task Entries

**Alliance Defending Freedom**

440 First Street NW, Suite 600

Washington, DC 20001

Telephone: (616) 450-4235                                                                                           Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*

Case No.: 2:15-cv-03048

## Motion for Attorneys' Fees & Costs

## Itemized Statement of Attorneys' Fees

| Date | User | Description | Time | Time Cut | Adjusted Time |
|---|---|---|---|---|---|
| 8/20/2019 | C. Schandevel | Review and revision of cert petition. | 3.5 | 1.5 | 2.0 |
| 1/21/2021 | C. Schandevel | Supplement R. Gray notes from Heritage amicus call with my own. | 0.9 | 0.9 | 0.0 |
| 1/21/2021 | C. Schandevel | Listening in on Heritage amicus call. | 1.0 | 1.0 | 0.0 |
| 1/29/2021 | C. Schandevel | Phone call with J. Bursch, R. Gray, M. Hoffmann, and L. Castoria regarding merits brief assignments. | 0.6 | 0.6 | 0.0 |
| 2/1/2021 | C. Schandevel | Researching whether Salerno's "every application" test applies in freedom-of-association claims. | 3.8 | 0.7 | 3.1 |
| 2/4/2021 | C. Schandevel | Legal research for facial challenge section of merits brief. | 3.5 | | 3.5 |
| 2/5/2021 | C. Schandevel | Review and combine sections of merits brief and suggest edits to J. Bursch and R. Gray. | 2.0 | | 2.0 |
| 2/6/2021 | C. Schandevel | Compile research for J. Bursch and R. Gray for merits brief. | 0.9 | 0.9 | 0.0 |
| 3/3/2021 | C. Schandevel | Review and summarize amicus briefs supporting our side to assist in drafting reply brief | 1.6 | | 1.6 |
| 3/4/2021 | C. Schandevel | Review and summarize amicus briefs supporting our side. | 3.1 | 0.5 | 2.6 |
| 3/5/2021 | C. Schandevel | Review and summarize amicus briefs supporting our side. | 0.8 | | 0.8 |
| 3/8/2021 | C. Schandevel | Review and summarize amicus briefs supporting our side. | 1.3 | | 1.3 |
| 3/9/2021 | C. Schandevel | Review and summarize amicus briefs supporting our side. | 2.2 | 0.3 | 1.9 |
| 3/25/2021 | C. Schandevel | Call with J. Bursch, L. Castoria, R. Gray, and M. Hoffmann regarding reply brief and drafting assignments | 1.1 | 1.1 | 0.0 |
| 4/5/2021 | C. Schandevel | Review opening brief and record below for reply brief. | 2.0 | 0.5 | 1.5 |
| 4/6/2021 | C. Schandevel | Start reviewing record below and performing related research to draft reply brief. | 7.0 | 1.0 | 6.0 |
| 4/7/2021 | C. Schandevel | Start comparing California's record cites against record below and performing related research for reply brief. | 5.4 | 1.0 | 4.4 |
| 4/8/2021 | C. Schandevel | Legal and factual research for reply brief. | 4.1 | 1.0 | 3.1 |
| 4/9/2021 | C. Schandevel | Begin drafting facial sections for reply brief. | 9.0 | 1.8 | 7.2 |
| 4/12/2021 | C. Schandevel | Prepare for, participate in, and debrief after internal moot court. | 2.5 | | 2.5 |
| 4/12/2021 | C. Schandevel | Review complete draft of reply brief and providing feedback and suggested edits. | 3.0 | 1.0 | 2.0 |
| 4/12/2021 | C. Schandevel | Prep for first internal moot court. | 0.3 | 0.3 | 0.0 |
| 4/13/2021 | C. Schandevel | Watch and take notes during moot oral argument with Heritage. | 1.0 | 1.0 | 0.0 |
| 4/13/2021 | C. Schandevel | Review and revise as-applied sections for reply brief. | 3.8 | 1.8 | 2.0 |
| 4/14/2021 | C. Schandevel | Review and revise as-applied sections for reply brief. | 3.0 | 3.0 | 0.0 |
| 4/15/2021 | C. Schandevel | Review AFPF's draft of reply brief. | 0.6 | | 0.6 |
| 4/15/2021 | C. Schandevel | Final proofread of reply brief. | 3.1 | 3.1 | 0.0 |

| 4/19/2021 | C. Schandevel | Observe and provide feedback following Heritage moot court. | 2.2 | 2.2 | 0.0 |
|---|---|---|---|---|---|
| | | **TOTAL** | **73.3** | **25.2** | **48.1** |