# Exhibit 6

## Declaration of Christopher P. Schandevel

**ALLIANCE DEFENDING FREEDOM**
JOHN J. BURSCH
   *Counsel of Record*
DAVID A. CORTMAN
RORY T. GRAY
CHRISTOPHER P. SCHANDEVEL
MATHEW W. HOFFMANN
440 First Street, NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS MORE LAW CENTER,<br><br>        Plaintiff,<br><br>vs.<br><br>ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>        Defendant. | Case No. 2:15-cv-03048-R-FFM<br><br>Action Filed: April 23, 2015<br>Trial Date:     June 28, 2016<br><br>**DECLARATION OF CHRISTOPHER P. SCHANDEVEL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:     March 7, 2022<br>Time:     10:00 a.m.<br>Courtroom: 8D<br>Judge:    Hon. Christina A. Snyder |

**DECLARATION OF CHRISTOPHER P. SCHANDEVEL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

    I, Christopher P. Schandevel, under penalty of perjury, make the following declaration pursuant to 28 U.S.C. § 1746:

    1.    I am filing this declaration to demonstrate the reasonableness of both my hourly rate and the total amount of compensable time I incurred in this case.

1

2. I served as co-counsel for Thomas More in its appeal before the U.S. Supreme Court. I was involved in select aspects of the merits briefing and preparation for oral argument in the Supreme Court, including legal research for the opening brief, reviewing and revising certain sections in the opening brief, legal research and initial drafting of certain sections for the reply brief, reviewing and revising other sections of the reply brief, reviewing and summarizing amicus briefs, and participating in one moot court before argument.

## Background

3. I have practiced law for nine years and currently serve as Senior Counsel on the Appellate Advocacy Team at Alliance Defending Freedom, a non-profit public interest law firm. In this capacity, I litigate appeals at the federal and state levels primarily in the area of civil rights, particularly free speech and religious liberties. I practice primarily in federal court and have helped litigate cases in the Supreme Court and multiple federal courts of appeals. I am involved in all aspects of appellate litigation, including motions practice, legal research, drafting and filing appeal briefs, and oral arguments.

4. Before joining Alliance Defending Freedom in 2019, I served as an assistant attorney general in the Criminal Appeals Section at the Office of the Attorney General of Virginia. During my five years in that office, I briefed and argued 14 appeals in the Supreme Court of Virginia and over 60 appeals in the Court of Appeals of Virginia. I also sat third chair in one case argued in the U.S. Supreme Court. In addition to my appellate work, I drafted dispositive pleadings in Virginia circuit courts, the Supreme Court of Virginia, and federal district courts in over 90 habeas corpus cases and conducted evidentiary hearings in several cases. I also reviewed proposed legislation for Virginia's General Assembly for constitutional deficiencies and gave legal advice to Virginia prosecutors.

DECLARATION OF CHRISTOPHER P. SCHANDEVEL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

5. Before joining the Office of the Attorney General of Virginia in 2014, I clerked for the Honorable Stephen R. McCullough on the Court of Appeals of Virginia. In that capacity, I assisted Judge McCullough with dozens of appeals to that court.

6. I graduated from the University of Virginia School of Law with a Juris Doctor degree in 2012. While in law school, I earned and used my third-year student practice certificate to prosecute criminal cases at the Waynesboro Commonwealth's Attorney's Office. I also interned in the Computer Crimes Section at the Office of the Attorney General of Virginia. And I served on the Senior Editorial Board of the *Virginia Journal of Social Policy and the Law*.

7. I am admitted to the State Bar of Virginia and the bars of the Supreme Court of the United States, the United States Courts of Appeals for the Second, Fourth, Fifth, Eighth, Ninth, and Eleventh Circuits, and the United States District Courts for the Eastern District of Virginia and for the Western District of Virginia.

8. For the bars and courts to which I am admitted, I am a member in good standing, and there are no grievance proceedings or other disciplinary actions pending against me. I have never been held in contempt of court, censured, disbarred, or suspended by any court.

9. In my practice as a constitutional appellate lawyer for Alliance Defending Freedom, I have been closely involved in litigating multiple First Amendment appeals. I was the primary drafter for the briefs in *New Hope Family Services, Inc. v. Poole*, 966 F.3d 145 (2d Cir. 2020). I was the primary drafter and argued the appeal in *Turning Point USA at Arkansas State University v. Rhodes*, 973 F.3d 868 (8th Cir. 2020). I was the primary drafter for the subsequent petition for writ of certiorari in that case. And I was one of two main drafters for the briefs in *Updegrove v. Herring*, No. 21-1506 (4th Cir.) (appeal pending).

3

DECLARATION OF CHRISTOPHER P. SCHANDEVEL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

10. I have also been the primary drafter on multiple *amicus* briefs involving complex First Amendment questions and related issues. These cases include *Fulton v. City of Philadelphia, Pennsylvania*, 141 S. Ct. 1868 (2021) (amicus brief filed at the merits stage on behalf of New Hope Family Services, Inc., and Catholic Charities West Michigan); *Dignity Health v. Minton*, 142 S.Ct. 455 (2021) (cert. denied over three justices' dissent) (amicus brief filed at the cert. stage on behalf of Catholic Medical Association and The National Catholic Bioethics Center); *Price v. City of Chicago*, 141 S. Ct. 185 (2020) (cert. denied over one justice's dissent) (amicus brief filed at the cert. stage on behalf of Alliance Defending Freedom); *Elster v. Seattle*, 140 S.Ct. 2564 (2020) (cert. denied) (amicus brief filed at the cert. stage on behalf of American Association of Christian Schools and Association of Christian Schools International); and *Vazzo v. City of Tampa*, No. 19-14387 (11th Cir.) (appeal pending) (amicus brief filed on behalf of Family Foundations Counseling, PLLC).

**Reasonableness of Rate**

11. As a non-profit organization, Alliance Defending Freedom represents its clients on a *pro bono* basis. Our clients do not pay for our services or the costs of litigation.

12. The *pro bono* representation of our clients and the national scope of our practice mean that we do not currently have internal billing rates. Alliance Defending Freedom's attorneys' fees rates are primarily determined by billing practices in the legal market where a case is pending.

13. My billing rate of $600 per hour for my time in this case is consistent with the prevailing market rate in the Los Angeles area and for attorneys practicing before the Supreme Court, as attested in the concurrently filed declarations of California and Supreme Court practitioners, Thomas Hungar and Sean Gates.

14. Few attorneys practice First Amendment constitutional litigation, fewer practice constitutional litigation on behalf of plaintiffs against governmental entities, and even fewer practice primarily in this area of law. The intent of Congress when it authorized attorney's fees and costs under 42 U.S.C. § 1988 was to permit plaintiffs to bring constitutional claims against governmental entities and also to ensure that the cost of litigation on behalf of plaintiffs seeking to vindicate their constitutional rights would not serve as a barrier to bringing such actions.

## Reasonableness of Time

15. The concurrently filed itemized statement sets forth my task-based time based on contemporaneous time records kept via the timekeeping function on in-house software as I performed the work. I exercised my billing judgment by reducing duplicative or otherwise unreasonable time expenditures. These reductions are individually documented in the itemized statement.

16. The total time I incurred on this case is 73.3 hours. After I reviewed my time and exercised critical billing judgment, this amount was reduced to 48.1 hours. At a billing rate of $600 per hour, this results in a current amount of $28,860 that may properly be claimed against Defendants.

17. The concurrently filed declarations of Thomas Hungar and Sean Gates attest to the fact that the total time that Alliance Defending Freedom incurred in this case, including my total compensable time, is very reasonable for this type of case.

## Expenses

18. I have reviewed the itemized statement of expenses attached to Plaintiff's motion and confirm that any expenses attributed to me in this appeal are accurate.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the

5

DECLARATION OF CHRISTOPHER P. SCHANDEVEL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

foregoing is true and correct.

Executed this 18th day of January 2022 at Lansdowne, Virginia.

CHRISTOPHER P. SCHANDEVEL
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
cschandevel@adflegal.org

6

DECLARATION OF CHRISTOPHER P. SCHANDEVEL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES