# Exhibit 7.A

M. Hoffmann Time and Task Entries

**Alliance Defending Freedom**

440 First Street NW, Suite 600

Washington, DC 20001

Telephone: (616) 450-4235                    Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*

Case No.: 2:15-cv-03048

### Motion for Attorneys' Fees & Costs

### Itemized Statement of Attorneys' Fees

| Date | User | Description | Time | Time Cut | Adjusted Time |
|---|---|---|---|---|---|
| 12/11/2020 | M. Hoffmann | Draft op-ed regarding religious freedom implications of cert petition. | 4.7 | 2.0 | 2.7 |
| 1/29/2021 | M. Hoffmann | Phone call with J. Bursch, L. Castoria, C. Schandevel, and R. Gray re drafting assignments for merits brief | 0.6 | 0.6 | 0.0 |
| 2/1/2021 | M. Hoffmann | Begin legal research regarding California and New York's Schedule B disclosure schemes. | 3.1 | | 3.1 |
| 2/1/2021 | M. Hoffmann | Continue legal research regarding California and New York's Schedule B disclosure schemes. | 2.2 | 0.4 | 1.8 |
| 2/2/2021 | M. Hoffmann | Research and draft memo regarding California and New York's Schedule B disclosure schemes. | 3.7 | 0.6 | 3.1 |
| 2/3/2021 | M. Hoffmann | Research and begin drafting memo discussing recent high profile examples of doxing. | 5.9 | 1.0 | 4.9 |
| 2/4/2021 | M. Hoffmann | Meeting with J. Bursch, R. Gray, and C. Schandevel regarding merits brief strategy. | 1.8 | 1.8 | 0.0 |
| 2/4/2021 | M. Hoffmann | Legal research regarding changes the IRS recently made to its regulations regarding when Schedule B disclosure is required. | 1.8 | 0.5 | 1.3 |
| 2/5/2021 | M. Hoffmann | Begin drafting merits brief section on the potential unconstitutionality of the IRS's Schedule B requirement. | 4.9 | | 4.9 |
| 2/7/2021 | M. Hoffmann | Finish drafting merits brief section on the potential unconstitutionality of the IRS's Schedule B requirement. | 3.7 | 0.6 | 3.1 |
| 2/9/2021 | M. Hoffmann | Start drafting summaries of the testimony designated by the California Attorney General for the joint appendix. | 4.7 | | 4.7 |
| 2/11/2021 | M. Hoffmann | Start legal research on legislative history and reasons why Congress required Schedule B information to be provided to the IRS | 5.9 | 2.0 | 3.9 |
| 2/11/2021 | M. Hoffmann | Draft memo to R. Gray on findings of research regarding legislative history and Schedule B. | 0.9 | | 0.9 |
| 2/12/2021 | M. Hoffmann | Revise second draft of merits brief. | 2.3 | | 2.3 |
| 2/15/2021 | M. Hoffmann | Check exhibits cited in merits brief to confirm they are contained in the Joint Appendix. | 1.8 | | 1.8 |
| 2/17/2021 | M. Hoffmann | Change record cites in merits brief to Joint Appendix cites | 1.2 | | 1.2 |
| 2/17/2021 | M. Hoffmann | Continue changing record cites in merits brief to Joint Appendix cites | 4.9 | 1.4 | 3.5 |
| 2/18/2021 | M. Hoffmann | Add objections from deposition and trial transcripts to Joint Appendix | 5.5 | | 5.5 |
| 2/18/2021 | M. Hoffmann | Update citations in brief to the Joint Appendix | 1.1 | | 1.1 |
| 2/18/2021 | M. Hoffmann | Communications with Rory Gray and Cindy Eville regarding the Joint Appendix. | 0.9 | 0.9 | 0.0 |

| Date | Timekeeper | Description | | | |
|---|---|---|---|---|---|
| 2/19/2021 | M. Hoffmann | Final review of opening merits brief. | 1.2 | 1.2 | 0.0 |
| 2/19/2021 | M. Hoffmann | Incorporate California Attorney General edits into the Joint Appendix with R. Gray and C. Eville | 2.2 | | 2.2 |
| 2/19/2021 | M. Hoffmann | Continue reviewing merits brief Joint Appendix citations for possible changes. | 2.4 | 0.8 | 1.6 |
| 3/5/2021 | M. Hoffmann | Review, analyze, and draft summaries of American Center for Law and Justice and Hispanic Leadership Fund amici briefs. | 2.7 | | 2.7 |
| 3/5/2021 | M. Hoffmann | Review, analyze, and draft summaries of Association of National Advertisers and Philanthropy Roundtable amici briefs. | 3.0 | | 3.0 |
| 3/8/2021 | M. Hoffmann | Review and provide feedback on draft motion to divide oral argument. | 0.7 | 0.7 | 0.0 |
| 3/8/2021 | M. Hoffmann | Start review, analyze, and draft summaries of CAIR, Prop 8, and American Target Advertising amici briefs. | 4.3 | 0.8 | 3.5 |
| 3/9/2021 | M. Hoffmann | Review and revise amici brief summaries; sent summaries to K. Anderson. | 2.1 | 1.0 | 1.1 |
| 3/10/2021 | M. Hoffmann | Review and summarize Becket Fund and Thomas More Society amici briefs. | 3.5 | 1.5 | 2.0 |
| 3/16/2021 | M. Hoffmann | Analyze and summarize Citizen Power Initiatives amicus brief | 1.0 | | 1.0 |
| 3/17/2021 | M. Hoffmann | Analyze and summarize Protect the 1st amicus brief. | 1.7 | | 1.7 |
| 3/25/2021 | M. Hoffmann | Call with J. Bursch, L. Castoria, C. Schandevel, and R. Gray re reply brief and drafting assignments | 1.1 | 1.1 | 0.0 |
| 3/25/2021 | M. Hoffmann | Reviewed and analyzed California's opposition brief. | 3.7 | 3.7 | 0.0 |
| 4/5/2021 | M. Hoffmann | Draft reply brief section on the absence of criminal penalties in California's forced disclosure scheme. | 3.8 | 0.8 | 3.0 |
| 4/5/2021 | M. Hoffmann | Research general statutory penalties for disclosure of confidential information in the California code. | 4.0 | 2.0 | 2.0 |
| 4/6/2021 | M. Hoffmann | Begin research on Supreme Court cases applying narrow tailoring in the context of exacting scrutiny. | 5.4 | 3.0 | 2.4 |
| 4/7/2021 | M. Hoffmann | Draft reply brief section on the requirement that compelled disclosure schemes be narrowly tailored. | 4.7 | 1.0 | 3.7 |
| 4/8/2021 | M. Hoffmann | Email communications with R. Gray and C. Schandevel regarding reply brief section on responding to California's arguments regarding state and federal tax exemptions | 1.7 | 0.5 | 1.2 |
| 4/8/2021 | M. Hoffmann | Draft an outline of the response of tax exemptions. | 2.4 | 0.5 | 1.9 |
| 4/8/2021 | M. Hoffmann | Start drafting response to tax exemptions. | 3.1 | 0.8 | 2.3 |
| 4/9/2021 | M. Hoffmann | Draft reply brief section on how the Law Center satisfies the reasonable probability test | 3.9 | 0.9 | 3.0 |
| 4/9/2021 | M. Hoffmann | Review and edit reply brief sections. | 3.7 | 1.5 | 2.2 |
| 4/12/2021 | M. Hoffmann | Edit combined reply brief | 3.1 | | 3.1 |
| 4/12/2021 | M. Hoffmann | Prepare John Bursch for moot court | 3.6 | 3.6 | 0.0 |
| 4/13/2021 | M. Hoffmann | Research standard of review for factual findings in a First Amendment case | 2.5 | 1.0 | 1.5 |
| 4/13/2021 | M. Hoffmann | Edit reply brief sections on the facial exacting scrutiny sections. | 1.2 | 0.4 | 0.8 |
| 4/13/2021 | M. Hoffmann | Attend telephonic TMLC/AFPF moot oral argument | 1.2 | 1.2 | 0.0 |
| 4/13/2021 | M. Hoffmann | Analyze and revise as-applied sections of reply brief. | 2.2 | 2.2 | 0.0 |
| 4/14/2021 | M. Hoffmann | Attend ADF advisory council moot | 2.4 | 2.4 | 0.0 |
| 4/15/2021 | M. Hoffmann | Final review of draft reply brief. | 2.7 | 2.7 | 0.0 |
| 4/15/2021 | M. Hoffmann | Review and provide feedback on AFPF draft reply brief. | 2.2 | 2.2 | 0.0 |
| 4/26/2021 | M. Hoffmann | Listen to and take notes on oral argument. | 1.9 | 1.9 | 0.0 |
| | | **TOTAL** | **146.9** | **51.2** | **95.7** |