# Exhibit 8.A

## C. Eville Time and Task Entries

**Alliance Defending Freedom**

440 First Street NW, Suite 600

Washington, DC 20001

Telephone: (616) 450-4235                                                                                                   Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*

Case No.: 2:15-cv-03048

## Motion for Attorneys' Fees & Costs

## Itemized Statement of Attorneys' Fees

| Date | User | Description | Time | Time Cut | Adjusted Time |
|---|---|---|---|---|---|
| 5/8/2019 | C. Eville | Preparation of briefing template for R. Gray. | 0.3 | | 0.3 |
| 5/8/2019 | C. Eville | Email correspondence with printer regarding briefing deadlines to get on their schedule. | 0.2 | | 0.2 |
| 5/8/2019 | C. Eville | Calendar briefing deadlines for all attorneys. | 0.2 | | 0.2 |
| 5/8/2019 | C. Eville | Telephone conference with L. Meadows regarding creation of the cert. petition appendix. | 0.3 | | 0.3 |
| 5/8/2019 | C. Eville | Review email from J. Bursch regarding new file. | 0.1 | 0.1 | 0.0 |
| 5/8/2019 | C. Eville | Complete and submit new file request form. | 0.1 | 0.1 | 0.0 |
| 5/8/2019 | C. Eville | Review of email and documents from R. Gray regarding creation of the cert. petition appendix. | 0.3 | | 0.3 |
| 5/17/2019 | C. Eville | Begin adding court orders into Appendix. | 2.7 | | 2.7 |
| 5/22/2019 | C. Eville | Email R.Gray re question about 9/11/18 opinion attachments and whether they need to be included in appendix | 0.2 | | 0.2 |
| 5/22/2019 | C. Eville | Review R.Gray's response email and follow up email regarding use of asterisks. | 0.2 | | 0.2 |
| 5/22/2019 | C. Eville | Continue adding orders to Appendix. | 2.7 | | 2.7 |
| 5/28/2019 | C. Eville | Work on incorporating orders into Appendix. | 3.2 | | 3.2 |
| 6/3/2019 | C. Eville | Cite check and proofread application for extension of time to file cert petition; prepare attachments; email to R.Gray and J.Bursch for approval. | 1.5 | 0.4 | 1.1 |
| 6/3/2019 | C. Eville | E-file application for extension of time | 0.2 | | 0.2 |
| 6/3/2019 | C. Eville | Email copy of application for extension of time to opposing counsel | 0.1 | | 0.1 |
| 6/3/2019 | C. Eville | Prepare copies of application for extension of time to send overnight to court. | 0.2 | | 0.2 |
| 6/5/2019 | C. Eville | Review court's grant of extension; calendar new deadlines and notify printer of new deadlines. | 0.3 | | 0.3 |
| 6/6/2019 | C. Eville | Continue adding orders to Appendix. | 2.3 | | 2.3 |
| 6/10/2019 | C. Eville | Add 4/29/15 order into Appendix | 1.2 | | 1.2 |
| 6/17/2019 | C. Eville | Input California regulations and statutes into cert appendix | 2.1 | 0.6 | 1.5 |
| 6/17/2019 | C. Eville | Email R.Gray re letters for inclusion not being clear. | 0.2 | 0.2 | 0.0 |
| 6/18/2019 | C. Eville | Email correspondence with R.Gray and L.Castoria to obtain clean copies of letters to include in appendix. | 0.2 | 0.2 | 0.0 |
| 6/19/2019 | C. Eville | Input federal statutes and regulations into cert appendix. | 1.2 | | 1.2 |
| 7/5/2019 | C. Eville | Email R.Gray and L.Meadows to review current draft of appendix. | 0.3 | | 0.3 |

| Date | Name | Description | | | |
|---|---|---|---|---|---|
| 7/25/2019 | C. Eville | Input letters (11) into cert petition appendix; send updated appendix to L.Meadows for review. | 3.2 | | 3.2 |
| 8/22/2019 | C. Eville | Cite check cert petition; forward edits to R.Gray and J.Bursch. | 3.6 | 0.7 | 2.9 |
| 8/23/2019 | C. Eville | Final review of cert. petition brief; email edits to J.Bursch. | 1.2 | | 1.2 |
| 8/23/2019 | C. Eville | Convert final cert. petition brief to pdf and forward to printer for printing and filing. Draft service list for printer. | 0.8 | | 0.8 |
| 9/25/2019 | C. Eville | Download and save amicus briefs supporting petitioners. Update Results file and save amicus contacts to file. | 1.2 | 1.2 | 0.0 |
| 12/5/2019 | C. Eville | Cite check reply brief | 2.0 | 0.5 | 1.5 |
| 12/9/2019 | C. Eville | Prepare service list and email to printer with final reply brief. | 0.3 | | 0.3 |
| 12/9/2019 | C. Eville | Insert table of contents and table of authorities into reply brief | 0.8 | 0.3 | 0.5 |
| 12/9/2019 | C. Eville | Final proofread of reply brief | 0.4 | 0.4 | 0.0 |
| 12/9/2019 | C. Eville | Pdf final reply and email to R.Gray and J.Bursch for review. | 0.3 | 0.3 | 0.0 |
| 12/1/2020 | C. Eville | Cite check supplemental brief | 2.3 | 1.0 | 1.3 |
| 12/7/2020 | C. Eville | Draft certificate of compliance for J.Bursch signature | 0.5 | 0.2 | 0.3 |
| 12/8/2020 | C. Eville | Review proof of service from Byron Adams; E-file Supplemental Brief with Court. | 0.3 | | 0.3 |
| 1/28/2021 | C. Eville | Draft blanket amici consent letter for merits stage. Email to J.Bursch for approval. | 0.3 | | 0.3 |
| 2/4/2021 | C. Eville | Continue work on joint appendix - inserting/formatting trial transcript testimony. | 2.7 | | 2.7 |
| 2/5/2021 | C. Eville | Continue work on joint appendix inserting trial transcript testimony. Email updated draft to L.Meadows for review. | 3.7 | | 3.7 |
| 2/8/2021 | C. Eville | Continue work on inserting trial exhibits into joint appendix. | 3.0 | | 3.0 |
| 2/8/2021 | C. Eville | Continue work on inserting trial exhibits into joint appendix. Forward current draft to L.Meadows for review. | 1.6 | | 1.6 |
| 2/9/2021 | C. Eville | Incorporate edits from S.Lucas into joint appendix. | 0.5 | | 0.5 |
| 2/11/2021 | C. Eville | Continue work on inserting trial exhibits into joint appendix. | 1.6 | 0.6 | 1.0 |
| 2/11/2021 | C. Eville | Email to L.Meadows and A.Duffy re suggestions on how to incorporate two trial exhibit documents that are challenging. Review response suggestions. | 0.3 | 0.3 | 0.0 |
| 2/12/2021 | C. Eville | Continue to work on inserting, formatting and checking trial exhibits into joint appendix. | 4.8 | 0.6 | 4.2 |
| 2/15/2021 | C. Eville | Continue work on joint appendix - insert docket entries for trial court and appeal court. | 2.3 | 0.5 | 1.8 |
| 2/17/2021 | C. Eville | Incorporate edits from L.Meadows into joint appendix re docket entries. | 0.6 | 0.6 | 0.0 |
| 2/17/2021 | C. Eville | Begin cite check and proofread of merits brief. | 3.8 | | 3.8 |
| 2/17/2021 | C. Eville | Finish cite check and proofread of merits brief. | 1.1 | | 1.1 |
| 2/18/2021 | C. Eville | Draft service list for merits brief; email to J.Bursch, R.Gray and M.Hoffman for input. | 0.3 | 0.3 | 0.0 |
| 2/18/2021 | C. Eville | Review emails from R.Gray re additional edits requested by opposing counsel. | 0.4 | | 0.4 |
| 2/18/2021 | C. Eville | Locate, review and insert page numbers for all transcript proceedings into joint appendix. | 3.7 | | 3.7 |

| Date | Timekeeper | Description | | | |
|---|---|---|---|---|---|
| 2/18/2021 | C. Eville | Finalize cite check and input edits into draft merits brief; mark and insert table of authorities. Email to R.Gray for review. | 2.4 | | 2.4 |
| 2/19/2021 | C. Eville | Incorporate joint appendix citation edits from D.Hardin and L.Meadows into brief. | 0.8 | 0.8 | 0.0 |
| 2/19/2021 | C. Eville | Review updated merits brief from M.Hoffman with updated joint appendix citations inserted | 0.2 | | 0.2 |
| 2/19/2021 | C. Eville | Pdf document and email to Byron Adams for printing | 0.1 | | 0.1 |
| 2/19/2021 | C. Eville | Draft certificate of compliance and email to R.Gray for signature. | 0.2 | | 0.2 |
| 2/19/2021 | C. Eville | Incorporate all final edits into joint appendix, pdf document and email to Byron Adams for printing. | 0.6 | | 0.6 |
| 2/19/2021 | C. Eville | Conference with Byron Adams regarding need for expedited printing of joint appendix for Monday filing. Email to J.Bursch re same. | 0.1 | | 0.1 |
| 2/19/2021 | C. Eville | Review emails from M.Hoffman with designations of trial objections in transcript. Conference with A.Duffy re best options for designating objections. Incorporate each objection into joint appendix. Forward to R.Gray and M.Hoffman for review. | 0.8 | 0.3 | 0.5 |
| 2/19/2021 | C. Eville | Input edits into Joint Appendix from California's counsel. | 1.1 | | 1.1 |
| 2/22/2021 | C. Eville | Draft letter to court with itemization of cost of printing Joint Appendix; forward to J.Bursch for approval. Review response email approving same. Copy and ship to court and opposing counsel. Email copy to counsel. | 0.3 | | 0.3 |
| 2/22/2021 | C. Eville | Review email from Byron Adams confirming proof of filing. E-file merits brief and joint appendix. Email team to inform re status of filing completion. | 0.3 | | 0.3 |
| 2/22/2021 | C. Eville | Review email from Byron Adams with final pdf's of merits brief, joint appendix and association documents; save all to file. | 0.2 | | 0.2 |
| 3/12/2021 | C. Eville | Review notice of oral argument date from court. Calendar oral argument date and reply brief deadline. | 0.2 | | 0.2 |
| 3/18/2021 | C. Eville | Convert amici brief summaries (43) into pdf documents, combine all pdf documents into one and email same to J.Bursch. | 0.5 | | 0.5 |
| 4/17/2021 | C. Eville | Email Byron Adams re affidavit of service and info for booklet filing on Monday. | 0.1 | 0.1 | 0.0 |
| 4/17/2021 | C. Eville | E-file reply brief, certificate of compliance and affidavit of service. | 0.2 | | 0.2 |
| 4/17/2021 | C. Eville | Draft affidavit of service for motion for leave and for reply brief. Email to J.Bursch for signature. | 0.4 | | 0.4 |
| 4/17/2021 | C. Eville | Proofread motion for leave to file reply brief out-of-time. Email response to J.Bursch. | 0.5 | | 0.5 |
| | | **TOTAL** | **76.9** | **10.3** | **66.6** |