# Exhibit 8

Declaration of Cindy B. Eville

**ALLIANCE DEFENDING FREEDOM**
JOHN J. BURSCH
  *Counsel of Record*
DAVID A. CORTMAN
RORY T. GRAY
CHRISTOPHER P. SCHANDEVEL
MATHEW W. HOFFMANN
440 First Street, NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS MORE LAW CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>Defendant. | Case No. 2:15-cv-03048-R-FFM<br><br>Action Filed: April 23, 2015<br>Trial Date:    June 28, 2016<br><br>**DECLARATION OF CINDY EVILLE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:       March 7, 2022<br>Time:       10:00 a.m.<br>Courtroom: 8D<br>Judge:      Hon. Christina A. Snyder |

**DECLARATION OF CINDY EVILLE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

I, Cindy Eville, under penalty of perjury, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am filing this declaration to demonstrate the reasonableness of both my hourly rate and the total amount of compensable time that I incurred in this

1

DECLARATION OF CINDY EVILLE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

case.

## Background

2. I have over 29 years of experience as a legal assistant at both medium and small private practice law firms in Arizona.

3. I have been employed by Alliance Defending Freedom as a legal assistant since October 2015 and currently serve as Legal Assistant II on the Appellate Advocacy Team. In this capacity, I work exclusively in the areas of civil rights, free speech and religious liberty.

4. I assist counsel with all cases pending before the Supreme Court and courts of appeals. I assisted counsel with the present case while pending at the Supreme Court.

## Reasonableness of Rate

5. As a non-profit organization, Alliance Defending Freedom represents its clients on a *pro bono* basis. Our clients do not pay for our services or the costs of litigation.

6. The pro *bono* representation of our clients and the national scope of our practice mean that we do not currently have internal billing rates. Alliance Defending Freedom's rates are determined by billing practices in the legal market where a case is pending.

7. I have reviewed information to familiarize myself with the hourly billing rates of legal assistants who work in the Central District of California where this case originated.

8. My billing rate of $150.00 per hour for my time in this case is consistent with the prevailing market rate in the Los Angeles area. This rate is also consistent with rates awarded in similar cases in this jurisdiction and is reasonable in light of my experience. The concurrently-filed declarations of California

practitioners Thomas G. Hungar and Sean Gates, attest to the local billing rates for similar matters in the Central District of California and Ninth Circuit. *See* Exs. 12, 13.

### Reasonableness of Time

9. Plaintiff's attorneys assigned me administrative (non-billable) and paralegal (billable) work in this case.

10. The concurrently filed itemized statement sets forth my task-based time based upon contemporaneous time records kept via the timekeeping function on in-house software as I performed the work.

11. I have reviewed and approved the time and charges for tasks assigned to me as set forth in the task-based itemized statement. The time spent was reasonable and necessary under the circumstances. I exercised my billing judgment by reducing non-billable, duplicative or otherwise unreasonable time expenditures. These reductions are individually documented in the itemized statement.

12. The total time I incurred on this case is 76.9 hours. After I reviewed my time and exercised critical billing judgment, this amount was reduced 10.3 hours to 66.6 hours. At a billing rate of $150.00 per hour, this results in a current amount of $9,990.00 that may properly be claimed against Defendant.

13. The concurrently filed declarations of Thomas G. Hungar and Sean Gates attest to the fact that the total time that Alliance Defending Freedom incurred in this case, including my total compensable time, is very reasonable for this type of case. *See* Exs. 12, 13.

### Expenses

14. I have reviewed the itemized statement of expenses attached to Plaintiff's motion and confirm that any expenses attributed to me in this appeal are accurate.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 14th day of January, 2022, at Scottsdale, Arizona.

*Cindy Eville*

Cindy Eville
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
ceville@ADFlegal.org
4

DECLARATION OF CINDY EVILLE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES