# Exhibit 9.A

M. Lippelmann Time and Task Entries

(Fee Application)

**Alliance Defending Freedom**

440 First Street NW, Suite 600
Washington, DC 20001

Telephone:  (616) 450-4235                                                                                                         Facsimile:  (480) 444-0025

Re:  *Thomas More Law Center v. Bonta*
Case No.: 2:15-cv-03048

## Motion for Attorneys' Fees & Costs

### Itemized Statement of Attorneys' Fees

| Date | User | Description | Time | Time Cut | Adjusted Time |
|---|---|---|---|---|---|
| 7/7/2021 | M. Lippelmann | Telephone conference with T Barnham re: templates for preparation of attorneys' fees petition and fee statement. | 0.9 | 0.3 | 0.6 |
| 7/7/2021 | M. Lippelmann | Review of final orders and decisions to prepare attorneys fee petition. Telephone conference with J Galus and G Walters re: same. | 1.5 | 0.2 | 1.3 |
| 7/8/2021 | M. Lippelmann | Email correspondence with M. Southwick regarding preparation of timekeeper spreadsheet in support of attorneys' fee petition. | 0.3 |  | 0.3 |
| 7/8/2021 | M. Lippelmann | Export time and task data into spreadsheet, organize data, and begin reviewing descriptions of work performed. | 2.1 | 0.5 | 1.6 |
| 7/8/2021 | M. Lippelmann | Research 9th Circuit rules governing attorneys' fee petitions. | 0.7 |  | 0.7 |
| 7/8/2021 | M. Lippelmann | Email correspondence with J. Bursch re: relevant timekeepers and rates for attorney fee petition. | 0.4 |  | 0.4 |
| 7/8/2021 | M. Lippelmann | Telephone conference with J. Bursch re: attorneys' fee petition. | 0.2 |  | 0.2 |
| 7/12/2021 | M. Lippelmann | Research Supreme Court, 9th Circuit, and C.D. Cal. rules regarding deadlines to file attorneys' fee petition. | 0.2 |  | 0.2 |
| 7/12/2021 | M. Lippelmann | Email to J. Bursch regarding deadline to file attorneys' fee petition. | 0.2 |  | 0.2 |
| 7/12/2021 | M. Lippelmann | Review of 9th Circuit and District Court dockets to evaluate status of Supreme Court mandate and deadline to file attorneys' fee petition. | 0.2 |  | 0.2 |
| 7/15/2021 | M. Lippelmann | Email to B. Harvey and J. Bursch regarding attorneys to provide affidavits concerning reasonableness of Supreme Court and Arizona time and billing rates. | 0.1 |  | 0.1 |
| 7/15/2021 | M. Lippelmann | Telephone conversation with Louie Castoria regarding coordination and time for filing fee petition. | 0.3 |  | 0.3 |
| 7/16/2021 | M. Lippelmann | Continue research of Supreme Court, 9th Circuit, and C.D.Cal. local rules and cases governing recovery of attorneys' fees and costs. | 2.1 | 0.4 | 1.7 |
| 7/16/2021 | M. Lippelmann | Began research and drafting Notice of Motion and Motion for attorneys' fees and costs. | 2.0 | 2.0 | 0.0 |
| 7/16/2021 | M. Lippelmann | Review local rules for the Central District of California to draft fee petition. | 0.7 | 0.5 | 0.2 |
| 7/19/2021 | M. Lippelmann | Telephone conference with J. Bursch regarding consolidation of District Court and Appellate fee petitions incurred by multiple firms. | 0.1 |  | 0.1 |
| 7/19/2021 | M. Lippelmann | Email to M. Southwick requesting receipts for costs. | 0.1 |  | 0.1 |

| Date | Timekeeper | Description | | | |
|---|---|---|---|---|---|
| 7/19/2021 | M. Lippelmann | Email correspondence with B. Harvey regarding declarations in support of fee petition for Supreme Court and Arizona litigation. | 0.2 | | 0.2 |
| 7/19/2021 | M. Lippelmann | Email correspondence with Tom Hungar regarding declaration in support of fee petition for Supreme Court litigation. | 0.2 | | 0.2 |
| 7/26/2021 | M. Lippelmann | Review and revision of time entries and descriptions to clarify tasks and exercise billing judgment for fee petition. | 2.9 | | 2.9 |
| 7/27/2021 | M. Lippelmann | Research Supreme Court rules and cases regarding recovery of taxable and nontaxable costs. | 0.3 | | 0.3 |
| 7/27/2021 | M. Lippelmann | Email to R.Gray and J.Bursch regarding recovery of taxable costs associated with printing the joint appendix. | 0.2 | | 0.2 |
| 7/28/2021 | M. Lippelmann | Review and revision of all time entries and descriptions to clarify tasks and exercise billing judgment for fee petition. | 6.1 | 1.5 | 4.6 |
| 7/29/2021 | M. Lippelmann | Continue review and revision of all time entries and descriptions to clarify tasks and exercise billing judgment for fee petition. | 3.5 | 0.5 | 3.0 |
| | | **TOTAL** | **25.5** | **5.9** | **19.6** |