# Exhibit 9

## Declaration of Mark A. Lippelmann

**ALLIANCE DEFENDING FREEDOM**
JOHN J. BURSCH
   *Counsel of Record*
DAVID A. CORTMAN
RORY T. GRAY
CHRISTOPHER P. SCHANDEVEL
MATHEW W. HOFFMANN
440 First Street, NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS MORE LAW CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>    Defendant. | Case No.  2:15-cv-03048-R-FFM<br><br>Action Filed:  April 23, 2015<br>Trial Date:      June 28, 2016<br><br>**DECLARATION OF MARK A. LIPPELMANN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:         March 7, 2022<br>Time:         10:00 a.m.<br>Courtroom:  8D<br>Judge:        Hon. Christina A. Snyder |

**DECLARATION OF MARK A. LIPPELMANN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

I, Mark A. Lippelmann, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare:

1.    I am filing this declaration to demonstrate that both my hourly rate and the total amount of compensable time that I incurred in this case are

1

DECLARATION OF MARK A. LIPPELMANN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

reasonable.

2. My contributions to this case involved preparation and review of Alliance Defending Freedom' materials in support of Thomas More's fee application.

**Background**

3. In 2006, I graduated from The University of Kansas with a Bachelor of Arts in Philosophy.

4. In 2009, I graduated with a J.D. from Washburn University School of Law, where I served as Comments Editor for the *Washburn Law Journal*.

5. I am admitted to the bars of Kansas and Arizona. I am also admitted to practice before the United States Court of Appeals for the Tenth Circuit. For the bars and courts in which I have been admitted, I am a member in good standing. There are no grievances or other disciplinary proceedings pending against me, and I have never been held in contempt of court, censured, disbarred, or suspended by any court.

6. I have practiced law for over 12 years and am currently Senior Counsel for Alliance Defending Freedom, a nonprofit public interest law firm. In this capacity, I practice exclusively in the areas of civil rights, and particularly religious liberties and free speech.

7. Before joining Alliance Defending Freedom in April 2020, I served as an Attorney with the United States Postal Service (2014–2020). Prior to that position, I clerked in the U.S. District Court for the District of Kansas for the Honorable Eric F. Melgren (2012–2014) and practiced commercial litigation with a private law firm (2009–2012).

8. During my 6 years with the United States Postal Service, I served as lead counsel or co-counsel in numerous large, nationwide class-action matters.

9. Since joining Alliance Defending Freedom, I have been closely involved in litigating several First Amendment cases, including *Hunter v. Dep't of Educ.*, 6:21-cv-474 (D. Or.); *New Hope Fam. Servs. v. Poole*, 5:18-cv-1419 (N.D.N.Y); *Christ's Church of Mt. Spokane v. Inslee*, No. 2:20-cv-197 (D. Wash.); *Hermiston Christian Ctr. v. Brown et al.*, 2:20-cv-1795 (D. Or.).

**Reasonableness of Rate**

10. As a nonprofit organization, Alliance Defending Freedom represents its clients on a pro bono basis. Our clients do not pay for our services or the costs of litigation. The pro bono representation of our clients and the national scope of our practice mean that we do not currently have internal billing rates. Alliance Defending Freedom's attorneys' fees rates are determined by billing practices in the legal market where a case is pending.

11. As attested in the concurrently-filed declarations of California practitioners, Thomas Hungar and Sean Gates, my billing rate of $250 per hour for my time preparing the fee petition in this case is consistent with the prevailing market rate in Los Angeles, given my experience. *See* Exs. 12, 13.

**Reasonableness of Time**

12. The concurrently filed itemized statement sets forth my task-based time based on contemporaneous time records kept by the timekeeping function on in-house software as I preformed the work. I exercised my billing judgment by reducing duplicative or otherwise unreasonable time expenditures. These reductions are individually documented in the itemized statement. Ex. 9.A.

13. The total time I accrued in this case is 25.5 hours. *See* Ex. 9.A. After I reviewed my time and exercised critical billing judgment, I reduced this amount by 5.9 hours to 19.6 hours. *Id.* At a competitive and reasonable billing rate of $250 per hour, this results in $4,900 that may properly be claimed against the Defendant. *Id.*

14. I prepared documents and materials in support of Thomas More's fee application. This included reviewing all time entries and task descriptions, compiling and reviewing costs and expenses, assisting with preparation of all timekeeper and fee-expert declarations, and reviewing exhibits submitted in support of the application.

### Expenses

15. Alliance Defending Freedom also incurred a number of non-taxable costs for which it is entitled to receive compensation under 42 U.S.C. § 1988. Attached to the motion for attorney's fees is an itemized statement of those expenses totaling $25,118.22 and supporting documents. *See* Ex. 10 (itemization); Ex. 11 (supporting documents).

16. I affirm the accuracy of the itemized list of expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2022.

MARK A. LIPPELMANN
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
mlippelmann@ADFlegal.org

4
DECLARATION OF MARK A. LIPPELMANN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES