# Exhibit 10

## Itemized List of Non-Taxable Costs

**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001

Telephone: (616) 450-4235               Facsimile: (480) 444-0025

Re: *Thomas More Law Center v. Bonta*
Case No.: 2:15-cv-03048

**Motion for Attorneys' Fees & Costs**
**Itemized List of Non Taxable Costs**

| Date | Description | Amount |
|---|---|---|
| 6/30/2019 | UPS shipping to US Supreme Court Clerk of application for extension | 53.73 |
| 8/31/2019 | Filing Fee for Cert. Petition at the U.S. Supreme Court | 300.00 |
| 9/13/2019 | Cost of printing and service Supreme Court Cert. Petition brief and appendix. | 4,289.99 |
| 12/11/2019 | Cost of printing and serving Supreme Court Reply Brief in support of Cert Petition | 889.22 |
| 12/31/2019 | UPS shipment to Byron S. Adams (printer) | 21.59 |
| 12/18/2020 | Cost of printing and serving U.S. Supreme Court Supplemental brief | 907.88 |
| 2/4/2021 | J. Bursch book purchase for merits briefing needs | 11.25 |
| 2/22/2021 | UPS Shipping to US Supreme Court Clerk | 24.16 |
| 2/26/2021 | Cost of printing and serving Supreme Court Joint Appendix | 12,470.44 |
| 2/26/2021 | Cost of printing and serving Supreme Court Merit's Opening Brief | 2,267.96 |
| 3/19/2021 | UPS Shipment to J. Bursch | 33.59 |
| 4/10/2021 | J. Bursch - Flight to DC for Thomas More moot court American Airlines | 338.40 |
| 4/10/2021 | R. Gray - Airfare re trip to Grand Rapids for moot prep | 842.80 |
| 4/10/2021 | J. Bursch - Agent fees for flight to DC for moot court | 4.00 |
| 4/12/2021 | D. Cortman - Flight for moot court participation | 517.80 |
| 4/12/2021 | R. Gray - Hotel re trip to Grand Rapids to prepare for TMLC moot | 112.70 |
| 4/12/2021 | R. Gray - Dinner re trip to Grand Rapids for moot prep | 13.67 |
| 4/13/2021 | Food for Supreme Court Moot Court Participants | 27.83 |
| 4/13/2021 | J. Bursch - Lunch while preparing for moot court for Supreme Court Oral Argument preparation. | 16.46 |
| 4/13/2021 | R. Gray - Parking fees for trip to Grand Rapids for moot prep with J. Bursch | 12.50 |
| 4/13/2021 | R. Gray - Dinner re trip to Grand Rapids to prepare for TMLC moot WENDY'S - #56 | 9.74 |

| | | |
|---|---|---|
| 4/14/2021 | D. Cortman & J. Bursch - Meal while traveling to participate in Moot Court for Supreme Court Oral argument preparation. | 29.34 |
| 4/14/2021 | J. Bursch - ground transporation from airport for moot court for Supreme Court Oral Argument preparation. | 20.77 |
| 4/14/2021 | D.Cortman - Meal while traveling for Thomas More Moot Court | 6.99 |
| 4/14/2021 | D. Cortman - Breakfast while traveling for Thomas More Moot Court | 12.76 |
| 4/14/2021 | D. Cortman & J.Bursch - Meal during Trip to DC for Thomas More Moot Court | 31.56 |
| 4/14/2021 | D. Cortman - Uber to D.C. for Thomas More Moot Court | 21.73 |
| 4/14/2021 | J. Bursch - Breakfast while traveling to DC for moot court | 6.03 |
| 4/15/2021 | D. Cortman -Uber to D.C. for Thomas More Moot Court | 40.32 |
| 4/19/2021 | J. Bursch - Flight from DC to home following oral argument | 52.71 |
| 4/19/2021 | J. Bursch - Agent fee to book return flight home following oral argument | 27.00 |
| 4/19/2021 | J. Bursch - Travel Agent fee for booking flight to DC for Oral Argument | 27.00 |
| 4/22/2021 | Cost of printing and serving Supreme Court Merit's Reply Brief | 1,306.03 |
| 4/25/2021 | J. Bursch - Transportation from airport to hotel | 21.50 |
| 4/25/2021 | J. Bursch - Lunch while traveling to DC for oral argument | 14.82 |
| 4/26/2021 | J. Bursch - Transportation from office to airport | 30.96 |
| 4/26/2021 | J. Bursch - Airport parking for travel to DC for oral argument | 36.00 |
| 4/26/2021 | J. Bursch - Transportation from hotel to office | 13.85 |
| 4/26/2021 | J. Bursch - Transportation from office to oral argument location | 15.40 |
| 4/26/2021 | J. Bursch - Hotel while in DC for oral argument | 224.20 |
| 4/26/2021 | J. Bursch - Dinner on way home from Supreme Court oral argument | 13.54 |
| | | **25,118.22** |