# Exhibit 11

Documents Supporting Non-Taxable Costs



*Delivery Service Invoice*

| | |
|---|---|
| Invoice Date | **June 8, 2019** |
| Invoice Number |  |
| Shipper Number | |

Page 12 of 19

## Outbound

**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/03 | 2210155463 | | | | | | | | | |
| | | 42 | 1Z15V1V41366630695 | Next Day Air Saver Commercial | 20543 | 138 | 3 | 83.62 | -33.87 | 49.75 |
| | | | | Fuel Surcharge | | | | 6.69 | -2.71 | 3.98 |
| | | | | **Total** | | | | 90.31 | -36.58 | 53.73 |

**1st ref:** 3.330/LIT4913                          **2nd ref:** ceville@adflegal.org
**Sender**  : ALLYSE HALLMAN                    **Receiver:** Clerck
                                                                         US Supreme Court
                                                                         1 First Street NE
                                                                         WASHINGTON DC 20543-0002

ALLIANCE DEFENDING FREEDOM
440 FIRST STREET NW SUITE 600
WASHINGTON, DC 20001

3807

Date: 8/26/19

Pay to the Order of: Byron Adams

$ 300.00

three hundred and 00/100 Dollars

WELLS FARGO

FOR: ADF filing fee

Austin Holcomb

**Alliance Defending Freedom**

| | |
|---|---|
| Check Date: | 9/13/2019 |
| Check Number: | 563674 |

To:  Byron S. Adams
1615 L Street N.W. #100
Washington, DC 20036

| Invoice Number | Date | Description | Amount | Discount | Net Amount |
|---|---|---|---|---|---|
| 035020 | 8/30/2019 | Thomas More Law Center Cert Petition Printing | $4,289.99 | $0.00 | $4,289.99 |
| | | **Totals:** | **$4,289.99** | **$0.00** | **$4,289.99** |

---

SECURITY FEATURES INCLUDE TRUE WATERMARK AND HEAT SENSITIVE ICON

**Alliance Defending Freedom**

Wells Fargo Bank Arizona, N.A.
Scottsdale & Shea 38803
10921 N. Scottsdale Rd.
Scottsdale, AZ 85254

122105278

| CHECK DATE | CHECK NO. |
|---|---|
| 9/13/2019 | 563674 |
| CHECK AMOUNT | |

Void after 90 days

PAY   **Four thousand two hundred eighty nine and 99/100 Dollars**

$** 4,289.99

TO
THE
ORDER
OF

Byron S. Adams
1615 L Street N.W. #100
Washington, DC 20036

AUTHORIZED SIGNATURE

# byron s adams

1615 L Street NW #100 Level IC
Washington, DC  20036

| | |
|---|---|
| Corp. ID | 52-1335902 |
| Phone # | 202-347-8203 |
| Fax # | 202-887-7011 |

# Invoice

| Date | Invoice # |
|---|---|
| 8/30/2019 | 035020 |

**Client:**

ALLIANCE DEFENDING FREEDOM
ATTN: CINDY EVILLE
15100 NORTH 90th STREET
SCOTTSDALE, AZ  85260

**Re:**

THOMAS MORE LAW CENTER, Petitionr,
v.
XAVIER BECERRA, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL OF
THE STATE OF CALIFORNIA, Respondent

**Client ID:  ADF**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 22621 | NET 30 Days | CINDY EVILLE | 9/29/2019 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 60 copies - Supreme Court of the United States Petition For A Writ Of Certiorari | 4,093.08 |
| POST | POSTAGE | 91.63 |
| FEDEX | FEDERAL EXPRESS | 105.28 |

| | |
|---|---|
| **Subtotal** | $4,289.99 |
| **Sales Tax (6.0%)** | $0.00 |
| **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

| **Balance Due** | **$4,289.99** |
|---|---|

**Alliance Defending Freedom**

Check Date: 12/13/2019
Check Number: 57283

To: Byron S. Adams
1615 L Street NW #100 IC
Washington, DC 20036

| Invoice Number | Date | Description | Amount | Discount | Net Amount |
|---|---|---|---|---|---|
| 035302 | 12/11/2019 | Thomas More Cert Reply Brief Printing | $889.22 | $0.00 | $889.22 |
| | | **Totals:** | **$889.22** | **$0.00** | **$889.22** |

SECURITY FEATURES INCLUDE TRUE WATERMARK AND HEAT SENSITIVE ICON

**Alliance Defending Freedom**

Wells Fargo Bank Arizona, N.A.
Scottsdale & Shea 38803
10921 N. Scottsdale Rd.
Scottsdale, AZ 85254

122105278

| CHECK DATE | CHECK NO. |
|---|---|
| 12/13/2019 | 57283 |
| CHECK AMOUNT | |

Void after 90 days

PAY **Eight hundred eighty nine and 22/100 Dollars**

$** 889.22

TO
THE
ORDER
OF

Byron S. Adams
1615 L Street NW #100 IC
Washington, DC 20036

AUTHORIZED SIGNATURE

HEAT SENSITIVE

# byron s adams

1615 L Street NW #100 Level IC
Washington, DC  20036

Corp. ID   52-1335902
Phone #   202-347-8203
Fax #   202-887-7011

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/11/2019 | 035302 |

**Client:**

ALLIANCE DEFENDING FREEDOM
ATTN: CINDY EVILLE
15100 NORTH 90th STREET
SCOTTSDALE, AZ  85260

**Re:**

THOMAS MORE LAW CENTER,
Petitioner,
v.
XAVIER BECERRA, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL OF

Client ID:  **ADF**

| P.O. Number | Terms | Contact | Due Date |
|-------------|-------|---------|----------|
| 22920 | NET 30 Days | CINDY EVILLE | 1/10/2020 |

| Item Code | Description | Amount |
|-----------|-------------|--------|
| PRINTING | 60 copies - Supreme Court of the United States, No. 19-255, Reply Brief For Petitioner | 831.48 |
| POST | POSTAGE | 12.87 |
| FEDEX | FEDERAL EXPRESS | 44.87 |

| | |
|---|---|
| **Subtotal** | $889.22 |
| **Sales Tax (6.0%)** | $0.00 |
| **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

| **Balance Due** | **$889.22** |
|---|---|

*Delivery Service Invoice*

| | |
|---|---|
| Invoice Date | **December 7, 2019** |
| Invoice Number | |
| Shipper Number | |

Page 6 of 12

## Outbound

**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/05 | 2210156675 | | | | | | | | | |
| | | 8 | 1Z15V1V40265382593 | 2nd Day Air Commercial Letter | 20036 | 208 | Letter | 29.46 | -9.28 | 20.18 |
| | | | | Customer Weight | | | 0.5 | | | |
| | | | | Fuel Surcharge | | | | 2.06 | -0.65 | 1.41 |
| | | | | **Total** | | | | 31.52 | -9.93 | 21.59 |

**1st ref:** 3.330/LIT4913        **2nd ref:** ceville/cv

**Sender** : ALLYSE HALLMAN        **Receiver:** Attn: Ray
Byron Adams
1615 L Street, NW
WASHINGTON DC 20036-5604

## Alliance Defending Freedom

| | |
|---|---|
| Check Date: | 12/18/2020 |
| Check Number: | 58166 |

To:  Byron S. Adams
      1615 L Street NW #100 IC
      Washington, DC 20036

| Invoice Number | Date | Description | Amount | Discount | Net Amount |
|---|---|---|---|---|---|
| 035980 | 12/9/2020 | Printing supplemental brief | $907.88 | $0.00 | $907.88 |
| | | **Totals:** | **$907.88** | **$0.00** | **$907.88** |

---

SECURITY FEATURES INCLUDE TRUE WATERMARK AND HEAT SENSITIVE ICON

## Alliance Defending Freedom

Wells Fargo Bank Arizona, N.A.
Scottsdale & Shea 38803
10921 N. Scottsdale Rd.
Scottsdale, AZ 85254

122105278

| CHECK DATE | CHECK NO. |
|---|---|
| 12/18/2020 | 58166 |
| CHECK AMOUNT | |

Void after 90 days

PAY   **Nine hundred seven and 88/100 Dollars**                           $** 907.88

TO
THE
ORDER      Byron S. Adams
OF          1615 L Street NW #100 IC
            Washington, DC 20036

_Wayn A. Jwnith_
AUTHORIZED SIGNATURE

HEAT SENSITIVE

Details on Back

Security Features Included

# byron s adams

1615 L Street NW #100 Level 1C
Washington, DC  20036

Corp. ID   52-1335902
Phone #   202-347-8203
Fax #   202-887-7011

# Invoice

| Date | Invoice # |
|---|---|
| 12/9/2020 | 035980 |

| Client: |
|---|
| ALLIANCE DEFENDING FREEDOM<br>ATTN: CINDY EVILLE<br>15100 NORTH 90th STREET<br>SCOTTSDALE, AZ  85260 |

| Re: |
|---|
| THOMAS MORE LAW CENTER, Petitioner<br>v.<br>XAVIER BECERRA, IN HIS OFFICIAL<br>CAPACITY AS ATTORNEY GENERAL OF<br>THE STATE OF CALIFORNIA, Respondent |

Client ID:  **ADF**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 23638 | NET 30 Days | CINDY EVILLE | 1/8/2021 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 63 copies - Supreme Court of the United States, No. 19-255, Supplemental Brief For Petitioner | 821.50 |
| POST | POSTAGE | 14.74 |
| FEDEX | FEDERAL EXPRESS | 71.64 |

| | |
|---|---|
| **Subtotal** | $907.88 |
| **Sales Tax (6.0%)** | $0.00 |
| **Payments/Credits** | $0.00 |

| TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice. | **Balance Due** | **$907.88** |
|---|---|---|

Cindy Eville
Legal Assistant II
+1 480 444 0020 (Office)
+1 480 388 8220 (Direct Dial)
ceville@adflegal.org
ADFlegal.org

This e-mail message from Alliance Defending Freedom and any accompanying documents or embedded messages is intended for the named recipients only. Because Alliance Defending Freedom is a legal entity engaged in the practice of law, this communication contains information, which may include metadata, that is confidential, privileged, attorney work product, or otherwise protected from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent respons ble for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete the message. PRIVILEGED AND CONFIDENTIAL - ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT.

**From:** John Bursch
**Sent:** Friday, February 12, 2021 11:21 AM
**To:** Cindy Eville <ceville@adflegal.org>
**Subject:** FW: Your Amazon.com order #114-6976548-4580266

This is a receipt for a book I purchased on Amazon that we'll be citing in the *Thomas More* merits brief.

**From:** Amazon.com <auto-confirm@amazon.com>
**Sent:** Thursday, February 4, 2021 1:52 PM
**To:** John Bursch
**Subject:** Your Amazon.com order #114-6976548-4580266

## Order Confirmation

### Hello John,

Thank you for shopping with us. We'll send a confirmation when your item ships.

### Details

Order #114-6976548-4580266

| Arriving: | Ship to: |
|---|---|
| **Wednesday, February 10 - Tuesday, February 16** | |
| View or manage order | **Ord** **$11.** |
| | **er** **25** |

| | Total: |
|---|---|

We hope to see you again soon.

Amazon.com

## Top picks for you

The payment for your invoice is processed by Amazon Payments, Inc. P.O. Box 81226 Seattle, Washington 98108-1226. If you need more information, please contact (866) 216-1075

By placing your order, you agree to Amazon.com's Privacy Notice and Conditions of Use. Unless otherwise noted, items sold by Amazon.com are subject to sales tax in select states in accordance with the applicable laws of that state. If your order contains one or more items from a seller other than Amazon.com, it may be subject to state and local sales tax, depending upon the seller's business policies and the location of their operations. Learn more about tax and seller information.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.



*Delivery Service Invoice*

| | |
|---|---|
| Invoice Date | **February 27, 2021** |
| Invoice Number | 4091 |
| Shipper Number | |

Page 8 of 12

## Outbound

**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/22 | 2210155113 | | | | | | | | | |
| | | 2 | 1Z15V1V40264639755 | 2nd Day Air Commercial Letter | 20543 | 208 | Letter | 33.34 | -10.50 | 22.84 |
| | | | | Customer Weight | | | 0.5 | | | |
| | | | | Fuel Surcharge | | | | 1.92 | -0.60 | 1.32 |
| | | | | **Total** | | | | 35.26 | -11.10 | 24.16 |

**1st ref:** 3.330/LIT4913        **2nd ref:** ceville/pl

**Sender :** ALLYSE HALLMAN        **Receiver:** Clerk of the Court/
US Supreme Court
1 First Street NE
WASHINGTON DC 20543-0002

## Alliance Defending Freedom

| | |
|---|---|
| Check Date: | 2/26/2021 |
| Check Number: | 58326 |

To: Byron S. Adams
1615 L. Street NW #100 IC
Washington, DC 20036

| Invoice Number | Date | Description | Amount | Discount | Net Amount |
|---|---|---|---|---|---|
| 036114 | 2/22/2021 | Printing joint appendix | $12,470.44 | $0.00 | $12,470.44 |
| 036116 | 2/24/2021 | Printing merits brief | $2,267.96 | $0.00 | $2,267.96 |
| | | Totals: | $14,738.40 | $0.00 | $14,738.40 |

SECURITY FEATURES INCLUDE TRUE WATERMARK AND HEAT SENSITIVE ICON

## Alliance Defending Freedom

Wells Fargo Bank Arizona, N.A.
Scottsdale & Shea 38803
10921 N. Scottsdale Rd.
Scottsdale, AZ 85254

122105278

| CHECK DATE | CHECK NO. |
|---|---|
| 2/26/2021 | 58326 |
| CHECK AMOUNT | |

Void after 90 days

PAY  **Fourteen thousand seven hundred thirty eight and 40/100 Dollars**

$** 14,738.40

TO
THE
ORDER
OF

Byron S. Adams
1615 L Street NW #100 IC
Washington, DC 20036

AUTHORIZED SIGNATURE

# byron s adams

1615 L Street NW #100 Level 1C
Washington, DC  20036

Corp. ID   52-1335902
Phone #   202-347-8203
Fax #       202-887-7011

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/22/2021 | 036114 |

| Client: |
|---------|
| ALLIANCE DEFENDING FREEDOM<br>ATTN: CINDY EVILLE<br>15100 NORTH 90th STREET<br>SCOTTSDALE, AZ  85260 |

| Re: |
|-----|
| THOMAS MORE LAW CENTER, Petitioner<br>v.<br>XAVIER BECERRA, ATTORNEY GENERAL<br>OF THE STATE OF CALIFORNIA,<br>Respondent. |

Client ID:   **ADF**

| P.O. Number | Terms | Contact | Due Date |
|-------------|-------|---------|----------|
| 23760 | NET 30 Days | CINDY EVILLE | 3/24/2021 |

| Item Code | Description | Amount |
|-----------|-------------|--------|
| PRINTING<br>FEDEX | 59 copies - Supreme Court of the United States, No. 19-255, Joint Appendix<br>FEDERAL EXPRESS | 12,207.36<br>263.08 |

| | |
|---|---|
| **Subtotal** | $12,470.44 |
| **Sales Tax (6.0%)** | $0.00 |
| **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5%
(18% Annum) applies to any unpaid balance 30 days from date
of invoice.

| **Balance Due** | **$12,470.44** |
|-----------------|----------------|

# byron s adams

1615 L Street NW #100 Level 1C
Washington, DC  20036

| Corp. ID | 52-1335902 |
| Phone # | 202-347-8203 |
| Fax # | 202-887-7011 |

# Invoice

| Date | Invoice # |
|---|---|
| 2/24/2021 | 036116 |

**Client:**

ALLIANCE DEFENDING FREEDOM
ATTN: CINDY EVILLE
15100 NORTH 90th STREET
SCOTTSDALE, AZ  85260

**Re:**

THOMAS MORE LAW CENTER, Petitioner,
v.
XAVIER BECERRA, ATTORNEY GENERAL
OF THE STATE OF CALIFORNIA, Respondent

Client ID:  **ADF**

| P.O. Number | Terms | Contact | Due Date |
|---|---|---|---|
| 23761 | NET 30 Days | CINDY EVILLE | 3/26/2021 |

| Item Code | Description | Amount |
|---|---|---|
| PRINTING | 59 copies - Supreme Court of the United States, No. 19-255, Brief For The Petitioner | 2,267.96 |

| | |
|---|---|
| **Subtotal** | $2,267.96 |
| **Sales Tax (6.0%)** | $0.00 |
| **Payments/Credits** | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

| **Balance Due** | **$2,267.96** |
|---|---|



*Delivery Service Invoice*

Invoice Date  **March 27, 2021**

Invoice Number                4131

Shipper Number

Page 6 of 12

## Outbound

**UPS WorldShip (continued)**

| Pickup Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/19 | 2210155301 | 1 | 1Z15V1V40265916784 | 2nd Day Air Residential | 49316 | 207 | 2 | 38.63 | -12.17 | 26.46 |
| | | | | Residential Surcharge | | | | 5.00 | | 5.00 |
| | | | | Fuel Surcharge | | | | 2.95 | -0.82 | 2.13 |
| | | | | **Total** | | | | 46.58 | -12.99 | 33.59 |

**1st ref:** 3.330/LIT4913          **2nd ref:** ceville/pl

**Sender** : ALLYSE HALLMAN          **Receiver:** John Bursch

John Bursch

6375 Cherry View EST SE

CALEDONIA MI 49316-0004



**American Airlines**
US

$338.40

**04/10/2021 10:59 PM**

Receipt: 0017553097117

**Passenger Name:** BURSCH/JOHN JOSEPH

| Depart | ✈ | 04/14/2021 6:01 AM | | |
|--------|---|---------------------|---|---|
| GRR | → | DCA | Flight Number: AA 4750 | Class: L |

| Depart | ✈ | 04/14/2021 9:25 PM | | |
|--------|---|---------------------|---|---|
| DCA | → | GRR | Flight Number: AA 4741 | Class: L |

| Description | Amount |
|-------------|--------|
| Ticket (BURSCH/JOHN JOSEPH) | |

Subtotal: $288.00

Tax: $50.40

**Total: $338.40**

| | |
|---|---|
| **From:** | Rory Gray |
| **To:** | Lakeila Meadows |
| **Subject:** | [SUSPICIOUS EXTERNAL MESSAGE] Fwd: Orbitz travel confirmation - Apr 12 - (Itinerary # 72083400372690) |
| **Date:** | Wednesday, April 14, 2021 10:46:06 AM |

**\*SUSPICIOUS EXTERNAL\* This Message contains suspicious characteristics and has originated outside your organization.**

Plane ticket

---------- Forwarded message ---------
From: **Orbitz** <support@mailer.orbitz.com>
Date: Sat, Apr 10, 2021 at 4:45 PM
Subject: Orbitz travel confirmation - Apr 12 - (Itinerary # 72083400372690)
To:



# Thanks!

Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

## Grand Rapids

Apr 12, 2021 - Apr 13, 2021

You unlocked trip savings up to 20% off select Grand Rapids hotels because you booked a flight.

Expires Tue, April 20

**Shop hotels**

See live updates to your itinerary, anywhere and anytime.

**See your itinerary**   **Download to your Phone**

## Before you go

- **Face masks required:** Travelers must wear a face covering over their nose and mouth. Check with the airline to see their full policy.

- **Pre-flight temperature checks:** Travelers with a fever won't be allowed to fly. Check with the airline to see their full policy.

- **E-ticket:** This email can be used as an E-ticket.

- Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

**Contact the airline to confirm:**

- specific seat assignments

- special meals

- frequent flyer point awards

- special assistance requests

## Flight overview

**Travel dates**
Apr 12, 2021 - Apr 13, 2021

**Itinerary #**
2690

**Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.**

**Confirmation**
H7NQML (Delta)
H7NQML (Delta)

**Booking ID**
3CBBND

**Ticket #**

8312 (Rory Thomas Gray)

Change or cancel this reservation

---

☐ **Departure** Mon, Apr 12

Delta 832

**Atlanta (ATL)**                    ☐      **Grand Rapids (GRR)**
9:15pm                                      11:10pm
**Terminal: S**                             Gate A7
**Gate B9**

**Cabin:** Economy / Coach (B)
1h 55m duration
**Seat:** 34F | Confirm or change seats with the airline*

---

**Total duration**

1h 55m

---

☐ **Return** Tue, Apr 13

Delta 2213

**Grand Rapids (GRR)**              ☐      **Atlanta (ATL)**
6:20pm                                      8:21pm
                                            **Terminal: S**

**Cabin:** Economy / Coach (U)
2h 1m duration
**Seat:** 34F | Confirm or change seats with the airline*

---

**Total duration**

2h 1m

---

Traveler(s)

**Rory Thomas Gray**

No frequent flyer details provided

Known Traveler Number

Update traveler details and make special requests. Please confirm all requests with your airline.

## Price summary

| Traveler 1: Adult | $842.80 |
| Flight | $757.21 |
| Taxes & Fees | $85.59 |

$8.43 in Orbucks
for this trip

| Subtotal | |
| $842.80 | |

| **Total** | **$842.80** |

All prices are quoted in **USD**.

## Additional information

**Additional fees**

The airline may charge additional fees for checked baggage or other optional services.

- Additional fees for your flight to Grand Rapids
- Additional fees for your flight to Atlanta

Please read the complete penalty rules for changes and cancellations applicable to this fare.

**Tickets are nonrefundable and nontransferable. Itinerary changes are permitted, fee may apply.**

Please read important information regarding airline liability limitations.

## Need to cancel or make a change to your trip?

**Adelman Fee Detail for Invoice 38584**

| | |
|---|---|
| Passenger: | BURSCH/JOHN JOSEPH |
| Ticket: | 7117 |
| Transaction Date: | April 10, 2021 |
| Transaction Amount: | $4.00 |
| Billed to: | VI******0020 |

**Wed 14-Apr-2021**
From: Grand Rapids, MI
6:01 AM

To: Washington DC Ntl, DC

TERMINAL C

**AMER CAN**

| | |
|---|---|
| Sabre PNR: DSSTRB | Seat: 9F |
| Flight: 4750 | Duration: 01:43 |
| Miles: 524 | Class: ECONOMY |
| E-ticket #: 0017553097117 | Status: Confirmed |
| Airline Confirmation #: DSSTRB | Meal Service: |
| Frequent Flyer #: | Equip. E75 |

**Wed 14-Apr-2021**
From: Washington DC Ntl, DC
9:25 PM
TERMINAL C

To: Grand Rapids, MI

**AMER CAN**

| | |
|---|---|
| Sabre PNR: DSSTRB | Seat: 14C |
| Flight: 4741 | Duration: 01:54 |
| Miles: 524 | Class: ECONOMY |
| E-ticket #: 0017553097117 | Status: Confirmed |
| Airline Confirmation #: DSSTRB | Meal Service: |
| Frequent Flyer #: | Equip. E75 |

| | |
|---|---|
| **From:** | David Cortman |
| **To:** | Pamela Paulk |
| **Subject:** | Fwd: Your Flight Receipt - DAVID ANDREW CORTMAN 14APR21 |
| **Date:** | Monday, April 12, 2021 12:30:04 PM |

**\*EXTERNAL\***

Begin forwarded message:

> **From:** Delta Air Lines <DeltaAirLines@t.delta.com>
> **Date:** April 12, 2021 at 12:29:06 PM EDT
> **To:**
> **Subject: Your Flight Receipt** - **DAVID ANDREW CORTMAN 14APR21**
> **Reply**-**To:** Transactional Email Reply Inbox <reply-167385-14_HTML-24703064-10982494-128485@t.delta.com>

# Hello, David Andrew Cortman

| **Gold Medallion®**

**Confirmation #: GTYQV8**

Delta CareStandard



You're all set. If your plans change, be sure to make changes or cancel via MyTrips on delta.com before your flight departs to maintain the value of your ticket.

**WE'VE GOT YOU COVERED**
As always, your safety is our top priority. That's why you'll experience a new standard of care on your upcoming trip. Our Delta CareStandard focuses on keeping surfaces clean, giving you more space, and offering safer service and personal care at every point in your journey.

Learn more about the steps we are taking to provide you with the safest experience. We also recommend packing your own food items, especially on longer flights, since many airport offerings are limited during this time. Please be sure to review TSA guidelines before bringing food through security checkpoints.

YOUR PRE-TRIP CHECKLIST FOR EASIER TRAVEL:

**DOWNLOAD THE FLY DELTA APP** – during this time, flight schedules can change quickly, so we strongly encourage you to download the Fly Delta app before you leave for the airport. With real-time push notifications sent to your mobile device, you'll never miss an update, and you can easily check your flight status under the "My Trips" tab. Download Now >>

**VISIT OUR NEED HELP PAGE** – get all your travel questions answered with information on self-service tools, baggage, SkyMiles, and more. >>

Have a great trip, and thank you for choosing Delta.

| Wed, 14APR | DEPART | ARRIVE |
|---|---|---|
| DELTA 1654 Main Cabin (L) | ATLANTA 8:57am | WASHINGTON-REAGAN 10:40am |
| DELTA 476 Main Cabin (Q) | WASHINGTON-REAGAN 7:50pm | ATLANTA 9:49pm |

**MANAGE MY TRIP>**

**GOVERNMENT-ISSUED COVID-19 TRAVEL RESTRICTIONS**

Several countries/states have issued travel mandates that may affect your trip. We strongly encourage all customers to review the COVID-19 Travel Restrictions before arriving at the airport. You may check your eligibility to change or cancel your flight here.

**MASKS REQUIRED FOR EVERYONE'S SAFETY**

It's Delta's policy and federal law that all employees and customers wear masks during boarding and deplaning, while in the airport and during public transit. Customers requiring exemptions for not wearing face masks due to a disability should be prepared to complete a clearance to fly process prior to departure at the airport. Learn More >

**RESTRICTED HAZARDOUS ITEMS**

To ensure the safety of our customers and employees, **Delta does not accept smart bags.** Smart bags with non-removable lithium-ion batteries will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

All damaged, defective or recalled lithium batteries, including lithium powered self-balancing transportation devices are not permitted as carry-on or checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

Name: DAVID ANDREW CORTMAN
SkyMiles #
Gold

| FLIGHT | SEAT |
|---|---|
| DELTA 1654 | 27A |
| DELTA 476 | 13F |

Visit delta.com or use the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+$^{TM}$ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #:
Place of Issue:
Issue Date: 12APR21
Expiration Date: 12APR22

| METHOD OF PAYMENT | |
| --- | --- |
| VI************3583 | **$517.80 USD** |

| CHARGES | |
| --- | --- |
| **Air Transportation Charges** | |
| Base Fare | $454.89 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $34.11 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $8.60 USD |
| **TICKET AMOUNT** | **$517.80 USD** |

NONREF/CHANGES PERMITTED

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ATL DL WAS190.70LA0NA0EE DL ATL264.19QA0OA0MQ USD454.89END ZP ATLDCA XF ATL4.5DCA4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in.

| Wed 14 Apr 2021 | | ATL-DCA |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) WAS: $30.00USD | FREE (70LBS/32KG) WAS: $40.00USD |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

| Wed 14 Apr 2021 | | DCA-ATL |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) WAS: $30.00USD | FREE (70LBS/32KG) WAS: $40.00USD |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

**MANAGE MY TRIP>**



AN **IHG** HOTEL

04-13-21

| | |
|---|---|
| **Rory Gray**<br>**1091 Wildwood Wake Bend**<br>**Dacula 30019**<br>**United States** | Folio No. :<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. :<br>Invoice No. :<br>Ref.No. : |

Room No. :
Arrival : **04-12-21**
Departure : **04-13-21**
Conf. No. : **1098**
Rate Code :
Page No. : **1 of 1**

**INFORMATION INVOICE**

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 04-12-21 | *Accommodation | | 98.00 | |
| 04-12-21 | Occupancy Tax 9% | | 8.82 | |
| 04-12-21 | State Tax 6% | | 5.88 | |
| Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihgrewardsclub.com/review. We look forward to welcoming you back soon. | | **Total** | 112.70 | 0.00 |
| | | **Balance** | 112.70 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown here in. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Asian Chao
Atlanta Airport
Phone #

1001 runyi 1

---

Chk 1507 Apr12'21 07:20P  Gst  0

---

## Dine In

| 1 1 Item Combo | 8.97 |
| 1 ADD FRIED RICE | 0.99 |
| 1 LARGE DRINK | 2.70 |

XXXXXXXXXXXX8361
Visa                      13.67

| Subtotal | 12.66 |
| Tax | 1.01 |
| Payment | 13.67 |

---

# Hartsfield-Jacks
Atlanta International Airport
Atlanta, Ga.
www.cintl.com
comments? 1-866-203-5480



Alexandria Hybla Valley - 703-253-0018
6600 Richmond Hwy
Alexandria, Virginia 22306-6601
04/13/2021 05:50 PM

**GROCERY**

| | | | |
|---|---|---|---|
| 071091309 | NABISCO VRTY | CF | $4.99 |
| 071100826 | WHISPS | CF | $6.99 |
| 071050524 | FRITO-LAY | CF | $8.49 |
| | Regular Price $8.99 | | |
| 266012001 | 3LB CLEM BAG | CF | $3.49 |
| 203600095 | GG WATER | CF | $3.19 |

|  |  |
|---|---|
| SUBTOTAL | $27.15 |
| C = VA TAX 2.50000 on $27.15 | $0.68 |
| TOTAL | $27.83 |
| *9762 VISA CHARGE | $27.83 |
| AID: A0000000031010 | |
| | VISA CREDIT |
| AUTH CODE: | 014148 |

JDUBBS SIGNATURE SUBS | Online Receipt      Page 1 of 2
Case 2:15-cv-03048-CAS-FFM   Document 210-24   Filed 01/18/22   Page 33 of 65   Page ID
#:6184



## JDUBBS SIGNATURE SUBS

FOLLOWING

9321 CHERRY VALLEY AVE SESTE C
CALEDONIA, MI 49316
+1 517-203-1120

| | |
|---|---|
| **#14 Half** | **$6.97** |
| Toasted | $0.00 |
| White Bread | $0.00 |
| Lettuce | $0.00 |
| Tomatoes | $0.00 |
| Salt | $0.00 |
| Spices | $0.00 |
| | |
| **#4 Half** | **$6.13** |
| Not Toasted | $0.00 |
| Wheat Bread | $0.00 |
| Pickle Shreds | $0.50 |
| Onion | $0.00 |
| Lettuce | $0.00 |

| Tomatoes | | $0.00 |
| Mustard on side | | |

| **Subtotal** | | **$13.60** |
| MI STATE | 6.00% | $0.82 |
| **Order total** | | **$14.42** |

## Total paid

$ **16** 46

April 13, 2021 11:39 am
Payment ID: JWGDR1BN4AAKG
Order ID: ZQ9HCCSTBJFT4

Payment

| VISA 0020 | $16.46 |
| Order amount | $14.42 |
| Tip | $2.04 |

Show Details

View the Privacy Policies for
Clover



# PRE ✓ FLIGHT

## AIRPORT PARKING

4000 Global Gateway Connector

College Park, GA 30337

404 767.8000

---

```
Transaction #:  867970
PIN #:          1099
Parker #:       14243840
Parker Group:   General Public
In Date/Time:   04/12/21 07:01PM
Out Date/Time:  04/13/21 08:48PM
Parking Type:   APC05 Uncovered
Rate:           Website Coupon
                        $9.50 X    1
                        $3.00 X    1
CPN:            1.50
Parking SubTotal:        12.50
Tax SubTotal:             0.00
Grand Total:             12.50
```

---

```
Visa        (8361)         12.50
```

---



Wendy's Restaurant #00009510
8258 Broadmoor Ave.
616-891-2823

## #3320

Host:                                    04/13/2021
#3320                                      3:54 PM
REPRINT# 1                                   30291
Order Type:  PUW

COMBO                                         8.69
 Single Pretzel Bacon Pub
 Small Fries
 SM Natural Lemonade                          0.50

            Total Items 3
                                              9.19
Tax                                           0.55

## PUW Total                                 9.74

Visa #XXXXXXXXXXXXX8361                      $9.74
  Auth:076828
Site #: 9510                           Term #: 3
App Label:                            VISA CREDIT
EMV AID:                        A0000000031010
Entry Method:                              Chip
Auth Mode:                               Issuer
CVM:                              NoCvmRequired


         *********************
        Want a Free Sandwich?
          Take our Survey!
        www.TalkToWendys.com
        (See Back for Details)
         *********************

        --- Check Closed ---

# SANDWICH BY PHILLIPS 1st
## 440 1ST STREET NORTHWEST
## WASHINGTON, DC 20001
## 2025253602

14-Apr-2021 11:57:15A

Transaction **104186**

| | | |
|---|---|---|
| 1 | CORNED BF | $8.19 |
| 1 | CHIPS | $0.99 |
| 1 | COOKIE | $1.99 |
| 2 | BOTTLED SODA | $4.38 |
| 1 | REUBEN | $8.59 |
| 1 | FRENCH FRIES | $2.49 |
| 1 | BAG | $0.05 |

| **Subtotal** | | **$26.68** |
|---|---|---|
| Tax | 10% | $2.66 |

| **Total** | **$29.34** |
|---|---|

CREDIT CARD AUTH          $29.34
VISA 3583

Retain this copy for statement validation

14-Apr-2021 11:57:52A
$29.34 | Method: EMV
VISA CREDIT XXXXXXXXXXX3583
 DAVID CORTMAN
Reference ID: 110400734826 | Auth ID:
022892
MID: *******8883
AID: A0000000031010
AthNtwkNm: VISA

Order HEA1S14YGCV4Y
payment H3E7GFCYF479R

**Cindy Eville**

| | |
|---|---|
| **From:** | Uber Receipts <uber.us@uber.com> |
| **Sent:** | Wednesday, April 14, 2021 6:14 AM |
| **To:** | John Bursch |
| **Subject:** | [ADF] Your Wednesday morning trip with Uber |

**\*EXTERNAL\***

Total **$20.77**
April 14, 2021

# Total                                    $20.77

| | |
|---|---|
| Trip Fare | $7.97 |
| | |
| Subtotal | $7.97 |
| Tolls, Surcharges, and Fees | $7.80 |
| Tip | $5.00 |
| | |
| Amount Charged | |
| •••• 0020  SWITCH | $20.77 |

Receipt ID # 4a30b8b6-9d28-40fc-a2d3-005f8f8c6b9a

1

**Download PDF**

## You rode with Isidro

Issued on behalf of Isidro

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more ›**

UberX   4.30 miles | 7 min

**8:55 AM**

Terminal B/C

**9:03 AM**

440 1st St NW, Washington, DC 20001, USA

**Report lost item ›**          **Contact support›**          **My trips ›**

Forgot password

Privacy

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

THOMAS MORE TOLEN
DAVID COLEMAN                    SNACK

# ▛▟ Hudson

Washington-National Airport
2401 Smith Boulevard
Arlington, VA 22202

## SALE TRANSACTION

040000513018    M M MILK PEANUT B        $6.99

     Sales Tax:     $6.99 @ 0.0%         $0.00

Items in Transaction:1
Balance to pay                           $6.99
VISA                                     $6.99
--------------------------------------------

TYPE: Sale
ACCT: VISA                   INSERTED
     VISA CREDIT
--------------------------------------------

CARD # ************3583       EXP **/**
DATE/TIME:      04/14/2021    19:11:10
REF #           AUTH #        RESP 00
020735          085686        ISO
AID: A0000000031010
TSI: E800 ARC:00  CUR:0840
TVR: 0880008000
APP: VISA CREDIT
IAD: 06010A03A02000

                              ------------
Total USD$                        6.99
                              ------------

*Thomas Nour Moot*

# HudsonBooksellers

OPERATED BY HUDSON
Hartsfield-Jackson Atlanta Intl Airport
6000 N Terminal Pkwy
Atlanta, GA 30320

### SALE TRANSACTION

| | | |
|---|---|---|
| 087076244620 | TROPICAL MIX | $6.49 |
| 049000009774 | DASANI BOTTLED WA | $2.79 |
| 602652170560 | KIND PEANUT BUTTE | $2.99 |

Sales Tax:    $12.27 @ 4.0%         $0.49

Items in Transaction:3
Balance to pay                       $12.76
VISA                                 $12.76
------------------------------------------

TYPE: Sale
ACCT: VISA                  INSERTED
      VISA CREDIT
------------------------------------------

CARD # ************3583      EXP **/**
DATE/TIME:    04/14/2021   07:15:58
REF #        AUTH #      RESP 00
018606       068126      ISO
AID: A0000000031010
TSI: E800 ARC:00  CUR:0840
TVR: 0880008000
APP: VISA CREDIT
IAD: 06010A03A0A000

                          ------------
Total USD$                    12.76
                          ------------

Approved

No Signature Required

*THOMAS SHONE* ?
*DAVID COLEMAN*
*JOHN BURSCH*
*Dinner*

Qdoba #83
Ronald Reagan
Washington National Airport
Washington, DC

1051 Libby V

--------------------------------------------
Chk 5626          Apr14'21 06:01P  Gst  0
--------------------------------------------

FR:04/14/21 18:01:22
2 Chicken @ 9.90              19.80
1 Reg Bottle Water             3.50
1 Reg Gatorade                 3.99
1 Cookie                       1.40

Visa                          31.56

Subtotal                      28.69
Tax                            2.87
Payment                       31.56


We would love to hear from you
regarding your experience today.
Your valuable feedback is
crucial in our strive to
constantly provide great guest
service and assist us in
recognizing our associates who
provide First Class Service.
Please visit
MyFoodFeedback.smg.com
You will need to provide
specific information from
this receipt.
SURVEY CODE:
1261 8821 0000 4430 5106

*handwritten: THOMAS MORE MOOT*

TRANSCO INC
PH: 202-396-0500
****CREDIT CARD SALE****
******DRIVER COPY******
Merchant ID:                346
ENTRY METHOD:
CONTACT CHIP
AID:        A000000031010
APPL. NAME:  VISA CREDIT
ATC:               0068
AC:     D84597C5AF1DE566

TERMINAL            196
DRIVER            58167
CAB                J730
PASSENGERS            1
DATE      4/14/21 11:01
START        10:48:04
END          11:01:18
TRIP              5465
BASE RATE 1
DISTANCE       4.83 mi
FARE R1        $14.86
EXTRA           $3.00
SUB TOTAL      $17.86
TIP             $3.62
SURCHARGE       $0.25
TOTAL          $21.73
VISA             3583
AUTH           087991
TRN REF #:
38110454090550
VAL CODE:         2MJH
   NO SIGNATURE REQUIRED
****************************
    DFHV COMPLAINTS
    LINES TTY 711
   PH: 855-484-4966

Chick Fil A #131
Ronald Reagan
Washington National Airport
Washington, DC

1002 Dreonna

---

Chk 1797             JOHN            Gst  0
                  Apr14'21 07:41AM

---

1 Fruit Cup                          3.95
1 Hashbrowns                         1.53
        AT030964 XXX0020
Visa                                 6.03

Subtotal                             5.48
Tax                                  0.55
Payment                              6.03

We would love to hear from you
regarding your experience today.
Your valuable feedback is
crucial in our strive to
constantly provide great guest
service and assist us in
recognizing our associates who
provide First Class Service.
Please visit
MyFoodFeedback.smg.com
You will need to provide
specific information from
this receipt.
SURVEY CODE:
1271 3791 4000 4411 1007

| | |
|---|---|
| **From:** | David Cortman |
| **To:** | Pamela Paulk |
| **Subject:** | Fwd: [Business] Your Wednesday evening trip with Uber |
| **Date:** | Thursday, April 15, 2021 7:07:52 AM |

**\*EXTERNAL\***

Begin forwarded message:

> **From:** Uber Receipts <uber.us@uber.com>
> **Date:** April 15, 2021 at 4:27:07 AM EDT
> **To:**
> **Subject: [Business] Your Wednesday evening trip with Uber**



Total $40.32
April 14, 2021

# Thanks for riding, David

We hope you enjoyed your ride this evening.

# Total                 $40.32

| | |
|---|---|
| Trip Fare | $30.24 |
| | |
| Subtotal | $30.24 |
| DC Digital Dispatch Fee | $2.28 |
| Tolls, Surcharges, and Fees | $7.80 |
| | |
| Amount Charged | |

 •••• 3583 | Switch                                    $40.32

Receipt ID # 5f2836e5-8631-4911-8b33-772c733bdede

Download PDF

## You rode with Akua

**Issued on behalf of Akua**

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

UberX   5.59 miles | 13 min



5:39 PM
440 1st St NW, Washington,
DC 20001, US

5:52 PM
Arlington, VA 22202, USA



Report lost item          |     Contact support          |     My trips

Forgot password

Uber Technologies

American Airlines

$52.71

**04/19/2021 2:41 PM**

Receipt: 0017553098018

**Delta**
US

**Passenger Name:** BURSCH/JOHN JOSEPH

| Depart ✈ | 04/26/2021 9:25 PM |
| --- | --- |

DCA → GRR          Flight Number: AA 4741    Class: L

| Description | Amount |
| --- | --- |
| Ticket (BURSCH/JOHN JOSEPH) | |
| | **Total: $52.71** |

**Adelman Fee Detail for Invoice 39797**

| | |
|---|---|
| Passenger: | BURSCH/JOHN JOSEPH |
| Ticket: | 0017553098018 |
| Transaction Date: | April 19, 2021 |
| Transaction Amount: | $27.00 |
| Billed to: | VI******0020 |

---



**Sun 25-Apr-2021**
**From:** Grand Rapids, MI
12:20 PM

**To:** Detroit-Metro, MI

E.H.MCNAMARA TERMINAL

**DELTA A RL NES**

| | |
|---|---|
| Sabre PNR: SXOQQR | Seat: 3A |
| Flight: 5367 | Duration: 01:02 |
| Miles: 120 | Class: FIRST |
| E-ticket #: | Status: Confirmed |
| Airline Confirmation #: GUEE6L | Meal Service: |
| Frequent Flyer #: | Equip. Canadair Regional Jet 900 |

---

**Sun 25-Apr-2021**
**From:** Detroit-Metro, MI
2:12 PM
E.H.MCNAMARA TERMINAL

**To:** Washington DC Ntl, DC

TERMINAL B

**DELTA A RL NES**

| | |
|---|---|
| Sabre PNR: SXOQQR | Seat: 11A |
| Flight: 2476 | Duration: 01:30 |
| Miles: 405 | Class: PRM ECON |
| E-ticket #: | Status: Confirmed |
| Airline Confirmation #: GUEE6L | Meal Service: |
| Frequent Flyer #: | Equip. 221 |

---

**Mon 26-Apr-2021**
**From:** Washington DC Ntl, DC
9:25 PM
TERMINAL C

**To:** Grand Rapids, MI

**AMER CAN**

| | |
|---|---|
| Sabre PNR: SXOQQR | Seat: 20D |
| Flight: 4741 | Duration: 01:54 |
| Miles: 524 | Class: ECONOMY |
| E-ticket #: 0017553098018 | Status: Confirmed |
| Airline Confirmation #: SXOQQR | Meal Service: |
| Frequent Flyer #: | Equip. E75 |

**Adelman Fee Detail for Invoice 39799**

| | |
|---|---|
| Passenger: | BURSCH/JOHN JOSEPH |
| Ticket: | 0067553098020 |
| Transaction Date: | April 19, 2021 |
| Transaction Amount: | $27.00 |
| Billed to: | VI******0020 |

**Sun 25-Apr-2021**
From: Grand Rapids, MI    To: Detroit-Metro, MI
12:20 PM
E.H.MCNAMARA TERMINAL

DELTA A RL NES

| | |
|---|---|
| Sabre PNR: SXOQQR | Seat: 3A |
| Flight: 5367 | Duration: 01:02 |
| Miles: 120 | Class: FIRST |
| E-ticket #: | Status: Confirmed |
| Airline Confirmation #: GUEE6L | Meal Service: |
| Frequent Flyer #: | Equip. Canadair Regional Jet 900 |

**Sun 25-Apr-2021**
From: Detroit-Metro, MI    To: Washington DC Ntl, DC
2:12 PM
E.H.MCNAMARA TERMINAL    TERMINAL B

DELTA A RL NES

| | |
|---|---|
| Sabre PNR: SXOQQR | Seat: 11A |
| Flight: 2476 | Duration: 01:30 |
| Miles: 405 | Class: PRM ECON |
| E-ticket #: | Status: Confirmed |
| Airline Confirmation #: GUEE6L | Meal Service: |
| Frequent Flyer #: | Equip. 221 |

**Mon 26-Apr-2021**
From: Washington DC Ntl, DC    To: Grand Rapids, MI
9:25 PM
TERMINAL C

AMER CAN

| | |
|---|---|
| Sabre PNR: SXOQQR | Seat: 20D |
| Flight: 4741 | Duration: 01:54 |
| Miles: 524 | Class: ECONOMY |
| E-ticket #: 0017553098018 | Status: Confirmed |
| Airline Confirmation #: SXOQQR | Meal Service: |
| Frequent Flyer #: | Equip. E75 |

Alliance Defending Freedom
V00798--Byron S. Adams
Print As: Byron S. Adams

1615 L Street N.W. #100
Washington, District of Columbia 20036

58695
Wells Fargo
AZ01-WF-Oper-8688 8688
Date: 04/30/2021

| Date | Bill # | Reference Number | Location | Currency | Amount Entered | Term | Amount Paid |
| Acct | Memo | Department ID | | | | Discount | |
|---|---|---|---|---|---|---|---|
| 04/22/2021 | 036248 | 63 Copies ... Of the US | | | | | |
| 61102--Litigation/Docume | | 330 | AZ01 | USD | $1,306.03 | $0.00 | $1,306.03 |
| Net Amount: | | | | | | | $1,306.03 |

Page 1 of 1

SECURITY FEATURES INCLUDE TRUE WATERMARK AND HEAT SENSITIVE ICON

Alliance Defending Freedom
15100 N 90th Street
Scottsdale, AZ 85260

Wells Fargo
10921 N Scottsdale Rd
Scottsdale, AZ 85254

58695
Date: 04/30/2021

Pay To
The Order Of  Byron S. Adams

***One Thousand Three Hundred Six Dollars and 03 Cents***

$**1,306.03**

Byron S. Adams
1615 L Street N.W. #100
Washington, District of Columbia 20036
United States

# byron s adams

1615 L Street NW #100 Level 1C
Washington, DC  20036

Corp. ID  52-1335902
Phone #    202-347-8203
Fax #       202-887-7011

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/22/2021 | 036248 |

**Client:**

ALLIANCE DEFENDING FREEDOM
ATTN: CINDY EVILLE
15100 NORTH 90th STREET
SCOTTSDALE, AZ  85260

**Re:**

THOMAS MORE LAW
CENTER, Petitioner,
v. MATTHEW RODRIQUEZ,
ACTING ATTORNEY GENERAL
OF THE STATE OF CALIFORNIA,

Client ID:  **ADF**

| P.O. Number | Terms | Contact | Due Date |
|-------------|-------|---------|----------|
| 23898 | NET 30 Days | CINDY EVILLE | 5/22/2021 |

| Item Code | Description | Amount |
|-----------|-------------|--------|
| PRINTING | 63 copies - Supreme Court of the United States, No. 19-255, Reply Brief For Petitioner Thomas More Law Center | 1,120.38 |
| POST | POSTAGE | 17.16 |
| FEDEX | FEDERAL EXPRESS | 168.49 |

| | | |
|---|---|---|
| **Subtotal** | | $1,306.03 |
| **Sales Tax (6.0%)** | | $0.00 |
| **Payments/Credits** | | $0.00 |

TERMS OF SALE: Net 30. A monthly finance charge of 1.5% (18% Annum) applies to any unpaid balance 30 days from date of invoice.

**Balance Due**     $1,306.03

Cindy Eville
Legal Assistant II
+1 480 444 0020 (Office)
+1 480 388 8220 (Direct Dial)
ceville@adflegal.org
ADFlegal.org

This e-mail message from Alliance Defending Freedom and any accompanying documents or embedded messages is intended for the named recipients only. Because Alliance Defending Freedom is a legal entity engaged in the practice of law, this communication contains information, which may include metadata, that is confidential, privileged, attorney work product, or otherwise protected from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent respons ble for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete the message. PRIVILEGED AND CONFIDENTIAL - ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT.

**From:** John Bursch <jbursch@adflegal.org>
**Sent:** Sunday, April 25, 2021 2:42 PM
**To:** Cindy Eville <ceville@adflegal.org>
**Subject:** FW: [ADF] Your Sunday afternoon trip with Uber

John Bursch
VP of Appellate Advocacy, Sr. Counsel
+1 480 444 0020 (Office)
+1 480 388 8040 (Direct Dial)
jbursch@adflegal.org

**From:** Uber Receipts <uber.us@uber.com>
**Sent:** Sunday, April 25, 2021 3:59 PM
**To:** John Bursch <jbursch@adflegal.org>
**Subject:** [ADF] Your Sunday afternoon trip with Uber

**\*EXTERNAL\***

Total
$21.50

April
25,
2021

# Total                    $21.50

Trip Fare                                          $8.70

Subtotal                                           $8.70

Tolls, Surcharges, and Fees                        $7.80

Tip                                                $5.00

Amount Charged

☐☐☐☐☐☐☐☐☐☐☐☐ 0020 | SWITCH        $21.50

Receipt ID # 0bdcd75b-8fd3-4b5e-93a9-1749538844db

**Download PDF**

## You rode with Ali

Issued on behalf of Ali

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more □□□

**3:37 PM** 4.52 miles | 10

UberX nal B/C min

**3:48 PM**

15 E St NW, Washington, DC 20001, US

AREAS USA
MEZZA
METRO DETROIT INT'L AIRPORT
5134 Genevieve S

------------------------------------

TBL 111/1                    GST 1

**4234**

25APR'21  1:34PM

------------------------------------

GRAB & GO
1 GG HMMUS 4PAK        10.99
1 WATER DSANI 20OZ      2.99
    0002016335400036181
VISA - EMV             14.82
FOOD                   10.99
BEVERAGE                2.99
TAX                     0.84
PAYMENT                14.82
---5134 Closed APR25 01:34PM----
*****************************

For Guest Service:
Email us @
guestservice@areas.com

*********************************

Cindy Eville
Legal Assistant II
+1 480 444 0020 (Office)
+1 480 388 8220 (Direct Dial)
ceville@adflegal.org
ADFlegal.org

This e-mail message from Alliance Defending Freedom and any accompanying documents or embedded messages is intended for the named recipients only. Because Alliance Defending Freedom is a legal entity engaged in the practice of law, this communication contains information, which may include metadata, that is confidential, privileged, attorney work product, or otherwise protected from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete the message. PRIVILEGED AND CONFIDENTIAL - ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT.

**From:** John Bursch <jbursch@adflegal.org>
**Sent:** Monday, April 26, 2021 5:57 PM
**To:** Cindy Eville <ceville@adflegal.org>
**Subject:** Fwd: [ADF] Your Monday evening trip with Uber

Sent from my iPhone

John Bursch
VP of Appellate Advocacy, Sr. Counsel
+1 480 444 0020 (Office)
+1 480 388 8040 (Direct Dial)
jbursch@adflegal.org

Begin forwarded message:

**From:** Uber Receipts <uber.us@uber.com>
**Date:** April 26, 2021 at 7:56:38 PM EDT
**To:** John Bursch <jbursch@adflegal.org>
**Subject: [ADF] Your Monday evening trip with Uber**

**\*EXTERNAL\***

Total $30.96

April 26, 2021

# Total          $30.96

| | |
|---|---|
| Trip Fare | $17.09 |

| | |
|---|---|
| Subtotal | $17.09 |
| DC Digital Dispatch Fee | $1.46 |
| Tolls, Surcharges, and Fees | $7.25 |
| Tip | $5.16 |

Amount Charged

•••• 0020  |  SWITCH

$30.96

Receipt ID # 7da6c066-5e2b-42c9-9ea3-c2533982fa88

**Download PDF**

# You rode with Wesenachew

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more >

UberXL   5.88 miles | 12 min

440 1st St NW, Washington, DC
20001, US

**6:47 PM**

Terminal B/C, Ronald Reagan
Washington National Airport (DCA),
Arlington

```
       GERALD R. FORD
         INTERNATIONAL
      AIRPORT  PARKING
EXIT                        216
RECEIPT:                 159610
PERSONELL:                    0
TRANSACTION:             723111
TKT:         01 143 0149231
IN:          04.25.21 11:15
OUT:         04.26.21 23:37
TYPE:          HOURLY TICKET
FEE:               36.00 USD
PAID:              36.00 USD
---------------------
NET:               36.00 USD

 1 Day 12:22 h

GeraldFordAirport_Desiena
5500 44th Street

 *---------EFTPOS---------*
 26 Apr 21 23:37
 ICC VISA
 AID        A0000000031010
 APP LABEL     VISA CREDIT
 CARD     *************0020
 PAN SEQ Number        01
 AUTHORISATION      080976
 REFERENCE          139904
 PURCHASE        USD36.00
 TOTAL           USD36.00

       APPROVED

NO CARDHOLDER VERIFICAT

THANK YOU
FOR INFORMATION CALL
STANDARD PARKING
(616)-233-6074
```

# Uber

April 26, 2021

## Thanks for tipping, John

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$13.85** |

| | |
|---|---|
| Trip Fare | $5.55 |

| | |
|---|---|
| **Subtotal** | **$5.55** |
| DC Digital Dispatch Fee | $0.50 |
| Tolls, Surcharges, and Fees | $2.80 |
| Tip | $5.00 |

**Amount Charged**

 •••• 0020                                    **$13.85**

Receipt  D # afe5a28d 18ae 4bdd a929 68da11e603ac

Trip  D  afe5a28d 18ae 4bdd a929 68da11e603ac

Visit the trip page for more information  including invoices (where available)

**You rode with Ermias**
Issued on behal  o  Ermias

UberX    1.47 miles | 10 min

■  **11:54 AM** | 1300 I St NW, Washington, DC 20005, US

■  **12:05 PM** | 440 1st St NW, Washington, DC 20001, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Cindy Eville
Legal Assistant II
+1 480 444 0020 (Office)
+1 480 388 8220 (Direct Dial)
ceville@adflegal.org
ADFlegal.org

This e-mail message from Alliance Defending Freedom and any accompanying documents or embedded messages is intended for the named recipients only. Because Alliance Defending Freedom is a legal entity engaged in the practice of law, this communication contains information, which may include metadata, that is confidential, privileged, attorney work product, or otherwise protected from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent respons ble for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete the message. PRIVILEGED AND CONFIDENTIAL - ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT.

**From:** John Bursch <jbursch@adflegal.org>
**Sent:** Monday, April 26, 2021 6:23 AM
**To:** Cindy Eville <ceville@adflegal.org>
**Subject:** FW: [ADF] Your Monday morning trip with Uber

John Bursch
VP of Appellate Advocacy, Sr. Counsel
+1 480 444 0020 (Office)
+1 480 388 8040 (Direct Dial)
jbursch@adflegal.org

**From:** Uber Receipts <uber.us@uber.com>
**Sent:** Monday, April 26, 2021 8:35 AM
**To:** John Bursch <jbursch@adflegal.org>
**Subject:** [ADF] Your Monday morning trip with Uber

**\*EXTERNAL\***

| | Total |
|---|---|
| | $15.40 |
| | April 26, 2021 |

# Total                      $15.40

Trip Fare                                              $6.99

Subtotal                                               $6.99

DC Digital Dispatch Fee                                $0.59

Wait Time                                              $0.02

Tolls, Surcharges, and Fees                            $2.80

Tip                                                    $5.00

Amount Charged

🔲🔲🔲🔲🔲🔲🔲🔲🔲🔲 0020 | SWITCH        $15.40

Receipt ID # 49a8c8eb-301e-4230-b8e4-f5b9b4281a1a

**Download PDF**

## You rode with Abdulai

Issued on behalf of Abdulai

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more □□□

1.20 miles | 6

UberX $M_{min}$

444 N Capitol St NW, Washington, DC

20001, US

**8:24 AM**

601 13th St NW, Washington, DC 20005, US



**INVOICE**

| | |
|---|---|
| **Room No.** | : |
| **Arrival** | : 04-25-21 |
| **Departure** | : 04-26-21 |
| **Folio No.** | : |
| **Cashier No.** | : 371 |
| **Conf. No.** | : 583726 |

**Page No.**   :  1 of 1

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 04-25-21 | *Accommodation | 170.05 | |
| 04-25-21 | State Occupancy Tax | 25.42 | |
| 04-25-21 | Guest Amenity Fee | 24.99 | |
| 04-25-21 | Guest Amenity Fee Tax | 3.74 | |
| 04-26-21 | Visa | | 224.20 |
| | XXXXXXXXXXXX0020 XX/XX | | |

| | | |
|---|---|---|
| **Total Charges** | 224.20 | |
| **Total Credits** | | 224.20 |
| **Balance** | | 0.00 |

Thank you for staying with us at The George!

15 E Street NW  Washington DC 20001
Phone: 202.347.4200
www.HotelGeorge.com

Chick Fil A #131
Ronald Reagan
Washington National Airport
Washington, DC

1008 Sheila P

------------------------------------------------

Chk 1231              JOHN              Gst  0
              Apr26'21 07:01PM

------------------------------------------------

1 #6 Combo GrClub Combo Med    12.31
  Fry
  ATO28922 XXX0020
  Visa                          13.54

  Subtotal                      12.31
  Tax                            1.23
  Payment                       13.54


We would love to hear from you
regarding your experience today.
   Your valuable feedback is
    crucial in our strive to
constantly provide great guest
    service and assist us in
recognizing our associates who
   provide First Class Service.
        Please visit
   MyFoodFeedback.smg.com
   You will need to provide
 specific information from
      this receipt.
      SURVEY CODE:
1222 3931 0000 6411 1101