# Exhibit 13

## Declaration of Sean Gates

**ALLIANCE DEFENDING FREEDOM**
JOHN J. BURSCH
   *Counsel of Record*
DAVID A. CORTMAN
RORY T. GRAY
CHRISTOPHER P. SCHANDEVEL
MATHEW W. HOFFMANN
440 First Street, NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS MORE LAW CENTER,<br><br>        Plaintiff,<br><br>vs.<br><br>ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>        Defendant. | Case No.  2:15-cv-03048-R-FFM<br><br>Action Filed:  April 23, 2015<br>Trial Date:     June 28, 2016<br><br>**DECLARATION OF SEAN GATES IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:      March 7, 2022<br>Time:     10:00 a.m.<br>Courtroom:  8D<br>Judge:    Hon. Christina A. Snyder |

**DECLARATION OF SEAN GATES IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

I, Sean Gates, declare as follows:

    1.    I am the founder and a shareholder at Charis Lex, P.C.  I make this declaration of my own personal knowledge, and if called upon to testify as a witness, I could and would competently testify thereto.  This declaration is to

1

DECLARATION OF SEAN GATES IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

address the reasonableness of the time spent by the attorneys and support staff of Alliance Defending Freedom (collectively, "Plaintiffs' attorneys") litigating the Supreme Court appeal in *Thomas More Law Center v. Bonta* ("this case").

**Professional Experience**

2. My practice focuses on complex commercial litigation. I have also litigated a number of constitutional law and civil rights cases. I have practiced here in the Central District of California for most of the past 25 years.

3. In 1996, I graduated *summa cum laude* with a J.D. from the University of California, Hasting College of the Law. I earned my bachelor's degree in mechanical engineering from the University of California, Berkeley in 1989.

4. Since graduating from law school, I have worked as a litigation attorney in private practice or government for the past 25 years.

5. After law school, I was an associate in the Los Angeles office of Gibson, Dunn & Crutcher for two years.

6. From 1998 through 1999, I took leave from private practice to serve as a law clerk to Circuit Judges John Clifford Wallace and Pamela Ann Rymer of the United States Court of Appeals for the Ninth Circuit.

7. From 1999 through 2004, I was an associate in the Los Angeles office of Munger, Tolles & Olson.

8. From 2004 through 2008, I served as an attorney and deputy assistant director for the Federal Trade Commission. During my time at the FTC, I received the agency's Distinguished Service Award.

9. From 2008 through 2016, I was a partner in the Los Angeles office of Morrison & Foerster.

10. In 2016, I founded Charis Lex, P.C., a litigation boutique firm with

offices in Los Angeles and Washington, DC.

11. I am admitted to the California State Bar. Additionally, I am admitted to practice law before the Supreme Court and numerous lower federal courts.

12. I am listed in *Best Lawyers*, ranked among the Southern California *Super Lawyers*, designated a Litigation Star in Benchmark Litigation, and *Chambers USA* described me as a "talented litigator." I am also listed in *Who's Who Legal* for Competition Law, and *California Lawyer* has named me an "Attorney of the Year."

## The Reasonableness of the Attorneys' Hourly Rates and Accrued Time

13. I am aware of the relevant legal questions, history, and facts of this case.

14. Because of my 25 years of experience as a litigator, my experience as a partner at a large international law firm, and my experience as founder and shareholder of a boutique firm specializing in complex litigation, I am familiar with the billing practices in the Central District of California for complex constitutional law and civil rights cases and the rates charged by experienced appellate litigators on a case such as this.

15. I have reviewed the declarations prepared by John Bursch, David Cortman, Rory Gray, Chris Schandevel, Mathew Hoffmann, Mark Lippelmann, and Cindy Eville that set out their qualifications and experience and the hourly rates they are seeking in the Plaintiff's fee application. Those rates are $850 per hour for Mr. Bursch, $750 per hour for Mr. Cortman, $650 per hour for Mr. Gray, $600 per hour for Mr. Schandevel, $500 per hour for Mr. Walters, $250 per hour for Mr. Lippelmann, and $150 per hour for Ms. Eville. I am also familiar with the procedural history of the appeal and the claims presented based on my review of

the Plaintiff's substantive filings, including the cert. petition, cert. petition reply brief, opening merits brief, and merits reply brief.

16. The rates Plaintiff's counsel seek fall within the range of hourly rates charged by California attorneys of comparable experience and qualifications to successfully litigate complex constitutional issues.[1] To my knowledge, the pool of attorneys with expertise in First Amendment litigation is relatively small, and Plaintiff's counsel have exceptional experience in that area.

17. I have evaluated the hourly rates requested by Plaintiffs' attorneys and the total amount of time they charged to this case, and have been provided with their itemized time records. I understand that the sum of the total hours recorded by Plaintiffs' attorneys and their requested hourly rates are reflected in the table below:

| Name | Total Hours | Reduced Hours | Requested Hours | Requested Hourly Rate |
|---|---|---|---|---|
| J. Bursch | 418.7 | 37.9 | 380.8 | $850 |
| D. Cortman | 21.4 | 5.7 | 15.7 | $750 |
| R. Gray | 365.1 | 75.7 | 289.4 | $650 |
| C. Schandevel | 73.3 | 25.2 | 48.1 | $600 |
| M. Hoffman | 146.9 | 50.4 | 96.5 | $500 |
| Cindy Eville | 76.9 | 10.3 | 66.6 | $150 |
| M. Lippelmann (Fee Petition) | 26.2 | 5.9 | 19.6 | $250 |
| Total | 1,128.5 | 211.1 | 916.7 | |

---

[1] Mr. Lippelmann' rate of $250 per hour for preparing materials required for the fee application is also reasonable. From my review of his declaration, he reduced his rate from $350 per hour to $250 per hour for the fee application because a lesser experienced attorney could have performed the same work but was unavailable. An hourly rate of $250 per hour would be a reasonable hourly rate for even a junior to mid-level associate in California.

4

DECLARATION OF SEAN GATES IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

18. From my examination of the Plaintiff's substantive filings, I believe the hours listed for each attorney were reasonable for the quality of the work product and given the difficulty of the issues presented.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of January, 2022, at Pasadena, California.

_____
Sean Gates
CHARIS LEX, P.C.
301 N. Lake Ave, Suite 1100
Pasadena, CA 91101
(626) 508-1715
sgates@charislex.com

5

DECLARATION OF SEAN GATES IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES