...

**KAUFMAN DOLOWICH & VOLUCK, LLP**
LOUIS H. CASTORIA, ESQ. SBN 95768
lcastoria@kdvlaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:   (415) 926-7600
Facsimile:    (415) 926-7601

Attorneys for Plaintiff
THOMAS MORE LAW CENTER

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THOMAS MORE LAW CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>Defendant. | Case No. 2:15-cv-03048-CAS-FFM<br><br>**EXHIBIT 7 TO PLAINTIFF THOMAS MORE LAW CENTER'S SUPPLEMENTAL MEORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THOMAS MORE LAW CENTER'S MOTION FOR ATTORNEY'S FEES, EXPENSES, AND COSTS-42 USC§ 1988; FRCP R. 54**<br><br>Date:          March 7, 2022<br>Time:         10:00 A.M.<br>Courtroom: 8D<br>Judge:        Hon. Christina A Snyder |

Dated: January 20, 2022            **KAUFMAN, DOLOWICH, & VOLUCK, LLP**

                                                        */s/ Louis H. Castoria*
                                                        Louis H. Castoria
                                                        Attorneys for Plaintiff,
                                                        THOMAS MORE LAW CENTER

1

# Exhibit 7

Declaration of Mathew W. Hoffmann

1  **ALLIANCE DEFENDING FREEDOM**
   JOHN J. BURSCH
2      *Counsel of Record*
   DAVID A. CORTMAN
3  RORY T. GRAY
   CHRISTOPHER P. SCHANDEVEL
4  MATHEW W. HOFFMANN
   440 First Street, NW, Suite 600
5  Washington, DC 20001
   (616) 450-4235
6  jbursch@ADFlegal.org

7  Attorneys for Plaintiff

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                          WESTERN DIVISION

12

13 | THOMAS MORE LAW CENTER, | Case No. 2:15-cv-03048-R-FFM |
14 | Plaintiff, | Action Filed: April 23, 2015<br>Trial Date:   June 28, 2016 |
15 | vs. | **DECLARATION OF MATHEW W. HOFFMANN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |
16 | ROB BONTA, in his Official Capacity as Attorney General of California, | |
17 | | |
18 | Defendant. | Date:       March 7, 2022<br>Time:      10:00 a.m.<br>Courtroom: 8D<br>Judge:     Hon. Christina A. Snyder |
19

20

21       **DECLARATION OF MATHEW W. HOFFMANN IN SUPPORT OF**
22              **PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

23       I, Mathew W. Hoffmann, under penalty of perjury, make the following
24  declaration pursuant to 28 U.S.C. § 1746:
25       1.    I am filing this declaration to demonstrate the reasonableness of both
26  my hourly rate and the total amount of compensable time that I incurred in this
27                                         1
28  DECLARATION OF MATHEW W. HOFFMAN IN SUPPORT OF PLAINTIFF'S MOTION
                          FOR ATTORNEYS' FEES

case.

2. I served as co-counsel for Thomas More in its appeal before the U.S. Supreme Court. My principal contributions to Plaintiff's efforts were conducting legal research, writing portions of Plaintiff's merits brief and reply brief, and reviewing amici briefs.

## Background

3. I have practiced law for approximately three years and am currently Legal Counsel for Alliance Defending Freedom, a non-profit public interest law firm. In this capacity, I practice exclusively in the areas of civil rights, particularly free speech and religious liberties. I practice primarily in federal court and have helped litigate cases in the Supreme Court, courts of appeals, and district courts. I am involved in all aspects of litigation, including research, drafting and filing briefs, discovery, and arguments.

4. Prior to joining Alliance Defending Freedom in 2020, I clerked for the Honorable Robert J. Luck on the United States Court of Appeals for the Eleventh Circuit. In that capacity, I assisted Judge Luck with numerous appeals to the United States Court of Appeals for the Eleventh Circuit.

5. Prior to clerking for Judge Luck, I practiced law as a litigation associate at Jones Day in Washington, D.C. In that capacity, I conducted legal and factual research, drafted motions to dismiss, oversaw document discovery, and developed expert witness testimony.

6. I graduated *summa cum laude* from Notre Dame Law School with a Juris Doctor degree in 2018. While in law school, I worked as a summer associate at Jones Day and served as a Notes and Submissions Editor of the *Notre Dame Law Review*. During law school, I earned the highest grade in seven of my classes. At graduation, I received the Farabaugh Prize for High Scholarship in Law.

7. I am admitted to the Bar of the District of Columbia and to the bars of the United States Courts of Appeals for the Sixth and Eleventh Circuits.

8. For the bar and courts in which I am admitted, I am a member in good standing and there are no grievance proceedings or any other disciplinary actions pending against me. In addition, I have never been held in contempt of court, censured, disbarred, or suspended by any court.

9. In my time of practice as a constitutional lawyer, I have been closely involved in litigating First Amendment cases, including: *Uzuegbunam v. Preczewski*, 141 S. Ct. 792 (2021) and *Hoggard v. Rhodes*, 141 S. Ct. 2421 (2021).

10. I have also worked on *amicus* briefs for Alliance Defending Freedom in cases involving complex First Amendment questions and other constitutional issues, including: *Mahanoy Area School District v. B.L.*, 141 S. Ct. 2038 (2021), *Memphis Center for Reproductive Health v. Slatery*, no. 20-5969 (6th Cir. pending), and *Speech First, Inc. v. Cartwright*, no. 21-12583 (11th Cir. pending).

**Reasonableness of Rate**

11. As a non-profit organization, Alliance Defending Freedom represents its clients on a *pro bono* basis. Our clients do not pay for our services or the costs of litigation.

12. The *pro bono* representation of our clients and the national scope of our practice mean that we do not currently have internal billing rates. Alliance Defending Freedom's attorneys' fees rates are determined by billing practices in the legal market where a case is pending.

13. I have investigated and obtained information to familiarize myself with the hourly billing rates of attorneys with skill and experience in the First Amendment area of law who practice in the Central District of California where this case originated.

3

DECLARATION OF MATHEW W. HOFFMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

14. My billing rate of $500 per hour for my time in this case is consistent with the prevailing market rate in the Central District of California area. This rate is also consistent with rates awarded to attorneys in similar cases in this jurisdiction and is reasonable in light of my experience in constitutional law. The concurrently-filed declarations of California practitioners, Thomas Hungar and Sean Gates, attest to the local billing rates for similar matters in the Central District of California, Ninth Circuit, and Supreme Court.

15. Few attorneys practice First Amendment constitutional litigation, fewer practice constitutional litigation on behalf of plaintiffs against governmental entities, and even fewer practice exclusively in this area of law. The intent of Congress when it authorized attorney's fees and costs under 42 U.S.C. § 1988 was to permit plaintiffs to bring constitutional claims against governmental entities and also to ensure that the cost of litigation on behalf of plaintiffs seeking to vindicate their constitutional rights would not serve as a barrier to bringing such actions. Thomas More Law Center would not have been able to bring this case without the prospect of reasonable attorney's fees and costs being awarded.

### Reasonableness of Time

16. The concurrently filed itemized statement sets forth my task-based time based upon contemporaneous time records. I exercised my billing judgment by reducing duplicative or otherwise unreasonable time expenditures. These reductions are individually documented in the itemized statement.

17. The total time I incurred on this case is 146.9 hours. After I reviewed my time and exercised critical billing judgment, this amount was reduced to 95.7 hours. At a billing rate of $500 per hour, this results in a current amount of $47,850 that may properly be claimed against Defendants.

18. The concurrently filed declarations of Thomas Hungar and Sean Gates

4

DECLARATION OF MATHEW W. HOFFMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

attest to the fact that the total time that Alliance Defending Freedom incurred in this case, including my total compensable time, is very reasonable for this type of case.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 18th day of January, 2022, at Lansdowne, Virginia.

MATHEW W. HOFFMANN
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, D.C. 20001
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
mhoffmann@ADFlegal.org

5

DECLARATION OF MATHEW W. HOFFMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES