IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS MORE LAW CENTER,** | Case No. 2:15-cv-03048-CAS-FFMx |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION RE: DEADLINES FOR BRIEFING ON PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS** |
| v. | |
| **ROB BONTA, in his Official Capacity as Attorney General of the State of California,** | |
| Defendant. | |

This matter is before the Court on Plaintiff Thomas More Law Center's and Defendant Attorney General Rob Bonta's Stipulation re: Deadlines for Briefing on Plaintiff's Motion for Attorney Fees and Costs. Good cause appearing, the Stipulation is GRANTED.

The Court hereby sets the following deadlines in connection with Plaintiff's already filed motion for attorney fees and costs:

- February 28, 2022: Deadline for Defendant's Opposition.

/ / /

/ / /

1

- March 10, 2022: Deadline for Plaintiff's Reply.
- March 28, 2022: Hearing on Plaintiff's Motion.

IT IS SO ORDERED.

Dated: February 4, 2022

_____
The Honorable Christina A. Snyder
United States District Judge

SA2015103427
43068424.docx