IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS MORE LAW CENTER,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his Official Capacity as Attorney General of the State of California,**<br><br>Defendant. | Case No. 2:15-cv-03048-CAS-FFMx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

  This Court previously entered an order granting Plaintiff Thomas More Law Center's Motion for Attorneys' Fees, Expenses, and Costs.  Specifically, on March 28, 2022, the Court awarded $2,763,830 in attorneys' fees and $76,773.13 in costs, under 42 U.S.C. § 1988, covering the fees and costs incurred by Plaintiff in proceedings in this case to date, including trial court, Court of Appeals, and the United States Supreme Court.

  The parties inform the Court that Defendant Rob Bonta, in his official capacity of Attorney General of California, has fully and finally satisfied said judgment by payment of the full amount to Plaintiff, plus interest.  Interest on the judgment was calculated and paid from March 28, 2022 to October 14, 2022, at the rate mandated

by 28 U.S.C. § 1961.  The total amount of $2,864,728.80 was paid by Defendant in a single installment, received by Plaintiff on October 14, 2022.

The parties further request that this action be dismissed with prejudice.  Based on the foregoing, the parties' request is granted.  This matter is dismissed, with prejudice.

IT IS SO ORDERED.

Dated:  October 31, 2022

*Christina A. Snyder*
The Honorable Christina A. Snyder
United States District Judge